## Issued by the
## UNITED STATES DISTRICT COURT
Southern DISTRICT OF Florida

SUMMONS IN A CIVIL CASE

Joyce Williams, et. al.

**Plaintiff(s)**

V.

**Defendant(s)**

Case CIV-UNGARO-BENAGES

00-6151

MAGISTRATE JUDGE
BROWN

TO:

Walgreen Company
c/o Registered Agent
Prentice-Hall Corporation System, Inc.
1201 Hays Street
Suite 105
Tallahassee, FL 32301

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFFS' ATTORNEY(name and address):

Wendell T. Locke, Esq.
Patricia A. Leid, Esq.
Thornton, Davis & Murray, P.A.
Brickell BayView Centre
80 SW 8 St., Suite 2900
Miami, FL 33130
(305) 446-2646



an answer to the Complaint which is herewith served upon you, within **20 days** after service of this summons upon you exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the Complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Clarence Maddox
Clerk

(by) Deputy Clerk

Date