FILED by CS D.C.

FEB 22 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 00-6151-CIV-UNGARO-BENAGES

JOYCE WILLIAMS, et al., and
on behalf of all others similarly
situated,
    Plaintiffs,

vs.

WALGREEN COMPANY,
    Defendant.
_____/

### NOTICE REGARDING COMPLIANCE WITH LOCAL RULE 23.1

THIS CAUSE is before the Court upon *sua sponte* review of the Complaint.

The Plaintiffs are hereby notified that the Court will require strict compliance with Local Rule 23.1 of the Local Rules of the Southern District of Florida. Specifically, Local Rule 23.1(3) requires that within 90 days after the filing of a complaint in a class action, the plaintiffs must file a motion for a determination under Fed.R.Civ.P. 23(c)(1) as to whether the case is to be maintained as a class action.

DONE AND ORDERED in Chambers at Miami, Florida, this 22 day of February, 2000.

URSULA UNGARO-BENAGES
UNITED STATES DISTRICT JUDGE

copies provided:
counsel of record