UNITED STATED DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

FILED BY _____ D.C.
\TAKE

00 MAR -3 AM 10: 18

CLARENCE HADDOX
CLERK U. S. DIST. CT.
S.D. OF FLA - MIA

CASE NO: 00-6151-CIV-UNGARO-BENAGES/Brown

JOYCE WILLIAMS, MICHAEL FERGUSON, JOSEPH PATRICK MCMULLEN, DELORES OKONMAH, BERNICE SHORTER-MARES, CONSTANCE ECHEBIRI, MIA DAWN TAYLOR, CARMITA McMULLEN, KIM COLSTON, LESTER HENDERSON, and JOSEPH SMITH, Individually, and on behalf of all other persons similarly situated,

**CLASS ACTION**

Plaintiffs,

v.

WALGREEN COMPANY,

Defendant.
_____/

**PLAINTIFFS' NOTICE OF SCRIVENER'S ERROR**

Plaintiffs, by and through undersigned counsel, hereby gives notice to this Court and all parties of record that the Complaint - Injunctive Relief Sought and Demand for Jury Trial (the "Complaint") contains the following scrivener's errors that are of significance and need to be noticed.

1. In paragraph 43, page 20 of the Complaint, it was stated that after WILLIAMS spoke to Mr. Kirk Wolfram, the District Manager, WILLIAMS was assigned to a permanent store location in the St. Petersburg area. This is a scrivener's error. After speaking to Mr. Kirk Wolfram, WILLIAMS was assigned to a permanent store location in the *Tampa* area.

2. In paragraph 53, page 25 of the Complaint, it was stated that Gary Vanderbilt was

CASE NO: 00-6151-CIV-UNGARO/Brown

FERGUSON's Pharmacy Supervisor. This is a scrivener's error. The correct named Pharmacy Supervisor is Emerson Oberlin. In paragraph 53, page 25 of the Complaint, it was also stated that Bruce Adams was FERGUSON's Pharmacy Manager. This is a scrivener's error. The correct named Pharmacy Manager is Mark Stamand.

3. In paragraph 78, page 38 of the Complaint, it was stated that Xavier Ziegler had less time with WALGREENS than SHORTER-MARES. This is a scrivener's error. Xavier Ziegler has more time with WALGREENS than SHORTER-MARES.

4. In Section XII. Prayer for Relief, paragraph 7 contains a scrivener's error. The word "not" should be "now" and correctly reads, "7. An order restoring PLAINTIFFS and the CLASS they seek to represent to those jobs they would now be occupying but for WALGREENS' discriminatory practices."

THORNTON, DAVIS & MURRAY, P.A., ATTORNEYS AT LAW
BRICKELL BAY VIEW CENTRE, SUITE 2900, 80 SOUTHWEST 8TH STREET, MIAMI, FLORIDA 33130 · TELEPHONE (305) 446-2646

-3-

CASE NO: 00-6151-CIV-UNGARO/Brown

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the foregoing was delivered by courier this 2ND day of March, 2000, to: Mark R. Cheskin, Esq., Danielle G. Bowser, Esq., Brian L. Lerner, Esq., Steel Hector & Davis LLP, Attorneys for Defendant, 200 South Biscayne Boulevard, 40th Floor, Miami, FL 33131-2398.

THORNTON, DAVIS & MURRAY, P.A.
Attorneys for Plaintiffs
Brickell BayView Centre, Suite 2900
80 SW 8th Street
Miami, Florida 33130
Tel:   305-446-2646
Fax:   305-441-2374

By: _____
**BARRY L. DAVIS**
Fla. Bar No. 294977
**PATRICIA A. LEID**
Fla. Bar No. 027006
**WENDELL T. LOCKE**
Fla. Bar No. 119260

H:\Library\01397\plead\scrivener not.wpd

-3-

THORNTON, DAVIS & MURRAY, P.A., ATTORNEYS AT LAW
BRICKELL BAY VIEW CENTRE, SUITE 2900, 80 SOUTHWEST 8TH STREET, MIAMI, FLORIDA 33130 · TELEPHONE (305) 446-2646