UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6151-Civ-Ungaro-Benages/Magistrate Judge Brown

JOYCE WILLIAMS, MICHAEL FERGUSON, JOSEPH PATRICK MCMULLEN, DELORES OKONMAH, BERNICE SHORTER-MEARES, CONSTANCE ECHEBIRI, MIA DAWN TAYLOR, CARMITA MCMULLEN, KIM COLSTON, LESTER HENDERSON, and JOSEPH SMITH, Individually, and on behalf of all other persons similarly situated,

    Plaintiffs,

vs.

WALGREEN COMPANY,

    Defendant.
_____/

**STIPULATED ENLARGEMENT OF TIME FOR WALGREEN COMPANY
TO RESPOND TO PLAINTIFFS' INITIAL DISCOVERY REQUESTS**

Pursuant to Rule 29 of the Federal Rules of Civil Procedure, Defendant Walgreen Company, ("Walgreens"), and Plaintiffs, Joyce Williams et al, by and through their respective undersigned counsel, hereby stipulate that:

1.    Plaintiffs' First Set of Interrogatories to Defendant, Plaintiffs' First Request for Production to Defendant, and Plaintiffs' Request for Admissions to Defendant (collectively "Plaintiffs' Initial Discovery Requests") were served upon Walgreens with service of the summons and class action complaint on February 2, 2000.



CASE NO. 00-6151-Civ-Ungaro-Benages/Magistrate Judge Brown

2. Pursuant to Rule 26.1F.3 of the Local Rules of the United States District Court for the Southern District of Florida, Walgreens' responses to Plaintiffs' Initial Discovery Requests would be due on March 20, 2000.

3. The parties stipulate that Walgreens shall have an enlargement of time, up to and including April 19, 2000, to serve its responses to Plaintiffs' Initial Discovery Requests.

4. The stipulated enlargement of time does not interfere with dates set by the Court for completing discovery, for hearing of a motion, or for trial. Fed. R. Civ. P. 29(2).

STIPULATED AND AGREED:

Dated: March 3rd, 2000.

STEEL HECTOR & DAVIS LLP
Attorneys for Defendant
200 South Biscayne Boulevard
Suite 4000
First Union Financial Center
Miami, FL 33131-2398
Telephone: (305) 577-2871
Fax: (305) 577-7001

By: _____
Mark R. Cheskin, P.A.
Florida Bar Number 708402
Danielle G. Bowser
Florida Bar Number 0164143
Brian L. Lerner
Florida Bar Number 177202

Dated: March 2nd, 2000.

THORNTON, DAVIS & MURRAY, P.A.
Attorneys for Plaintiffs
Brickell BayView Centre, Suite 2900
80 SW 8th Street
Miami, FL 33131-2646
Telephone: (305) 446-2646
Fax: (305) 446-2374

By: _____
Barry L. Davis
Florida Bar Number 294977
Patricia A. Leid
Florida Bar No. 027006
Wendell T. Locke
Florida Bar No. 119260

MIA_1998/565431-1