UNITED STATED DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

FILED BY _____ D.C.

2000 MAR 13 PH 2:18

CLERK U.S. DIST. CT.
S.D. OF FLA - MIA

CASE NO: 00-6151-CIV-UNGARO/Brown

JOYCE WILLIAMS, MICHAEL FERGUSON, JOSEPH PATRICK MCMULLEN, DELORES OKONMAH, BERNICE SHORTER-MEARES, CONSTANCE ECHEBIRI, MIA DAWN TAYLOR, CARMITA McMULLEN, KIM COLSTON, LESTER HENDERSON, and JOSEPH SMITH, Individually, and on behalf of all other persons similarly situated,

    Plaintiffs,

v.

WALGREEN COMPANY,

    Defendant.
_____/

**CLASS ACTION**

## PLAINTIFFS' MOTION FOR ENLARGEMENT OF TIME

Plaintiffs, JOYCE WILLIAMS, MICHAEL FERGUSON, JOSEPH PATRICK MCMULLEN, DELORES OKONMAH, BERNICE SHORTER-MEARES, CONSTANCE ECHEBIRI, MIA DAWN TAYLOR, CARMITA McMULLEN, KIM COLSTON, LESTER HENDERSON, and JOSEPH SMITH, Individually, and on behalf of all other persons similarly situated (collectively known as "Plaintiffs"), by and through undersigned counsel, hereby file this Motion for Enlargement of Time to respond to Defendant's Motion to Dismiss the Complaint, and would state as follows:

-2-

CASE NO: 00-6151-CIV-UNGARO/Brown

1. Plaintiffs filed this class action lawsuit on January 31, 2000, with service to Defendant on February 2, 2000.

2. Defendant responded with a twenty-page Motion to Dismiss alleging procedural and substantive issues. In addition to filing this motion, Defendant contacted undersigned counsel to request a thirty-day extension of time to respond to discovery that was propounded with the Complaint. Plaintiffs entered into a stipulation with the Defendant agreeing to the request for extension of time until April 19, 2000.

3. Plaintiffs will need to procure additional information from governmental agencies, the Equal Employment Opportunity Commission and the Florida Commission on Human Rights, in order to properly prepare their response to the motion to dismiss.

4. Plaintiffs response to Defendant's Motion to Dismiss is due on March 10, 2000. Plaintiffs respectfully request a ten (10) business-day enlargement of time until March 24, 2000 to serve their response to the motion.

5. Plaintiffs have contacted Defendant to discuss this motion and Defendant does not oppose the enlargement of time.

WHEREFORE, Plaintiffs respectfully request this Court issue an Order granting this motion for an enlargement of time of ten (10) business days until March 24, 2000 to file a response to Defendant's Motion to Dismiss.

THORNTON, DAVIS & MURRAY, P.A., ATTORNEYS AT LAW
BRICKELL BAY VIEW CENTRE, SUITE 2900, 80 SOUTHWEST 8™ STREET, MIAMI, FLORIDA 33130 • TELEPHONE (305) 446-2646

CASE NO: 00-6151-CIV-UNGARO/Brown

## CERTIFICATE OF SERVICE

**WE HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished by U. S. Mail this 9th day of March, 2000 to: Mark R. Cheskin, Esq., Danielle G. Bowser, Esq. Brian L. Lerner, Esq., Steel Hector & Davis LLP, Attorneys for Defendant, 200 South Biscayne Boulevard, 40th Floor, Miami, FL 33131-2398.

THORNTON, DAVIS & MURRAY, P.A.
Attorneys for Plaintiffs
Brickell BayView Centre, Suite 2900
80 SW 8th Street
Miami, Florida 33130
Tel:   305-446-2646
Fax:   305-441-2374

By: _____
**BARRY L. DAVIS**
Fla. Bar No. 294977
**PATRICIA A. LEID**
Fla. Bar No. 027006
**WENDELL T. LOCKE**
Fla. Bar No. 119260

H:\Library\01397\plead\enlarg time mot02.wpd

-3-

THORNTON, DAVIS & MURRAY, P.A., ATTORNEYS AT LAW
BRICKELL BAY VIEW CENTRE, SUITE 2900, 80 SOUTHWEST 8TH STREET, MIAMI, FLORIDA 33130 · TELEPHONE (305) 446-2646