UNITED STATED DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO: 00-6151-CIV-UNGARO/Brown

JOYCE WILLIAMS, MICHAEL FERGUSON, JOSEPH PATRICK MCMULLEN, DELORES OKONMAH, BERNICE SHORTER-MARES, CONSTANCE ECHEBIRI, MIA DAWN TAYLOR, CARMITA McMULLEN, KIM COLSTON, LESTER HENDERSON, and JOSEPH SMITH, Individually, and on behalf of all other persons similarly situated,

    Plaintiffs,

v.

WALGREEN COMPANY,

    Defendant.
_____/

**CLASS ACTION**

### UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO FILE RULE 23(c)(1) MOTION FOR DETERMINATION OF CLASS STATUS

Plaintiffs, JOYCE WILLIAMS, MICHAEL FERGUSON, JOSEPH PATRICK MCMULLEN, DELORES OKONMAH, BERNICE SHORTER-MARES, CONSTANCE ECHEBIRI, MIA DAWN TAYLOR, CARMITA McMULLEN, KIM COLSTON, LESTER HENDERSON, and JOSEPH SMITH, Individually, and on behalf of all other persons similarly situated, by and through undersigned counsel and pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, hereby file this their Unopposed Motion for Enlargement of Time to File Rule 23(c)(1)

NON-COMPLIANCE OF S.D. fla. L.R. 7.1(A4).

THORNTON, DAVIS & MURRAY, P.A., ATTORNEYS AT LAW
BRICKELL BAY VIEW CENTRE, SUITE 2900, 80 SOUTHWEST 8TH STREET, MIAMI, FLORIDA 33130 · TELEPHONE (305) 446-2646

CASE NO: 00-6151-CIV-UNGARO/Brown

Motion for Determination of Class Status in response to this Court's Notice Regarding Compliance With Local Rule 23.1, filed on February 22, 2000, and state therefor:

1. Local Rule 23.1(3) of the Southern District of Florida states in pertinent part,

   > Within 90 days after the filing of a complaint in a class action, unless the period is extended on motion for good cause appearing, the plaintiff shall move for a determination under subdivision (c)(1) of Rule 23, Fed. R. Civ. P., as to whether the case is to be maintained as a class action. . . .

   S.D. Fla. L.R. 23.1(3) (1999).

2. Plaintiffs served the complaint to Defendant through registered agent on February 2, 2000.

3. Extensive discovery in the form of interrogatories, requests for production, and requests for admission was propounded and served with the complaint. Defendant requested a thirty-day enlargement of time to complete discovery or at least to respond to discovery requests Defendant deems class related information. Plaintiffs anticipate objections will be filed by Defendant and further pleadings necessitated before the full discovery is received. Plaintiffs agreed to Defendant's request for enlargement of time and a stipulation was filed with the Court stating the discovery would be produced on April 19, 2000.

4. Pursuant to Rule 23.1(3), Plaintiffs' motion for determination is due on April 28, 2000. Plaintiffs require in-depth discovery responses that only the Defendant, Walgreens, possesses concerning numerous characteristics of the class which Plaintiffs will then use to delineate and define the parameters for the class in this litigation.

THORNTON, DAVIS & MURRAY, P.A., ATTORNEYS AT LAW
BRICKELL BAY VIEW CENTRE, SUITE 2900, 80 SOUTHWEST 8TH STREET, MIAMI, FLORIDA 33130 · TELEPHONE (305) 446-2646

CASE NO: 00-6151-CIV-UNGARO/Brown

5. In addition, the parties anticipate depositions and supplemental discovery may be required before an accurate profile of the class may be provided to the Court in the form of Rule 23.1(3) compliance.

6. Counsel have already begun discussions related to the Joint Scheduling Conference and will draft the Joint Scheduling Report in the near future. The Report will contain a more refined schedule for discovery and other pretrial deadlines for the Court's consideration.

7. In consideration of the enlargement of time Plaintiffs granted to Defendant to serve discovery responses, the time required to analyze the class related discovery and determine whether motions to compel or other pleadings are needed, and the scheduling of minimal depositions, Plaintiffs respectfully request a ninety-day enlargement of time until July 28, 2000, to properly develop and file the motion for determination of class status under Rule 23.1(3).

8. Undersigned counsel has conferred with counsel for Defendant who does not oppose this motion.

WHEREFORE, Plaintiffs, JOYCE WILLIAMS, MICHAEL FERGUSON, JOSEPH PATRICK MCMULLEN, DELORES OKONMAH, BERNICE SHORTER-MARES, CONSTANCE ECHEBIRI, MIA DAWN TAYLOR, CARMITA McMULLEN, KIM COLSTON, LESTER HENDERSON, and JOSEPH SMITH, Individually, and on behalf of all other persons similarly situated, respectfully request this Court issue an Order granting their Motion for Enlargement of Time to File Rule 23(c)(1) Motion for Determination of Class Status until July 28, 2000.

-3-

CASE NO: 00-6151-CIV-UNGARO/Brown

## CERTIFICATE OF SERVICE

**WE HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished by U. S. Mail this 10th day of March, 2000 to: Mark R. Cheskin, Esq., Danielle G. Bowser, Esq. Brian L. Lerner, Esq., Steel Hector & Davis LLP, Attorneys for Defendant, 200 South Biscayne Boulevard, 40th Floor, Miami, FL 33131-2398.

THORNTON, DAVIS & MURRAY, P.A.
Attorneys for Plaintiffs
Brickell BayView Centre, Suite 2900
80 SW 8th Street
Miami, Florida 33130
Tel:   305-446-2646
Fax:   305-441-2374

By: _____
**BARRY L. DAVIS**
Fla. Bar No. 294977
**PATRICIA A. LEID**
Fla. Bar No. 027006
**WENDELL T. LOCKE**
Fla. Bar No. 119260

H:\Library\01397\plead\enlarg time mot01.wpd

-4-

THORNTON, DAVIS & MURRAY, P.A., ATTORNEYS AT LAW
BRICKELL BAY VIEW CENTRE, SUITE 2900, 80 SOUTHWEST 8TH STREET, MIAMI, FLORIDA 33130 • TELEPHONE (305) 446-2646