

FILED by _____ D.C.

MAR 1 4 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
Case No. 00-6151-CIV-UNGARO-BENAGES

JOYCE WILLIAMS, et al.,
　　　　Plaintiffs,

vs.

WALGREEN COMPANY,
　　　　Defendant.
_____/

## ORDER GRANTING MOTION FOR ENLARGEMENT OF TIME

THIS CAUSE is before the Court upon Plaintiff's Motion for Enlargement of Time, filed March 13, 2000.

THE COURT has considered the Motion, the pertinent portions of the record and being otherwise fully advised in the premises, it is hereby

ORDERED AND ADJUDGED that the Motion is GRANTED. Plaintiffs shall file a response to the Motion to Dismiss no later than March 24, 2000.

DONE AND ORDERED in Chambers at Miami, Florida, this 1 day of March, 2000.

URSULA UNGARO-BENAGES
UNITED STATES DISTRICT JUDGE

copies provided:
counsel of record

