

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 00-6151-CIV-UNGARO-BENAGES

JOYCE WILLIAMS, et al.,
Plaintiffs,

vs.

WALGREEN COMPANY,
Defendant.
_____/

### ORDER DENYING MOTION FOR ENLARGEMENT OF TIME

THIS CAUSE is before the Court upon Plaintiffs' Unopposed Motion for Enlargement of Time to File Rule 23(c)(1) Motion for Determination of Class Status, filed March 14, 2000.

THE COURT has considered the Motion, the pertinent portions of the record and being otherwise fully advised in the premises, it is hereby

ORDERED AND ADJUDGED that the Motion is DENIED.

DONE AND ORDERED in Chambers at Miami, Florida, this 17 day of March, 2000.

URSULA UNGARO-BENAGES
UNITED STATES DISTRICT JUDGE

copies provided:
counsel of record