

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO: 00-6151-CIV-UNGARO/Brown

JOYCE WILLIAMS, MICHAEL
FERGUSON, JOSEPH PATRICK
MCMULLEN, DELORES OKONMAH,
BERNICE SHORTER-MARES,
CONSTANCE ECHEBIRI, MIA DAWN
TAYLOR, CARMITA McMULLEN, KIM
COLSTON, LESTER HENDERSON, and
JOSEPH SMITH, Individually, and on
behalf of all other persons similarly situated,

        Plaintiffs,

v.

WALGREEN COMPANY,

        Defendant.
_____/

CLASS ACTION

### PLAINTIFFS' MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS

Plaintiffs, JOYCE WILLIAMS, MICHAEL FERGUSON, JOSEPH PATRICK MCMULLEN, DELORES OKONMAH, BERNICE SHORTER-MARES, CONSTANCE ECHEBIRI, MIA DAWN TAYLOR, CARMITA MCMULLEN, KIM COLSTON, LESTER HENDERSON, and JOSEPH SMITH, individually, and on behalf of all other persons similarly situated (hereinafter referred to as "Plaintiffs" or "the Class"), by and through undersigned counsel, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, hereby file this Motion for Enlargement of Time to Respond to Defendant's Motion to Dismiss, for a period of two weeks for the purpose of making a determination as to whether the case will be voluntarily dismissed by

CASE NO: 00-6151-CIV-UNGARO/Brown

undersigned counsel or a substitution of counsel will be effected. In support thereof, Plaintiffs state:

1. Plaintiffs filed this class action lawsuit on January 31, 2000, with service to Defendant on February 2, 2000.

2. Defendant responded with a twenty-page Motion to Dismiss alleging procedural and substantive issues.

3. Plaintiffs' response to Defendant's Motion to Dismiss was due on March 10, 2000. Plaintiffs respectfully requested and this Court granted a ten (10) day enlargement of time until March 24, 2000, to serve their response to the motion.

4. Plaintiffs have been verbally discussing the status of the case and various aspects of the pending discovery with counsel for Defendant during the previous thirty days, including the exchange of written correspondence. There has been a display of cooperation in good faith between counsel in this case thus far. Consequently, Plaintiffs have been placed in a position whereby they now have additional factual information not previously available at the time of filing of the complaint that permits them to better reassess the case and the strategy with which to proceed on behalf of the Plaintiffs' best interests.

5. Plaintiffs request this Court grant an enlargement of time to respond to Defendant's Motion to Dismiss the complaint for a period of two weeks at which point in time undersigned counsel will either voluntarily dismiss the complaint or move for leave to withdraw as counsel and name substitute counsel.

6. Plaintiffs' counsel is in the process of contacting and discussing the ramifications of a voluntary dismissal or a substitution of counsel with the eleven Plaintiffs at this time, both verbally

THORNTON, DAVIS & MURRAY, P.A., ATTORNEYS AT LAW
BRICKELL BAY VIEW CENTRE, SUITE 2900, 80 SOUTHWEST 8TH STREET, MIAMI, FLORIDA 33130 · TELEPHONE (305) 446-2646

CASE NO: 00-6151-CIV-UNGARO/Brown

and in writing. However, timewise, it will not be possible for undersigned to properly counsel and discuss Plaintiffs' options with them before the response to the motion to dismiss is due to be filed. Undersigned advises this Court that all Plaintiffs have not yet been contacted and therefore it is necessary to request a two-week enlargement of time to complete the process and make a well-founded determination as to whether a voluntarily dismissal of the Complaint or a substitution of counsel is appropriate and in the best interests of the Plaintiffs.

7. Undersigned counsel has discussed this motion and the two options being considered with Defendant's counsel. At the time of the filing of this motion for enlargement of time, counsel for the Defendant is unable to confirm whether his client would oppose the motion.

WHEREFORE, Plaintiffs respectfully request this Court issue an Order granting this Motion for Enlargement of Time to Respond to Defendant's Motion to Dismiss for a period of two weeks, through and until April 7, 2000, for the purpose of determining whether a voluntary dismissal or a substitution of counsel will be filed.

-3-

THORNTON, DAVIS & MURRAY, P.A., ATTORNEYS AT LAW
BRICKELL BAY VIEW CENTRE, SUITE 2900, 80 SOUTHWEST 8TH STREET, MIAMI, FLORIDA 33130 · TELEPHONE (305) 446-2646

CASE NO: 00-6151-CIV-UNGARO/Brown

## CERTIFICATE OF SERVICE

**WE HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished by facsimile and U. S. Mail this 24th day of March, 2000 to: Mark R. Cheskin, Esq., Danielle G. Bowser, Esq., Brian L. Lerner, Esq., Steel Hector & Davis LLP, Attorneys for Defendant, 200 South Biscayne Boulevard, 40th Floor, Miami, FL 33131-2398.

THORNTON, DAVIS & MURRAY, P.A.
Attorneys for Plaintiffs
Brickell BayView Centre, Suite 2900
80 SW 8th Street
Miami, Florida 33130
Tel:   305-446-2646
Fax:  305-441-2374

By: _____
**BARRY L. DAVIS**
Fla. Bar No. 294977
**PATRICIA A. LEID**
Fla. Bar No. 027006
**WENDELL T. LOCKE**
Fla. Bar No. 119260

H:\Library\01397\plead\resp mot dismiss02.wpd

-4-

Thornton, Davis & Murray, P.A., attorneys at law
BRICKELL BAY VIEW CENTRE, SUITE 2900, 80 SOUTHWEST 8TH STREET, MIAMI, FLORIDA 33130 • TELEPHONE (305) 446-2646