UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 00-6151-CIV-UNGARO-BENAGES

JOYCE WILLIAMS, et al.,
    Plaintiffs,

vs.

WALGREEN COMPANY,
    Defendant.
_____/

FILED by _____ D.C.
MAR 29 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## ORDER

THIS CAUSE is before the Court upon Plaintiff's Motion for Enlargement of Time to Respond to Defendant's Motion to Dismiss, filed March 28, 2000.

THE COURT has considered the Motion, the pertinent portions of the record and being otherwise fully advised in the premises, it is hereby

ORDERED AND ADJUDGED that the Motion is GRANTED in part. No later than April 7, 2000, Plaintiffs shall either file their notice of voluntary dismissal or a response to Defendant's Motion to Dismiss. In making this ruling the Court notes that Plaintiffs' response to the Motion to Dismiss was due on or before March 24, 2000. Plaintiffs' did not file the instant Motion for Enlargement of Time until March 28, 2000. *See* Fed.R.Civ.P. 6(b)(providing the standard of excusable neglect for untimely motions for enlargement of time).

DONE AND ORDERED in Chambers at Miami, Florida, this 29 day of March, 2000.

URSULA UNGARO-BENAGES
UNITED STATES DISTRICT JUDGE

copies provided:
counsel of record