

UNITED STATED DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO: 00-6151-CIV-UNGARO/Brown

JOYCE WILLIAMS, MICHAEL
FERGUSON, JOSEPH PATRICK
MCMULLEN, DELORES OKONMAH,
BERNICE SHORTER-MARES,
CONSTANCE ECHEBIRI, MIA DAWN
TAYLOR, CARMITA McMULLEN, KIM
COLSTON, LESTER HENDERSON, and
JOSEPH SMITH, Individually, and on
behalf of all other persons similarly situated,

        Plaintiffs,

v.

WALGREEN COMPANY,

        Defendant.
_____/

**CLASS ACTION**

### PLAINTIFFS' MOTION FOR VOLUNTARY DISMISSAL OF THE CASE AS A CLASS ACTION WITHOUT PREJUDICE AND VOLUNTARY DISMISSAL OF CERTAIN NAMED PLAINTIFFS, INDIVIDUALLY, WITHOUT PREJUDICE

Plaintiffs, by and through undersigned counsel, pursuant to Rule 23(e) and Rule 41 of the Federal Rules of Civil Procedure, respectfully move this Court to grant their motion for voluntary dismissal of the case as a class action without prejudice and voluntary dismissal of the following certain named Plaintiffs, KIM COLSTON, LESTER HENDERSON, and JOSEPH SMITH, Individually, without prejudice, and would state as follows:

1.    Plaintiffs filed this lawsuit on January 31, 2000, on behalf of the eleven named Plaintiffs, individually, and as a proposed class action including all similarly situated Plaintiffs.

-2-

CASE NO: 00-6151-CIV-UNGARO/Brown

2. Defendant filed a Motion to Dismiss on February 22, 2000.

3. Wendell T. Locke, Esquire, originally brought the subject case into the firm of Thornton, Davis & Murray, P.A. Attorney Locke left the firm on March 31, 2000, took certain portions of the case with him, and advised that he had arranged for successor counsel to continue the representation of certain named Plaintiffs, individually. Accordingly, a Stipulation and Substitution of Counsel and Order will be filed in the near future.

4. Pursuant to Fed. R. Civ. P. 41, "Subject to the provisions of Rule 23(e) . . . an action may be dismissed by the plaintiff without order of court (1) by filing a notice of dismissal at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs, . . ."

5. Pursuant to Fed. R. Civ. P. 23(e), "A class action shall not be dismissed or compromised without the approval of the court, and notice of the proposed dismissal or compromise shall be given to all members of the class in such manner as the court directs."

6. Undersigned counsel moves this Court to dismiss the case as a proposed class action. The determination of class action status is in the infant stages and the Motion for Determination pursuant to Fed. R. Civ. P. 23(c)(1) as to whether the case is to be maintained as a class action has not yet been filed or ruled upon. Likewise, there has not been any discovery to date produced to Plaintiffs identifying the names of the members of a class so it would be impossible to notify all members pursuant to Rule 23(e). Plaintiffs defer to this Court's interpretation of Rule 23(e) as to implications under a Rule 41 voluntary dismissal while the case is in the pre-certification stage and identity of the un-named Plaintiffs is unknown.

-2-

THORNTON, DAVIS & MURRAY, P.A., ATTORNEYS AT LAW
BRICKELL BAY VIEW CENTRE, SUITE 2900, 80 SOUTHWEST 8TH STREET, MIAMI, FLORIDA 33130 · TELEPHONE (305) 446-2646

CASE NO: 00-6151-CIV-UNGARO/Brown

7. Undersigned counsel moves this Court to voluntarily dismiss the claims of the following certain named Plaintiffs, individually, and without prejudice: KIM COLSTON, LESTER HENDERSON and JOSEPH SMITH.

8. The substituting counsel will be representing the remaining Plaintiffs, individually only, JOYCE WILLIAMS, MICHAEL FERGUSON, JOSEPH PATRICK MCMULLEN, DELORES OKONMAH, BERNICE SHORTER-MARES, CONSTANCE ECHEBIRI, MIA DAWN TAYLOR, and CARMITA MCMULLEN.

9. All named Plaintiffs have been advised, both verbally and in writing, of the filing of this motion to dismiss class action status without prejudice and certain named Plaintiffs without prejudice.

10. Defendant's counsel has been advised of the instant motion and has represented to undersigned that WALGREENS will waive any fees and costs associated with the voluntary dismissal of the three named Plaintiffs, KIM COLSTON, LESTER HENDERSON and JOSEPH SMITH, and of class action status in this matter.

WHEREFORE, Plaintiffs respectfully move this Court to grant their motion to voluntarily dismiss the proposed class action status of this lawsuit, without prejudice, and also voluntarily dismiss the following named Plaintiffs, Individually, KIM COLSTON, LESTER HENDERSON and JOSEPH SMITH, without prejudice.

THORNTON, DAVIS & MURRAY, P.A., ATTORNEYS AT LAW
BRICKELL BAY VIEW CENTRE, SUITE 2900, 80 SOUTHWEST 8TH STREET, MIAMI, FLORIDA 33130 · TELEPHONE (305) 446-2646

CASE NO: 00-6151-CIV-UNGARO/Brown

## CERTIFICATE OF SERVICE

**WE HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished by U. S. Mail this 6th day of April, 2000 to: Mark R. Cheskin, Esq., Danielle G. Bowser, Esq., Brian L. Lerner, Esq., Steel Hector & Davis LLP, Attorneys for Defendant, 200 South Biscayne Boulevard, 40th Floor, Miami, FL 33131-2398; Kelsay D. Patterson, Esq., Law Office of Michael Tobin, P.A., 1099 Ponce De Leon Blvd, Coral Gables, FL 33134-3319, Substitution Attorneys for certain named Plaintiffs: WILLIAMS, FERGUSON, J.P. MCMULLEN, OKONMAH, SHORTER-MARES, ECHEBIRI, TAYLOR and C. MCMULLEN.

THORNTON, DAVIS & MURRAY, P.A.
Attorneys for Plaintiffs
Brickell BayView Centre, Suite 2900
80 SW 8th Street
Miami, Florida 33130
Tel: 305-446-2646
Fax: 305-441-2374

By: _____
**BARRY L. DAVIS**
Fla. Bar No. 294977
**PATRICIA A. LEID**
Fla. Bar No. 027006

H:\Library\01397\plead\vol dismiss class mot.wpd

-4-

THORNTON, DAVIS & MURRAY, P.A., ATTORNEYS AT LAW
BRICKELL BAY VIEW CENTRE, SUITE 2900, 80 SOUTHWEST 8TH STREET, MIAMI, FLORIDA 33130 · TELEPHONE (305) 446-2646