UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 00-6151-CIV-UNGARO-BENAGES

JOYCE WILLIAMS, et al.,
  Plaintiffs,

vs.

WALGREEN COMPANY,
  Defendant.
_____/

FILED by CS D.C.
APR 1 7 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## ORDER

THIS CAUSE is before the Court upon Defendant's Motion to Dismiss, filed February 22, 2000, Plaintiffs' Motion for Leave to Amend Complaint, filed April 10, 2000, and the Stipulation and Substitution of Counsel, received in Chambers April 10, 2000.

THE COURT has considered the Motions and Stipulation, the pertinent portions of the record and being otherwise fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED** that the Motion for Leave to Amend Complaint is GRANTED. The Amended Complaint shall stand as filed. Defendant shall file an answer or otherwise respond to the Complaint no later than April 27, 2000. It is further

**ORDERED AND ADJUDGED** that the Motion to Dismiss is DENIED as moot in light of the filing of the Amended Complaint. It is further

**ORDERED AND ADJUDGED** that the Law Offices of Michael Tobin, P.A. is hereby substituted as counsel of record for Plaintiffs Joyce Williams, Michael Ferguson, Joseph Patrick McMullen, Delores Okonmah, Bernice Shorter-Meares, Constance Echebiri, Mia Dawn Taylor and Carmita McMullen in place of Thornton, Davis & Murray, P.A., which firm is discharged of any further responsibilities or duties in this cause.

DONE AND ORDERED in Chambers at Miami, Florida, this 14 day of April, 2000.

URSULA UNGARO-BENAGES
UNITED STATES DISTRICT JUDGE

copies provided:
counsel of record

Kelsay D. Patterson, Esq.
Law Offices of Michael Tobin, P.A.
1099 Ponce DeLeon Blvd.
Coral Gables, FL 33134-3319