UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 00-6151-CIV-UNGARO-BENAGES

JOYCE WILLIAMS, et al.,
    Plaintiffs,

vs.

WALGREEN COMPANY,
    Defendant.
_____/



## ORDER

THIS CAUSE is before the Court upon Plaintiffs' Motion for Voluntary Dismissal of the Case as a Class Action without Prejudice and Voluntary Dismissal of Certain Named Plaintiffs, Individually, without Prejudice, filed April 10, 2000.

THE COURT has considered the Motion, the pertinent portions of the record and being otherwise fully advised in the premises, it is hereby

ORDERED AND ADJUDGED that the Motion is GRANTED and this case is DISMISSED without prejudice as a class action. In making this ruling, the Court finds that the precertification dismissal of the class claims is not the product of collusion and the putative class members will not be prejudiced. *See Gunn v. World Omni Financial Corp.*, 184 F.R.D. 417, 419 (M.D. Ala. 1999); *Anderberg v. Masonite Corp.*, 176 F.R.D. 682, 689-90 (N.D. Ga. 1997). Additionally, the individual claims of Plaintiffs Kim Colston, Lester Henderson and Joseph Smith are DISMISSED without prejudice.

DONE AND ORDERED in Chambers at Miami, Florida, this _11_ day of April, 2000.

                           URSULA UNGARO-BENAGES
                           UNITED STATES DISTRICT JUDGE

copies provided:
counsel of record

