UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6151-Civ-Ungaro-Benages/Magistrate Judge Brown

JOYCE WILLIAMS, MICHAEL FERGUSON, JOSEPH PATRICK MCMULLEN, DELORES OKONMAH, BERNICE SHORTER-MEARES, CONSTANCE ECHEBIRI, MIA DAWN TAYLOR, CARMITA MCMULLEN, Individually,

     Plaintiffs,

vs.

WALGREEN COMPANY,

     Defendant.
_____/

FILED by _____ D.C.
APR 2 5 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## ORDER GRANTING DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME TO SERVE ITS RESPONSE TO PLAINTIFFS' FIRST AMENDED COMPLAINT

THIS CAUSE came before the Court on Defendant's Motion for Enlargement of Time to Serve Its Response to Plaintiffs' First Amended Complaint and the Court being fully apprised in this matter, it is hereby

ORDERED AND ADJUDGED that the Defendant's motion is granted, and that the Defendant shall have up to and including May 8, 2000, to serve its response to Plaintiff's Amended Complaint.

DONE AND ORDERED in Chambers at Miami, Florida, this 25 day of April, 2000.

                                                                      UNITED STATES DISTRICT JUDGE

Copies furnished to:
Mark R. Cheskin, Esq.
Kelsay D. Patterson, Esq.
MIA_1998/578013-1