UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 00-6151-CIV-UNGARO-BENAGES

JOYCE WILLIAMS, et al.,
    Plaintiffs,

vs.

WALGREEN COMPANY,
    Defendant.
_____/

FILED by _____ D.C.
MAY 0 5 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

### ORDER TO SHOW CAUSE

THIS CAUSE is before the Court upon *sua sponte* review of the Unilateral Scheduling and Status Report, filed April 28, 2000.

Pursuant to this Court's February 15, 2000 Scheduling Order, the parties were directed to file a joint planning and scheduling report in compliance with the remainder of the Order no later than May 2, 2000. On April 28, 2000, Defendant filed the Unilateral Scheduling and Status Report. As of the date of this Order, Plaintiffs have failed to join in the Unilateral Scheduling and Status Report and file the requisite witness and exhibit lists or file a joint planning and scheduling report. Accordingly, it is hereby

ORDERED AND ADJUDGED that no later than 9:00 a.m., May 8, 2000, Plaintiffs shall file a written response showing good cause why sanctions should not be imposed for their failure to comply with this Court's Scheduling Order. Plaintiffs may comply with this Order by filing a paper that reflects their consent to the Unilateral Scheduling and Status Report and their witness and exhibit lists no later than 9:00 a.m., May 8, 2000.

DONE AND ORDERED in Chambers at Miami, Florida, this 5 day of May, 2000.

URSULA UNGARO-BENAGES
UNITED STATES DISTRICT JUDGE

copies provided by facsimile:
counsel of record