UNITED STATED DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO: 00-6151-CIV-UNGARO/Brown



JOYCE WILLIAMS, individually;
MICHAEL FERGUSON, individually;
JOSEPH PATRICK McMULLEN,
individually; DELORES OKONMAH,
individually; BERNICE SHORTER-
MEARES, individually;
CONSTANCE ECHEBIRI, individually;
MIA DAWN TAYLOR, individually;
and CARMITA McMULLEN, individually,

      Plaintiffs,

v.

WALGREEN COMPANY,

      Defendant.
_____/

## NOTICE OF PLAINTIFFS' CONSENT TO DEFENDANT'S UNILATERAL SCHEDULING AND STATUS REPORT

Plaintiffs adopt and consent to the Scheduling and Status Report filed by the Defendant on April 28, 2000. With respect to the Court's Order to file Witness and Exhibit Lists, such a task is virtually impossible as of this early date. Discovery has just recently commenced, and due to the number of Plaintiffs involved (8), an exhaustive list of exhibits and witnesses cannot yet be provided. The Plaintiff respectfully request that paragraph #14 of the Defendant's Scheduling Report be adopted for the submission of said lists.

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 5th day of May, 2000, to: MARK R. CHESKINS, ESQ., Attorneys for Defendant, Steel Hector & Davis LLP, 200 South Biscayne Blvd., 40th Floor, Miami, Florida 33131-2398.

> LAW OFFICES OF MICHAEL M. TOBIN, P.A.
> Attorneys for Plaintiffs
> 1099 Ponce De Leon Blvd.
> Coral Gables, Florida 33134-3319
> Tel:   305-445-5475
> Fax:   305-445-5479
>
> _/s/ Kelsay D. Patterson_
> KELSAY D. PATTERSON
> Fla. Bar No. 119784