UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 00-6151-CIV-UNGARO-BENAGES

JOYCE WILLIAMS, et al.,
    Plaintiffs,

vs.

WALGREEN COMPANY,
    Defendant.
_____/

FILED by ___ D.C.
MAY 09 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## ORDER

THIS CAUSE is before the Court upon *sua sponte* review of Defendant's Unilateral Scheduling and Status Report, filed April 28, 2000 and Notice of Plaintiffs' Consent to Defendant's Unilateral Scheduling and Status Report, filed May 5, 2000.

THE COURT has considered the Report and the Notice, the pertinent portions of the record and being otherwise fully advised in the premises, it is hereby

ORDERED AND ADJUDGED that to the extent the Report and Notice seek a continuance of the date by which the parties are to submit their witness and exhibit lists as directed in the Court's February 15, 2000 Scheduling Order, such relief is DENIED. No later than May 15, 2000, the parties are to file witness and exhibit lists that reflect, through reasonable diligence, those witnesses and exhibits currently known.

DONE AND ORDERED in Chambers at Miami, Florida, this 9 day of May, 2000.

URSULA UNGARO-BENAGES
UNITED STATES DISTRICT JUDGE

copies provided:
counsel of record