UNITED STATED DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO: 00-6151-CIV-UNGARO/Brown



JOYCE WILLIAMS, individually;
MICHAEL FERGUSON, individually;
JOSEPH PATRICK McMULLEN,
individually; DELORES OKONMAH,
individually; BERNICE SHORTER-
MEARES, individually;
CONSTANCE ECHEBIRI, individually;
MIA DAWN TAYLOR, individually;
and CARMITA McMULLEN, individually,

    Plaintiffs,

v.

WALGREEN COMPANY,

    Defendant.
_____/

## PLAINTIFFS' WITNESS & EXHIBIT LIST

Plaintiffs, by and through undersigned counsel hereby file their Witness & Exhibit List as follows:

### WITNESS LIST

1. Plaintiff, Joyce Williams

2. Plaintiff, Michael Ferguson

3. Plaintiff, Joseph Patrick McMullen

4. Plaintiff, Delores Okonmah

1

5. Plaintiff, Bernice Shorter-Meares

6. Plaintiff, Constance Echebiri

7. Plaintiff, Mia Dawn Taylor

8. Plaintiff, Carmita McMullen

9. Sanjay Bhana, Pharmacy Supervisor
   3910 US Hwy 301, N.
   Suite 255
   Tampa, Fl 33619

10. Rick Miller, Pharmacy Supervisor
    same as above

11. Martin Northrop, Pharmacy Supervisor
    same as above

12. Pamela Marth, Pharmacy Supervisor
    same as above

13. Ron Mick, Pharmacy Manager
    Memorial Lakeland, to be provided

14. Michelle Brantley, Pharmacy Manager
    Lakeland, to be provided

15. John Brantley, Pharmacy Manager
    to be provided

16. Norma Vianzone, Pharmacy Manager
    to be provided

17. Bruce Liddy, Pharmacy Manager
    same

18. Anthony Marchesani, Pharmacy Manager
    same

19. Larry Wray, Pharmacy Manager
    same

20. Jenu Phillips, Pharmacy Manager
    same

21. John Oats, Pharmacy Manager
    same

22. Elizabeth Palto, Pharmacy Manager
    same

23. Bhauani Thalamarta, Pharmacy Manager
    same

24. Noel Auerbach, Pharmacy Manager
    Aventura

25. Bahrman Azarm, Pharmacy Manager
    17534 Collins Avenue
    Miami, Fl

26. Sonya Kubiliun, Pharmacy Manager
    12295 N. Biscayne Blvd.
    Miami, Fl

27. Mickey Murphy, Pharmacy Manager
    1480 Miami Gardens Drive
    Miami Gardens, Fl

28. Xiggy Sigler, Pharmacy Manager
    5701 NW 183rd Street
    Miami, Fl

29. Marty Martinez, Pharmacy Manager
    Hialeah, to be provided

30. Jean Bailey, Pharmacy Manager
    9020 Biscayne Blvd.
    Miami, Fl

31. Nisa Freed, Pharmacy Manager
    to be provided

32. Matt Mahari, Pharmacy Manager
    to be provided

33. Jorge Acosta, Pharmacy Supervisor
    8250 NW 27th Street
    Suite 311
    Miami, Fl 33122

34. Vivian Ceballos, Pharmacy Supervisor
    same as above

35. Mary Schwartz, Pharmacy Supervisor
    901 N. Point Parkway
    W.P.B., Fl 33407

36. Phil Chen, Pharmacy Supervisor
    2101 NW 21st Avenue
    Suite 530
    Ft. Lauderdale, Fl 33309

## PLAINTIFFS' EXHIBIT LIST

1. All right to sue letters.

2. All correspondence submitted on behalf of any Plaintiff (s) to EEOC.

3. All depositions.

4. All Jury Instructions & Verdict Forms.

5. All written discovery requests and responses.

6. Personnel files of all witnesses listed by either Plaintiffs or Defendant.

7. Disciplinary files of all witnesses listed by either Plaintiffs or Defendant.

8. Any and all policies, manuals, guidelines, handbooks, or data from the Defendant.

9. Any and all medical reports and/or bills.

10. Any and all wage and salary data from the witnesses in the Plaintiffs and/or Defendant's witness list.

11. Market and/or demographics studies, research, and reports.

12. 1990 and 2000 census results.

13. College transcripts of any and all witnesses listed by either Plaintiffs or Defendant.

14. Rebuttal exhibits.

15. All documents the Plaintiffs obtain from the Defendant due to their documents production requests.

16. All exhibits listed by the Defendant.

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 15th day of May, 2000, to: MARK R. CHESKINS, ESQ., Attorneys for Defendant, Steel Hector & Davis LLP, 200 South Biscayne Blvd., 40th Floor, Miami, Florida 33131-2398.

**MICHAEL M. TOBIN, P.A.**
Attorneys for Plaintiffs
1099 Ponce De Leon Blvd.
Coral Gables, Florida 33134-3319
Tel:   305-445-5475
Fax:   305-445-5479

*/s/ Kelsay D. Patterson*
KELSAY D. PATTERSON
Fla. Bar No. 119784