UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  00-6151-Civ-Ungaro-Benages/Magistrate Judge Brown

JOYCE WILLIAMS, individually;
MICHAEL FERGUSON, individually;
JOSEPH PATRICK MCMULLEN,
individually; DELORES OKONMAH,
individually; BERNICE SHORTER-
MEARES, individually; CONSTANCE
ECHEBIRI, individually; MIA DAWN
TAYLOR, individually; CARMITA
MCMULLEN, individually;

       Plaintiffs,

vs.

WALGREEN COMPANY,

       Defendant.

_____/

## DEFENDANT'S WITNESS LIST

Pursuant to the Court's Order dated May 9, 2000, Defendant, Walgreen Company

("Walgreens"), sets forth below the names and last known addresses of witnesses who may be

called to testify at the trial of the above-styled action:

1.    Kirk Wolfram
    Walgreens Tampa East District Office
    3910 U.S. Highway 301 N. #255
    Tampa, FL 33619-1283

2.    Anthony Frizzell
    Walgreens
    8633 W. Charleston Blvd.
    Las Vegas, NV 89117



CASE NO.  00-6151-Civ-Ungaro-Benages/Magistrate Judge Brown

3.  Roy Ripak
Walgreens Miami North District Office
8250 N.W. 27th St., Suite 311
Miami, FL 33122

4.  Mike Calnan
Walgreens
6848 Albemarle Road
Charlotte, NC 28212

5.  Rob Kipp
Walgreens Tampa West District Office
3910 U.S. Highway 301 N., #255
Tampa, FL 33619-1283

6.  Martin Northrup
Walgreens Tampa South District Office
3910 U.S. Highway 301 N., #255
Tampa, FL 33619-1283

7.  John Steele
Walgreens
19450 Cortez Blvd.
Brooksville, FL 34601

8.  Emerson Oberlin
1534 Van Buren Street
Hollywood, FL 33020-5266

9.  Gary Vanderbilt
Walgreens Fort Lauderdale Central District Office
5101 N.W. 21st Ave., #530
Fort Lauderdale, FL 33309-2731

10.  Vivian Ceballos
Walgreens Miami North District Office
8250 N.W. 27th St., Suite 311
Miami, FL 33122

STEEL HECTOR & DAVIS LLP

CASE NO.  00-6151-Civ-Ungaro-Benages/Magistrate Judge Brown

11.    Jimmy Odom
       Walgreens Orlando District Office
       5114 W. Colonial Dr.
       Orlando, FL 32808-7604

12.    Cliff Newman
       Walgreens Tampa North District Office
       3910 U.S. Highway 301 N., #255
       Tampa, FL 33619-1283

13.    Glenn Taylor
       Walgreens
       9675 N.W. 41st Street
       Miami, FL 33178

14.    Orville Maloney
       Walgreens
       690 N.W. 183rd Street
       Miami, FL 33169

15.    Russell Myers
       Walgreens
       2111 E. Busch Blvd.
       Tampa, FL 33612

16.    Doug Healy
       Walgreens
       1303 S. Semoran Blvd.
       Orlando, FL 32807

17.    Mark Stamand
       Walgreens
       7431 W. Atlantic Ave. #56
       Delray Beach, FL 33446

18.    Bruce Adams
       Walgreens
       3529 N.E. Silver Springs Blvd.
       Ocala, FL 34470

3

CASE NO. 00-6151-Civ-Ungaro-Benages/Magistrate Judge Brown

19.    Xavier Sigler
       Walgreens
       5701 N.W. 183rd St.
       Hialeah, FL 33015

20.    Michelle Brantley
       Walgreens
       2637 S. Florida Ave.
       Lakeland, FL 33803

21.    Irving Green
       Walgreens
       8490 W. Hillsborough Ave.
       Tampa, FL 33615

22.    Karl E. Meehan
       Walgreen Co.
       200 Wilmot Road, MS#2147
       Deerfield, IL 60015

23.    Randy (Richard) Reddick
       Walgreens
       4647 W. Kennedy Blvd.
       Tampa, FL 33609

24.    Hilbano Nava
       Walgreens
       1007 S. 78th Street
       Tampa, FL 33619

25.    George Shelander
       Walgreens Tampa North District Office
       3910 U.S. Highway 301 N., #255
       Tampa, FL 33619-1283

26.    Cheryl Giacomuzzi (maiden name is Nicolay)
       Walgreens
       705 1st Street South
       Winter Haven, FL 33880

STEEL HECTOR & DAVIS LLP

CASE NO.  00-6151-Civ-Ungaro-Benages/Magistrate Judge Brown

27.    Jorge Morales
       Walgreens Miami South District Office
       8250 N.W. 27th St., Suite 311
       Miami, FL 33122

28.    Alex Palermo
       Walgreens Fort Lauderdale South District Office
       5101 N.W. 21st Ave., #530
       Fort Lauderdale, FL 33309

29.    Maria Lecuyer
       Walgreens Miami Central District Office
       8250 N.W. 27th St., Suite 311
       Miami, FL 33122

30.    Jim Huntington
       Walgreens Tampa West District Office
       3910 U.S. Highway 301 N., #255
       Tampa, FL 33619-1283

31.    John Ford
       Walgreens Tampa South District Office
       3910 U.S. Highway 301 N., #255
       Tampa, FL 33619-1283

32.    Kim Treece
       Walgreens Fort Lauderdale Central District Office
       5101 N.W. 21st Ave., #530
       Fort Lauderdale, FL 33309-2731

33.    Custodian of Personnel Records at Walgreen Co.
       Chris Dimitriou
       200 Wilmot Road
       Deerfield, IL 60015

34.    Any other necessary records custodians.

35.    Any other current or former employees and pharmacists who worked with any of the
       Plaintiffs during their employment at Walgreens.

STEEL HECTOR & DAVIS LLP

CASE NO.  00-6151-Civ-Ungaro-Benages/Magistrate Judge Brown

36.    Any other current or former Pharmacy Supervisors, District Managers, or Human Resource Personnel who had authority over any or all of the Plaintiffs during their employment at Walgreens.

37.    Any other current or former Loss Prevention Supervisors or Loss Prevention staff who investigated or played any role in the investigation of any or all of the Plaintiffs during their employment at Walgreens.

38.    Any other current or former Store Managers, Assistant Store Managers, and Pharmacy Managers who have been decision makers pertaining to or exercised authority over any or all of the Plaintiffs during their employment at Walgreens.

39.    Any necessary expert witnesses.

40.    Any necessary rebuttal and impeachment expert witnesses.

41.    All witnesses listed by the Plaintiffs.

Walgreens reserves the right to supplement this list when and if additional information or witnesses come to its attention until the joint pretrial stipulation is filed.

Respectfully submitted,

STEEL HECTOR & DAVIS LLP
Attorneys for Defendant
200 South Biscayne Blvd., 40th Floor
Miami, Florida 33131-2398
Telephone:  (305) 577-2871
Facsimile:  (305) 577-7001

By:_____
Mark R. Cheskin, P.A.
Florida Bar No. 708402
Danielle G. Bowser
Florida Bar No. 0164143
Brian L. Lerner
Florida Bar No. 0177202

6

CASE NO.  00-6151-Civ-Ungaro-Benages/Magistrate Judge Brown

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by

U.S. Mail this 15th day of May, 2000 to:  Kelsay D. Patterson, Esq., Law Office of Michael

Tobin, P.A., 1099 Ponce De Leon Blvd., Coral Gables, FL 33134-3319, Attorney for Plaintiffs.

By: _____
Danielle G. Bowser

MIA_1998/582486-1

7