UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-6151-Civ-Ungaro-Benages/Brown

JOYCE WILLIAMS, individually;
MICHAEL FERGUSON, individually;
JOSEPH PATRICK MCMULLEN,
individually; DELORES OKONMAH,
individually; BERNICE SHORTER-
MEARES, individually; CONSTANCE
ECHEBIRI, individually; MIA DAWN
TAYLOR, individually; CARMITA
MCMULLEN, individually;

    Plaintiffs,

vs.

WALGREEN COMPANY,

    Defendant.
_____/

## DEFENDANT'S RULE 16.1(B) EXHIBIT LIST

Pursuant to S.D. Fla. L.R. 16.1(B)(1), the Court's Order Setting Initial Planning and Scheduling Conference dated March 28, 2000, and the Court's Order dated May 9, 2000, defendant Walgreen Co. ("defendant"), files the following list of exhibits that reflect, through reasonable diligence, those exhibits currently known that support and/or refute allegations in the pleadings:

| Ex. # | Date: | To: | From: | CC: | Description: |
|---|---|---|---|---|---|
| 1 | 03/04/99 | Joyce Ann Taylor | Kelly Reynolds | | Notification of pending investigation regarding her license to practice in the State of Florida |
| 2 | 11/19/98 | Consumer Services Unit | Dr. John Eloian | | Letter summarizing incident where Williams filled the wrong prescription resulting in the patient suffering a heart attack |
| 3 | 04/27/99 | | J. Williams | | Letter discussing filling wrong prescription |

STEEL HECTOR & DAVIS LLP

| | | | | | |
|---|---|---|---|---|---|
| 4 | 03/17/98 | | | | Staff Pharmacist Review of J. Williams |
| 5 | 10/02/99 | Joyce Williams | EEOC | John Kenesey | EEOC Dismissal and Notice of Right to Sue |
| 6 | 10/17/96 | All Registered Pharmacists | Philip Burgess | | Memorandum on Walgreens' Policy on Unauthorized Dispensing, Use, Distribution, and Purchase of Prescription Medication |
| 7 | 04/01/97 | | | | Walgreens' Policy regarding Pharmacy Laws, Policies, & Ethics (signed by J. Williams) |
| 8 | 01/10/97 | | | | Controlled Substance Policy Signature Page (signed by J. Williams) |
| 9 | 09/16/97 | Kirk Wolfram | J. Williams | John Kenesey, Bob Jett, David Linesch | Letter responding to investigation that led to suspension without pay |
| 10 | 07/30/97 | | Clifford Newman | | Loss Prevention Inquiry Report on J. Williams |
| 11 | 09/10/94 | Robert Kipp | J. Williams | | Letter from Williams requesting a transfer to Tampa and for consideration of a management or staff position |
| 12 | 08/15/97 | John Kenesey | J. Williams | | Letter claiming retaliation in the form of an investigation |
| 13 | 08/09/96 | J. Williams | Robert Kipp, Glen Taylor | | Disciplinary Records regarding poor customer service and violation of company policies |
| 14 | | | Russell Myers | | Written account noting difficulties with J. Williams |
| 15 | | | | | List of Night Pharmacist Duties |
| 16 | 07/29/97 | Dr. Fox | Robert Kipp | File | Letter requesting verification of the validity of a prescription for J. Williams |
| 17 | 04/17/95 | Rob Kipp | J. Williams | | Handwritten message regarding request for transfer to a Tampa Store with a note by R. Kipp that J. Williams is on a waiting list |

STEEL HECTOR & DAVIS LLP

| | | | | | |
|---|---|---|---|---|---|
| 18 | 03/30/96 corrected 05/30/96 | Rob Kipp | J. Williams | | Letter soliciting assistance regarding perceived animosity by co-workers |
| 19 | 08/24/94 | Kirk Wolfram | J. Williams | Jack Kenesey | Letter thanking assistance in transfer to the district in May and requesting review of an array of circumstances that resulted in being placed on a 30-day probation |
| 20 | 01/30/97 | Kirk Wolfram | J. Williams | Jack Kenesey | Letter relaying incident that allegedly violated her right to privacy |
| 21 | 05/02/97 | Jack Kenesey | J.K. Steele | | Notarized letter stating that at no time did J. Williams express to him an interest in being promoted to pharmacy manager or store manager |
| 22 | 05/02/97 | Jack Kenesey | J.A. Huntington | | Notarized letter stating that at no time did J. Williams express an interest to him about being promoted to pharmacy manager or store manager position |
| 23 | 05/02/97 | Jack Kenesey | R.A. Kipp | | Notarized letter stating that at no time did J. Williams express an interest to him about being promoted to pharmacy manager or store manager position |
| 24 | 05/02/97 | Jack Kenesey | Kirk Wolfram | | Notarized letter stating that at no time did J. Williams express an interest to him about being promoted to pharmacy manager or store manager position |
| 25 | 02/05/97 | | | | Amended Charge of Discrimination filed by J. Williams |
| 26 | 01/29/97 | | | | Charge of Discrimination filed by J. Williams |
| 27 | | | | | Application and Employment Record for J. Williams |
| 28 | 04/27/99 | | | | Second Charge of Discrimination filed against Walgreens by J. Williams claiming retaliation |
| 29 | 08/09/96 | J. Williams | Glen Taylor | | Disciplinary Record regarding J. Williams |

STEEL HECTOR & DAVIS LLP

| 30 | 08/10/96 | | | | Loss Prevention Report on J. Williams |
|---|---|---|---|---|---|
| 31 | 12/16/99 | | | | Report of investigation that took place as a result of a complaint by Barbara Buccini about J. Williams |
| 32 | 12/08/99 | | Giao Tran | | Statement by Giao Tran regarding an incident she had with J. Williams |
| 33 | 12/09/99 | | | | Hillsborough County Sheriffs's Office Incident Report relating to the stalking of Giao Tran by J. Williams |
| 34 | 12/29/99 | | Chris Overbeck | | Handwritten statement about telephone call made to him by J. Williams |
| 35 | 11/29/99 | | Barbara Buccini | | Incident Report of 11/29/99 involving J. Williams |
| 36 | | | Kim Chapman | | Handwritten recount of the situation in the pharmacy involving J. Williams on November 30 |
| 37 | | | Lynette Sykes | | Handwritten recount of the situation in the pharmacy involving J. Williams on November 30 |
| 38 | 05/12/99 | Kelly Reynolds | J. Williams | | Response to Dr. Eloian's complaint against J. Williams |
| 39 | 1997 - 1999 | | | | Salary Information for J. Williams |
| 40 | 01/28/98 | Kirk Wolfram | J. Williams | John Kenesey | Letter addressing a customer incident |
| 41 | 1996 - 1997 | | | | Performance Evaluation of J. Williams |
| 42 | 1997 - 1998 | | | | Performance Evaluation of J. Williams |
| 43 | 1994 - 1995 | | | | Performance Evaluation of J. Williams |
| 44 | 08/09/96 | J. Williams | Robert Kipp | | Disciplinary Records regarding J. Williams |
| 45 | 09/21/?? | | Glenn Taylor | | Handwritten statement documenting complaints about J. Williams behavior |

STEEL HECTOR & DAVIS LLP

| 46 | 10/07/96 | Graveyard Pharmacists, Pharmacy Managers, Store Managers | | | Memo attaching Tampa North District Graveyard Pharmacists' Minimum Task List with handwritten confirmation from Glenn Taylor that J. Williams received a copy |
| --- | --- | --- | --- | --- | --- |
| 47 | 09/03/96 | | Glenn Taylor | | Handwritten statement counseling J. Williams on counting her bank |
| 48 | 09/20/96 | | Glenn Taylor | | Handwritten statement counseling J. Williams on counting her bank |
| 49 | 10/05/96 | | Glenn Taylor | | Handwritten statement regarding J. Williams's bank being off every morning from 09/30/96 thru 10/04/96 |
| 50 | | | J. Williams | Jack Kenesey | Response by J. Williams regarding three complaints against her |
| 51 | | | Russell Myers | | Statement written by Russell Myers regarding J. William's work ethic and costumer complaints |
| 52 | 08/08/96 | Kirk Wolfram | Sandra Hersh | | Handwritten customer complaint against J. Williams |
| 53 | 11/12/?? 11/15/?? | | Doug Healey | | Handwritten note regarding a phone conversations with J. Williams about her sick mother-in-law and her being out for a few days |
| 54 | 09/30/96 | Rob Kipp | J. Williams | | E-mail expressing interest in transferring to the Westshore/Kennedy location |
| 55 | 11/27/96 | | Randy Reddick | | Handwritten notes relating to conversation with J. Williams regarding Thanksgiving coverage |
| 56 | 12/??/?? | | Doug Healey | | Handwritten notes regarding order review and J. Williams – compliments J. Williams's performance |
| 57 | 02/01/97 | Jack Kenesey | J. Williams | | Letter regarding retaliation |
| 58 | 08/09/96 | J. Williams | Glen Taylor | | Disciplinary Records regarding J. Williams |

5

| 59 | 08/05/98 | J. Williams | Kirk Wolfram | | Employee Kudos for effort put forth by J. Williams in assisting a customer |
|---|---|---|---|---|---|
| 60 | 07/30/98 | | | | Employee Kudos for effort put forth by J. Williams in assisting a customer |
| 61 | | | | | Walgreens Application and Employment Record for C. Echebiri |
| 62 | | | | | Walgreens Application and Employment Record for M. Ferguson |
| 63 | | | | | Walgreens Application and Employment Record for C. Martin |
| 64 | | | | | Walgreens Application and Employment Record for J. McMullen |
| 65 | | | | | Walgreens Application and Employment Record for D. Okonmah |
| 66 | | | | | Walgreens Application and Employment Record for B. Shorter-Meares |
| 67 | | | | | Walgreens Application and Employment Record for M. Taylor |
| 68 | | | | | Controlled Substance Policy and Compliance Program |
| 69 | 01/02/97 | Managers, Pharmacists, Pharmacy Techs, Support, Cashiers | Edward H. King | All District Managers, Pharmacy Supervisors | Controlled Substance Policy |
| 70 | 01/08/99 | Managers, Pharmacists, Pharmacy Techs, Support, Cashiers | Edward King | All District Managers, Pharmacy Supervisors | Controlled Substance Policy Statement |
| 71 | 01/01/00 | All ADSM Participants | J.B. Karlin | | ADSM Training Binder |
| 72 | 1997 | | | | "EEO is the Law" poster (English) |

STEEL HECTOR & DAVIS LLP

| | | | | | |
|---|---|---|---|---|---|
| 73 | 1997 | | | | "EEO is the Law" poster (Spanish) |
| 74 | | | | | "Florida Law Prohibits Discrimination" poster (English & Spanish) |
| 75 | | | | | "State of Florida Child Labor Law" poster |
| 76 | | | | | Florida Department of Labor and Employment Security – Notice of Unemployment Compensation Rules |
| 77 | | | | | Department of Labor – Notice regarding Employee Polygraph Protection Act |
| 78 | | | | | Walgreen Employee Rights under the Family and Medical Leave Act of 1993 |
| 79 | | | | | U.S. Department of Labor – Federal Minimum Wage posting |
| 80 | | | | | U.S. Department of Labor – Safety & Health Protection posting |
| 81 | | | | | "Interested in Walgreens Assistant Manager Job Opportunity Program?" poster |
| 82 | | | | | Walgreens – Drug and Alcohol Use posting |
| 83 | | | | | Walgreens Policy against Sexual Harassment |
| 84 | 09/01/95 | | | | Walgreens Personnel Policy Manual |
| 85 | | | | | Walgreens Pharmacy Internship Program Brochure |
| 86 | 1995 | | | | Oversized Recruiting Brochure relating to Walgreens Pharmacy |
| 87 | 10/00/99 | Fellow Pharmacist | Dawn DiLullo | | Letter outlining achievements and opportunities for pharmacists |
| 88 | 09/00/98 | Fellow Pharmacist | Dawn DiLullo | | Letter outlining achievements and opportunities for pharmacists |
| 89 | 03/00/00 | Fellow Pharmacist | Dawn DiLullo | | Letter outlining achievements and opportunities for pharmacists |

STEEL HECTOR & DAVIS LLP

| 90 | 11/00/99 | Fellow Pharmacist | Dawn DiLullo | | Letter outlining achievements and opportunities for pharmacists |
|---|---|---|---|---|---|
| 91 | | | | | Marketing Brochure relating to Pharmacists |
| 92 | 2000 | | | | Walgreens Benefits Update – Quick reference guide for pharmacists |
| 93 | 1999 | | | | Walgreens Profit Sharing Brochure entitled "Share Walgreens Q & A" |
| 94 | 11/00/96 | | | | Income Protection Plan for Pharmacists – Summary Plan Description Book |
| 95 | 09/00/97 | | | | Life Insurance Plan for Pharmacists – Summary Plan Description Book |
| 96 | 03/00/99 | | | | Flex Pay Plan – Summary Plan Description Book |
| 97 | 06/00/98 | | | | Vacation Benefit Plan – Summary Plan Description Book |
| 98 | 01/00/00 | | | | Personal Accident Insurance Plan – Summary Plan Description Book |
| 99 | 06/00/98 | | | | Dental Plan – Summary Plan Description Book |
| 100 | 06/00/98 | | | | Salary Continuation Plan – Summary Plan Description Book |
| 101 | 09/00/98 | | | | Group Term Life Insurance Plan – Summary Plan Description Book |
| 102 | 01/00/00 | | | | Medical Plan – Summary Plan Description Book |
| 103 | | | | | Walgreens Profit Sharing Plan Guide – Application and Information |
| 104 | | | | | Pharmacy Brochure and pamphlet entitled "Your Future Is In Your Hands . . . The Moment You Begin A Pharmacy Career With Walgreens" |
| 105 | | | | | Team Walgreens – Recruiting Brochure |

STEEL HECTOR & DAVIS LLP

| | | | | | |
|---|---|---|---|---|---|
| 106 | 02/00/99 | | | | Welcome to Walgreens – Orientation Guide |
| 107 | 05/00/97 | | | | Welcome to Walgreens – Orientation Guide |
| 108 | 01/00/98 | | | | Welcome to Walgreens – Orientation Guide |
| 109 | 04/00/96 | | | | Welcome to Walgreens – Orientation Guide |
| 110 | 03/00/95 | | | | Welcome to Walgreens – Orientation Guide |
| 111 | 1994 - 2000 | | | | Payroll records for C. Echebiri |
| 112 | | | | | Staff Pharmacist Performance Evaluation for C. Echebiri |
| 113 | | | | | Prescription Incident Reports and Customer Complaint Report relating to C. Echebiri |
| 114 | | | | | Disciplinary Records relating to C. Echebiri |
| 115 | 1994 - 2000 | | | | Payroll records for M. Ferguson |
| 116 | 03/01/97 - 03/31/98 | | | | Pharmacy Manager Performance Evaluation for M. Ferguson |
| 117 | 1994 - 2000 | | | | Payroll records for M. Taylor |
| 118 | 1996 - 1999 | | | | Payroll records for D. Okonmah |
| 119 | 1994 - 2000 | | | | Payroll records for J. McMullen |
| 120 | 03/01/97 - 03/31/98 | | | | Pharmacy Manager Performance Evaluation for J. McMullen |
| 121 | 1994 - 2000 | | | | Payroll records for J. Williams |

STEEL HECTOR & DAVIS LLP

| | | | | | |
|---|---|---|---|---|---|
| 122 | 1994 - 1999 | | | | Payroll records for C. McMullen |
| 123 | 05/00/98 | | | | Pharmacy Manager Performance Evaluation for C. McMullen |
| 124 | 1994 - 2000 | | | | Payroll records for B. Shorter-Meares |
| 125 | 08/13/91 | | | | Job Description for a Walgreens Pharmacist |
| 126 | 08/13/91 | | | | Job Description for a Walgreens Pharmacy Manager |
| 127 | 11/01/93 | | | | Job Description for a Walgreens Drug Store Manager |
| 128 | 01/27/98 | | | | Job Description for a Walgreens District Pharmacy Supervisor |

STEEL HECTOR & DAVIS LLP

Walgreens reserves the right to rely on any exhibits listed or otherwise identified or produced by plaintiffs that may support and/or refute allegations in the pleadings. Walgreens will supplement this exhibit list when, and if, it receives additional information regarding documents that pertain to allegations in the pleadings.

DATED: May 15, 2000.

Respectfully submitted,

STEEL HECTOR & DAVIS LLP

Attorneys for Defendants
200 South Biscayne Blvd., 40th Floor
Miami, Florida 33131-2398
Telephone: (305) 577-2871
Facsimile:  (305) 577-7001

By: *[signature]*
Mark R. Cheskin, P.A.
Florida Bar No. 708402
Danielle G. Bowser
Florida Bar No. 164143
Brian L. Lerner
Florida Bar No. 0177202

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by U.S. Mail upon Kelsay D. Patterson, Esq., Law Offices of Michael M. Tobin, P.A., 1099 Ponce De Leon Blvd., Coral Gables, Florida 33134-3319, this 15th day of May, 2000.

By: *[signature]*
Brian L. Lerner

MIA_1998/564811-1