UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No: 00-6151-CIV
             UNGARO-BENAGES

JOYCE WILLIAMS, et al.,

        Plaintiff,

v.

WALGREEN COMPANY,

        Defendant,
_____/

FILED by _____ D.C.
DKTG
MAY 19 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

### ORDER RE-SETTING INITIAL PLANNING AND SCHEDULING CONFERENCE

THIS CAUSE is hereby set for an Initial Scheduling and Planning Conference before the Honorable Ursula Ungaro-Benages, at the U.S. Courthouse, 301 N. Miami Ave., 11th Floor, Courtroom, Miami, Florida on **JUNE 30, 2000 at 10:00 AM.**

DONE AND ORDERED at Miami, Florida this __16__ day of May, 2000.

                URSULA UNGARO-BENAGES
                UNITED STATES DISTRICT JUDGE

cc: Counsel of Record