UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6151-Civ
Ungaro-Benages

*FILED by ___ D.C.*
*JUL 1 4 2000*
*CLARENCE MADDOX*
*CLERK U.S. DIST. CT.*
*S.D. OF FLA. - MIAMI*

JOYCE WILLIAMS, et al.,

        Plaintiff,

vs.

WALGREEN COMPANY,
et al.,

        Defendant(s).
_____/

ORDER RE-SETTING INITIAL
SCHEDULING AND PLANNING
CONFERENCE

    THIS CAUSE is hereby re-set for a Initial Scheduling and Planning Conference before the Honorable Ursula Ungaro-Benages, at the U.S. District Court, 301 N. Miami Avenue, Miami, Florida 33128, 11th Floor on **AUGUST 25, 2000 at 9:30 AM.**

    DONE AND ORDERED at Miami, Florida this _13_ day of July, 2000.

                                URSULA UNGARO-BENAGES
                                UNITED STATES DISTRICT JUDGE

cc: Counsel of Record