UNITED STATED DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO: 00-6151-CIV-UNGARO/Brown

JOYCE WILLIAMS, individually;
MICHAEL FERGUSON, individually;
JOSEPH PATRICK McMULLEN,
individually; DELORES OKONMAH,
individually; BERNICE SHORTER-
MEARES, individually;
CONSTANCE ECHEBIRI, individually;
MIA DAWN TAYLOR, individually;
and CARMITA McMULLEN, individually,

      Plaintiffs,

v.

WALGREEN COMPANY,

      Defendant.
_____/

### PLAINTIFF'S NOTICE OF CONFLICT

TO:  Mark R. Cheskin, Esq.
      Steel Hector & Davis LLP
      200 South Biscayne Blvd., 40th Floor
      Miami, Florida 33131-2398

YOU ARE NOTIFIED that the Initial Schedule and Planning Conference in this action has been re-set at the same time as an expert witness deposition (**see attached Notice of Deposition**) in the case now pending in the 11th Judicial Circuit, being entitled <u>Neeb v. Royal Caribbean Cruises, LTD</u>, Case Number: 00-

NON-COMPLIANCE OF S.D. fla. L.R. 5.1A1



06598 CA 32, both being scheduled on August 25, 2000, and requests that the conflict be resolved.

The Expert Witness, Dr. William Rea, is the Plaintiff's treating physician. As the deposition notice reflects, this out of state (Dallas, Texas) video deposition was scheduled and arranged with opposing counsel well in advance of the Initial Schedule and Planning Conference. It should be noted that no objection by the undersigned was ever registered to the Initial hearing scheduled for June 30, 2000 which the Court canceled *sua sponte*.

The undersigned certifies that a copy hereof has been furnished to the persons named above by mail this 21st day of July, 2000.

> MICHAEL M. TOBIN, P.A.
> Attorneys for Plaintiffs
> 1099 Ponce De Leon Blvd.
> Coral Gables, Florida 33134-3319
> Tel:   305-445-5475
> Fax:   305-445-5479
>
> *Kelsay D. Patterson*
> KELSAY D. PATTERSON
> Fla. Bar No. 119784

**RECEIVED**
JUL 1 8 2000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6151-Civ
             Ungaro-Benages

Filed by ___ D.C.

JUL 1 4 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

JOYCE WILLIAMS, et al.,

    Plaintiff,

vs.

WALGREEN COMPANY,
et al.,

    Defendant(s).
_____/

ORDER RE-SETTING INITIAL
SCHEDULING AND PLANNING
CONFERENCE

THIS CAUSE is hereby re-set for a Initial Scheduling and Planning Conference before the Honorable Ursula Ungaro-Benages, at the U.S. District Court, 301 N. Miami Avenue, Miami, Florida 33128, 11th Floor on **AUGUST 25, 2000 at 9:30 AM.**

DONE AND ORDERED at Miami, Florida this _13_ day of July, 2000.

                              _/s/ Ursula Ungaro-Benages_
                              URSULA UNGARO-BENAGES
                              UNITED STATES DISTRICT JUDGE

cc: Counsel of Record

IN THE CIRCUIT COURT OF THE 11TH
JUDICIAL CIRCUIT, IN AND FOR
DADE COUNTY, FLORIDA

CASE NO.: 00-06598-CA 32

LAURA NEEB,

      Plaintiff,

v.

ROYAL CARIBBEAN CRUISES, LTD.,
a foreign corporation,

      Defendant.

_____/

### PLAINTIFF'S AMENDED NOTICE OF TAKING VIDEO DEPOSITION

PLEASE TAKE NOTICE that the undersigned will take the following video depositions:

| NAME | DATE & TIME | LOCATION |
|---|---|---|
| Dr. Elyssa A. Harte | August 11, 2000 @ 1:00 p.m. | Elyssa A. Harte, ND<br>112 Main Street<br>Norwalk, CT 06851<br>(203)845-0734 |
| Dr. William Rea | August 25, 2000 @ 1:00 p.m. | Environmental Health Ctr.<br>8345 Walnut Hill Lane<br>Suite 220<br>Dallas, TX 75231<br>(214)368-4132 |

upon oral examination before the Court Reporting Firm of Klein Bury & Associates, a Notary Public or any other notary public or officer authorized by

1

law to take depositions in the State of Texas and Connecticut. This deposition is being taken for the purpose of discovery, for use at trial, for such other purposes as are permitted under the Florida Rules of Civil Procedure.

In accordance with the <u>Americans with Disabilities Act of 1990</u>, persons needing a special accommodation to participate in this procceding should contact the undersigned immediately at (305) 445-5475 to arrange for such accommodations.

## CERTIFICATE OF SERVICE

WE HEREBY CERTFY that a true and correct copy of the foregoing was mailed this ___7___ day of June, 2000 to: Jeffrey B. Maltzman, Esq., Kaye, Rose & Partners, LLP, One Biscayne Tower, Suite 2300, 2 South Biscayne Boulevard, Miami, Florida 33131.

> MICHAEL M. TOBIN, P.A.
> 1099 Ponce de Leon Boulevard
> Coral Gables, FL 33134-3319
> Ph: 305/445-5475
> Fax: 305/445-5479
>
> BY: _____
> Kelsay D. Patterson
> Florida Bar No. 119784

cc: Klein Bury Court Reporters
    373-8404/358-1427 (Fax)