UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6151-Civ-Ungaro-Benages/Magistrate Judge Brown

JOYCE WILLIAMS, individually;
MICHAEL FERGUSON, individually;
JOSEPH PATRICK MCMULLEN, individually; DELORES OKONMAH, individually; BERNICE SHORTER-MEARES, individually; CONSTANCE ECHEBIRI, individually; MIA DAWN TAYLOR, individually; CARMITA MCMULLEN, individually;

    Plaintiffs,

vs.

WALGREEN COMPANY,

    Defendant.
_____/



## JOINT MOTION FOR ENTRY OF STIPULATED PROTECTIVE ORDER

Pursuant to Federal Rule of Civil Procedure 26(c), Plaintiffs, Joyce Williams, et al., and Defendant, Walgreen Company ("Walgreens"), jointly move this Court for entry of the attached Stipulated Protective Order. In support of this motion, the parties state as follows:

1.    Certain discovery requests between the parties relate to confidential and proprietary business information about Walgreens, personal information about Walgreens' current and/or former employees, and personal information about the Plaintiffs.

2.    In order to expedite and proceed with discovery, the parties have executed the attached Stipulated Protective Order, subject to this Court's approval, upon belief that it will protect the interests of the parties.



WHEREFORE, Plaintiffs and Walgreens request that the Court enter the attached Stipulated Protective Order.

Respectfully submitted,

STEEL HECTOR & DAVIS LLP
Attorneys for Defendant
200 South Biscayne Blvd., 40th Floor
Miami, Florida 33131-2398
Telephone: (305) 577-2871
Facsimile: (305) 577-7001

By: _____
Mark R. Cheskin, P.A.
Florida Bar No. 708402
Brian L. Lerner
Florida Bar No. 0177202

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by U.S. Mail this 24th day of July, 2000 to: Kelsay D. Patterson, Esq., Law Office of Michael Tobin, P.A., 1099 Ponce De Leon Blvd., Coral Gables, FL 33134-3319, Attorney for Plaintiffs.

By: _____
Brian L. Lerner

MIA_1998/582316-1