UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 00-6151-CIV-UNGARO-BENAGES

JOYCE WILLIAMS,
et al.,
    Plaintiffs,
vs.

WALGREEN COMPANY,
    Defendant.
_____/

FILED by _____ D.C.
JUL 25 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## ORDER GRANTING MOTION FOR ENTRY OF STIPULATED PROTECTIVE ORDER

THIS CAUSE is before the Court upon the parties' Joint Motion for Entry of Stipulated Protective Order, filed July 24, 2000.

THE COURT has considered the Motion, the pertinent portions of the record and being otherwise fully advised in the premises, it is hereby

ORDERED AND ADJUDGED that the Motion is GRANTED as reflected in the Stipulated Protective Order entered as of the date of this Order.

DONE AND ORDERED in Chambers at Miami, Florida, this 25 day of July, 2000.

URSULA UNGARO-BENAGES
UNITED STATES DISTRICT JUDGE

copies provided:
counsel of record