UNITED STATED DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO: 00-6151-CIV-UNGARO/Brown

JOYCE WILLIAMS, individually;
MICHAEL FERGUSON, individually;
JOSEPH PATRICK McMULLEN,
individually; DELORES OKONMAH,
individually; BERNICE SHORTER-
MEARES, individually;
CONSTANCE ECHEBIRI, individually;
MIA DAWN TAYLOR, individually;
and CARMITA McMULLEN, individually,

    Plaintiffs,

v.

WALGREEN COMPANY,

    Defendant.
_____/

## PLAINTIFF'S SECOND NOTICE OF CONFLICT

Plaintiffs, by and through undersigned counsel, hereby file the above entitled pleading and says:

1. Attached is a copy of the Plaintiff's Notice of Conflict filed and served on July 21, 2000. Defendant has to this point not registered any objection to rescheduling the Initial Scheduling and Planning Conference which is presently scheduled for August 25, 2000. Attached is confirmation of the undersigned's airline ticket evidencing intent to travel to Texas for the deposition of an expert.

NON-COMPLIANCE OF S.D. fla. L.R. 5.1A!

2. The undersigned is but one member of a three (3) lawyer office. I am the only person who practices employment discrimination. No other lawyer at the undersigned's office is familiar with this case.

### CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 16th day of August, 2000, to: Brian Lerner, Esq., Steel Hector & Davis LLP, 200 South Biscayne Blvd., 40th Floor, Miami, Florida 33131-2398.

MICHAEL M. TOBIN, P.A.
Attorneys for Plaintiffs
1099 Ponce De Leon Blvd.
Coral Gables, Florida 33134-3319
Tel:  305-445-5475
Fax:  305-445-5479

_____
KELSAY D. PATTERSON
Fla. Bar No. 119784

UNITED STATED DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO: 00-6151-CIV-UNGARO/Brown

JOYCE WILLIAMS, individually;
MICHAEL FERGUSON, individually;
JOSEPH PATRICK McMULLEN,
individually; DELORES OKONMAH,
individually; BERNICE SHORTER-
MEARES, individually;
CONSTANCE ECHEBIRI, individually;
MIA DAWN TAYLOR, individually;
and CARMITA McMULLEN, individually,

       Plaintiffs,

v.

WALGREEN COMPANY,

       Defendant.
_____/

### PLAINTIFF'S NOTICE OF CONFLICT

TO:   Mark R. Cheskin, Esq.
       Steel Hector & Davis LLP
       200 South Biscayne Blvd., 40th Floor
       Miami, Florida 33131-2398

YOU ARE NOTIFIED that the Initial Schedule and Planning Conference in this action has been re-set at the same time as an expert witness deposition (see attached Notice of Deposition) in the case now pending in the 11th Judicial Circuit, being entitled Neeb v. Royal Caribbean Cruises, LTD, Case Number: 00-

06598 CA 32, both being scheduled on August 25, 2000, and requests that the conflict be resolved.

The Expert Witness, Dr. William Rea, is the Plaintiff's treating physician. As the deposition notice reflects, this out of state (Dallas, Texas) video deposition was scheduled and arranged with opposing counsel well in advance of the Initial Schedule and Planning Conference. It should be noted that no objection by the undersigned was ever registered to the Initial hearing scheduled for June 30, 2000 which the Court canceled *sua sponte*.

The undersigned certifies that a copy hereof has been furnished to the persons named above by mail this 21st day of July, 2000.

MICHAEL M. TOBIN, P.A.
Attorneys for Plaintiffs
1099 Ponce De Leon Blvd.
Coral Gables, Florida 33134-3319
Tel:   305-445-5475
Fax:   305-445-5479

KELSAY D. PATTERSON
Fla. Bar No. 119784

IN THE CIRCUIT COURT OF THE 11TH
JUDICIAL CIRCUIT, IN AND FOR
DADE COUNTY, FLORIDA

CASE NO.: 00-06598-CA 32

LAURA NEEB,

       Plaintiff,

v.

ROYAL CARIBBEAN CRUISES, LTD.,
a foreign corporation,

       Defendant.

_____/

## PLAINTIFF'S AMENDED NOTICE OF TAKING VIDEO DEPOSITION

PLEASE TAKE NOTICE that the undersigned will take the following video depositions:

| NAME | DATE & TIME | LOCATION |
|---|---|---|
| Dr. Elyssa A. Harte | August 11, 2000 @ 1:00 p.m. | Elyssa A. Harte, ND<br>112 Main Street<br>Norwalk, CT 06851<br>(203)845-0734 |
| Dr. William Rea | August 25, 2000 @ 1:00 p.m. | Environmental Health Ctr.<br>8345 Walnut Hill Lane<br>Suite 220<br>Dallas, TX 75231<br>(214)368-4132 |

upon oral examination before the Court Reporting Firm of Klein Bury & Associates, a Notary Public or any other notary public or officer authorized by

1

law to take depositions in the State of Texas and Connecticut. This deposition is being taken for the purpose of discovery, for use at trial, for such other purposes as are permitted under the Florida Rules of Civil Procedure.

In accordance with the <u>Americans with Disabilities Act of 1990</u>, persons needing a special accommodation to participate in this proceeding should contact the undersigned immediately at (305) 445-5475 to arrange for such accommodations.

### CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this ___7___ day of June, 2000 to: Jeffrey B. Maltzman, Esq., Kaye, Rose & Partners, LLP, One Biscayne Tower, Suite 2300, 2 South Biscayne Boulevard, Miami, Florida 33131.

        MICHAEL M. TOBIN, P.A.
        1099 Ponce de Leon Boulevard
        Coral Gables, FL 33134-3319
        Ph: 305/445-5475
        Fax: 305/445-5479

        BY: _K. D. Patterson_
        Kelsay D. Patterson
        Florida Bar No. 119784

cc: Klein Bury Court Reporters
    373-8404/358-1427 (Fax)

2

RECEIVED
JUL 18 2000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6151-Civ
         Ungaro-Benages

Filed by _____ D.C.
JUL 1 4 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

JOYCE WILLIAMS, et al.,

      Plaintiff,

vs.

WALGREEN COMPANY,
et al.,

      Defendant(s).
_____/

ORDER RE-SETTING INITIAL
SCHEDULING AND PLANNING
CONFERENCE

    THIS CAUSE is hereby re-set for a Initial Scheduling and Planning Conference before the Honorable Ursula Ungaro-Benages, at the U.S. District Court, 301 N. Miami Avenue, Miami, Florida 33128, 11th Floor on **AUGUST 25, 2000 at 9:30 AM.**

    DONE AND ORDERED at Miami, Florida this __13__ day of July, 2000.

_____
URSULA UNGARO-BENAGES
UNITED STATES DISTRICT JUDGE

cc: Counsel of Record

# Travel Itinerary and Receipt

Attention: **MICHAEL M TOBIN**                                  Confirmation: **NJRTXT**

| Day | Date | Flight/ Class | Depart | Time | Arrive | Time | Equip | Meal |
|---|---|---|---|---|---|---|---|---|
| Thu | 24AUG00 | CO 1529 T | MIAMI | 5:55PM | HOUSTON TX | 7:35PM | MD-80 | Snack |
| Thu | 24AUG00 | CO*4018 T Operated by CO EXPRESS | HOUSTON TX | 9:50PM | DALLAS/LOVE | 10:59PM | LRJ-145 | |
| Sun | 27AUG00 | CO*4031 T Operated by CO EXPRESS | DALLAS/LOVE | 5:05PM | HOUSTON TX | 6:10PM | ERJ-145 | |
| Sun | 27AUG00 | CO 1526 T | HOUSTON TX | 7:00PM | MIAMI | 10:30PM | MD-80 | Snack |

| Traveler (1) | Frequent Flyer | E-Ticket Number | Seat(s) in flight order and subject to change |
|---|---|---|---|
| **PATTERSON**/KELSAYMR | | 0052150930683 | 29F/10C/18A/29F |

**Fare:** $153.48    **Combined Tax:** $24.52    **Per Person Total:** $178.00    **E-Ticket Total:** $178.00

**Combined Tax/Fee Detail:** Tax: $11.52, Flight Segment Tax: $10.00, Passenger Facility Charge: $3.00

**Method of Payment:** MASTERCARD 54588300XXXXXXXX

**Fare Rules:** Additional charges may apply for changes in addition to any fare rules listed.

## E-Ticket Reminders

- For up to the minute flight information call 1-800-784-4444
- If flight segments are not flown in order, your reservation may be cancelled
- If your travel plans change call Continental at 1-800-525-0280
- Bring photo identification; your E-Ticket is non-transferable and valid 1 year
- Boarding passes for your flight will be issued when you check in at the airport
- Flight boarding begins 35 to 50 minutes prior to departure, you must check in at least 20 minutes prior to departure to retain your assigned seats and 10 minutes prior to departure to retain your reservation

### Check Out the Best Way to Check-in

Check-in at an eService Center with your OnePass Elite or major credit card and bypass the ticket counter. You'll receive a boarding pass and be able to select or change your seat, input your OnePass number and check your bags at select baggage locations. Your credit card is used for identification purposes only. And, from now until 12/31/00 you'll receive a one time 1,000 OnePass mile bonus when you check-in!

### Help Us Help You

Always include identification with your name, address, and telephone number on the inside of your bag as well as on the outside.

### Earn 1,000 OnePass Bonus Miles at Check-in

Now that you've purchased an E-Ticket it's easier than ever to earn OnePass miles! Simply check-in at an eService Center between now and December 31, 2000 to receive a one time 1,000 OnePass mile bonus. Our eService Centers are located at over 50 U.S. airports. For a complete list visit http://www.continental.com.

### Thank you for choosing Continental Airlines
www.continental.com