UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 00-6151-CIV-UNGARO-BENAGES

JOYCE WILLIAMS, et al.,
Plaintiffs,

vs.

WALGREEN COMPANY,
Defendant.
_____/

FILED by _____ D.C.
AUG 17 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## ORDER GRANTING IN PART MOTION TO STRIKE

THIS CAUSE is before the Court upon Defendant's Motion to Strike Plaintiffs' Witness and Exhibit List and for Sanctions, filed May 24, 2000.

THE COURT has considered the Motion, the pertinent portions of the record and being otherwise fully advised in the premises, it is hereby

ORDERED AND ADJUDGED that the Motion is GRANTED in part and DENIED in part as follows: Within 10 days from the date of this Order, Plaintiffs shall file an amended witness list that provides the addresses of all listed witness  To the extent Plaintiffs list a witness for whom they have been unable to obtain an address after a diligent search, Plaintiffs remain under a continuing obligation to supplement the witness list with such information as soon as the information is obtained.  If such witness is a current employee of Defendant, Plaintiffs shall so indicate. Additionally, Plaintiffs shall submit an amended exhibit list that complies with the specificity requirements of Local Rule 16.1B.2.  The Motion is denied in all other respects. However, Plaintiffs are cautioned that their failure to timely and sufficiently comply with this Order may result in the imposition of appropriate sanctions, including but not limited to dismissal of this action.

DONE AND ORDERED in Chambers at Miami, Florida, this 16 day of August, 2000.

URSULA UNGARO-BENAGES
UNITED STATES DISTRICT JUDGE

copies provided by facsimile:
counsel of record