UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
__MIAMI__ DIVISION

FILED by ____ D.C.
DKTG
AUG 1 8 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

Joyce Williams, et al.
                        Plaintiff,

CASE NO: 00-6151 CIV-UUB

vs.

Walgreen Co.,
                        Defendant,
_____/

ORDER OF REASSIGNMENT

The above-styled case has been selected by the Clerk of Court utilizing a random selection procedure to insure the fair and impartial reassignment of cases from the calendars of the respective judges of the court to the calendars of the new judges of the court.

Prior to executing this Order, the undersigned has reviewed the file and has ruled upon all pending motions, in accordance with the policy established by the judges of the Southern District of Florida. (See Policy Manual Section 2.02.04). It is therefore

ORDERED and ADJUDGED that the above-styled cause is hereby REASSIGNED to the calendar of the Honorable Paul C. Huck as of __Aug. 17, 2000__ for all further proceedings. It is further

ORDERED and ADJUDGED that all pleadings hereafter filed shall bear the assigned case number followed by the surname HUCK in lieu of the present name, thereby indicating the judge to whom the case is assigned.

DONE and ORDERED at __Miami__, Florida, in chambers this __18__ day of __August__, 2000.

_____
United States District Judge
Ursula Ungaro-Benages

Copies furnished to:
Counsel of record
Magistrate Brown