UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6151-Civ-Huck/Brown

JOYCE WILLIAMS, individually;
MICHAEL FERGUSON, individually;
JOSEPH PATRICK MCMULLEN,
individually; DELORES OKONMAH,
individually; BERNICE SHORTER-
MEARES, individually; CONSTANCE
ECHEBIRI, individually; MIA DAWN
TAYLOR, individually; CARMITA
MCMULLEN, individually;

    Plaintiffs,

vs.

WALGREEN COMPANY,

    Defendant.
_____/

CLARENCE MADDOX
CLERK, USDC / SDFL / MIA

### DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO FILE ITS ANSWER TO PLAINTIFFS' FIRST AMENDED COMPLAINT

Pursuant to Fed. R. Civ. P. 6(b), Defendant Walgreen Co. ("Walgreens"), moves this Court for a ten (10) business day enlargement of time through Friday, September 8, 2000, within which to file its Answer to Plaintiffs' First Amended Complaint. The grounds supporting this motion are as follows:

1.    The Court entered an Order on Walgreens' Motion to Dismiss Plaintiffs' First Amended Complaint on August 16, 2000. In that Order, the Court granted the motion to the extent it sought to dismiss Plaintiffs' claims under the Florida Civil Rights Act, granted the motion to the extent that seven of the plaintiffs brought claims other than a failure to promote under Title VII, and denied the motion with respect to Plaintiffs' § 1981 claims.

STEEL HECTOR & DAVIS LLP

2. Additionally, the Court ordered that Walgreens file its Answer to the First Amended Complaint. In accordance with the Federal and Local Rules, Walgreens' Answer would be due August 28, 2000 (August 26, 2000, would fall on a Saturday).

3. Plaintiffs' First Amended Complaint contains 278 paragraphs, including numerous sub-paragraphs. The First Amended Complaint is approximately fifty-three (53) pages long. Because of the size of the First Amended Complaint and in light of the fact that some of the claims have been dismissed while other claims remain, Walgreens does not believe that it can adequately file an Answer within the proscribed time limitation.

4. Walgreens respectfully requests an additional ten (10) business days, up to and including Friday, September 8, 2000, in which to file its Answer. This additional time will allow Walgreens to fully and accurately Answer this lengthy, complex First Amended Complaint.

5. Walgreens has consulted with counsel for Plaintiffs and is authorized to represent that Plaintiffs have *no objection* to this motion.

6. The requested extension of time is minimal and will not prejudice either party. Good cause exists for the requested enlargement of time and the request is not made for purposes of delay or any other dilatory reasons. No prior extension has been requested regarding this deadline.

WHEREFORE, Walgreens respectfully request that the Court grant the requested enlargement of time to file its Answer through Friday, September 8, 2000. A proposed order is attached for the Court's convenience.

>Respectfully submitted,
>
>STEEL HECTOR & DAVIS LLP
>Attorneys for Defendant
>200 South Biscayne Blvd., 40th Floor
>Miami, Florida 33131-2398
>Telephone: (305) 577-7041
>Facsimile: (305) 577-7001
>
>By: _____
>Heather L. Gatley
>Florida Bar No. 0050482
>Brian L. Lerner
>Florida Bar No. 0177202

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by facsimile upon Kelsay D. Patterson, Esq., Law Offices of Michael M. Tobin, P.A., 1099 Ponce De Leon Blvd., Coral Gables, Florida 33134-3319, this 21th day of August, 2000.

By: _____
Brian L. Lerner

STEEL HECTOR & DAVIS LLP