UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6151-Civ-Huck/Brown

JOYCE WILLIAMS, individually;
MICHAEL FERGUSON, individually;
JOSEPH PATRICK MCMULLEN,
individually; DELORES OKONMAH,
individually; BERNICE SHORTER-
MEARES, individually; CONSTANCE
ECHEBIRI, individually; MIA DAWN
TAYLOR, individually; CARMITA
MCMULLEN, individually;

      Plaintiffs,

vs.

WALGREEN COMPANY,

      Defendant.
_____/



### ORDER ON DEFENDANTS' UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO FILE ITS ANSWER TO PLAINTIFFS' FIRST AMENDED COMPLAINT

THIS MATTER came before the Court on Defendant's Unopposed Motion for Enlargement of Time. The Court, having reviewed the file and motion and being otherwise fully advised in the premises, does hereby:

**ORDER AND ADJUDGE** that Defendant's Motion for Enlargement is **GRANTED**. Defendant shall have an additional ten (10) business days through Friday, September 8, 2000, within which to file its Answer.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 22nd day of August, 2000.

                                          UNITED STATES DISTRICT JUDGE

Conformed copies furnished to:
counsel of record

