UNITED STATED DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO: 00-6151-CIV-HUCK



JOYCE WILLIAMS, individually;
MICHAEL FERGUSON, individually;
JOSEPH PATRICK McMULLEN,
individually; DELORES OKONMAH,
individually; BERNICE SHORTER-
MEARES, individually;
CONSTANCE ECHEBIRI, individually;
MIA DAWN TAYLOR, individually;
and CARMITA McMULLEN, individually,

    Plaintiffs,

v.

WALGREEN COMPANY,

    Defendant.
_____/

## PLAINTIFFS' SUPPLEMENTAL WITNESS & EXHIBIT LIST

Plaintiffs, by and through undersigned counsel hereby file their Supplemental Witness & Exhibit List as follows:

### WITNESS LIST

1. Plaintiff, Joyce Williams
2. Plaintiff, Michael Ferguson
3. Plaintiff, Joseph Patrick McMullen
4. Plaintiff, Delores Okonmah

1

5. Plaintiff, Bernice Shorter-Meares

6. Plaintiff, Constance Echebiri

7. Plaintiff, Mia Dawn Taylor

8. Plaintiff, Carmita McMullen

9. **Mr. Gary Vanderbilt**
   Walgreens/District Supervisor
   5101 NW 21st Avenue, Suite 530
   Ft. Lauderdale, Florida 33309, (954)739-4803

10. **Mr. Hall Lunsik**
    Walgreens Pharmacist
    5101 NW 21st Avenue, Suite 530
    Ft. Lauderdale, Florida 33309, (954)739-4803

11. **Dion Herrera**
    Walgreens Store Manager/Pharmacist
    2645 N. Hiatus Road
    Cooper City, Florida, (954)433-3885

12. **Mr. Joseph Conway**
    Walgreens Pharmacy Manager
    9020 Biscayne Blvd.
    Miami Shores, Florida 33138, (305)759-0195

13. **Mr. William A. Powell, II**
    Pharmacy Manager of Walgreens #3782
    5701 NW 183rd Street
    Miami, Florida 33015, (305)625-0952

14. **Mr. Albert Garcia**
    Walgreens Miami Central/ Pharmacy Supervisor
    8250 NW 27th Street, Suite 311
    Miami, Florida 33122, (305)591-1085

15. **Mr. Jorge Acosta**
    Walgreens Miami South/ Pharmacy Supervisor
    8250 NW 27th Street, Suite 311
    Miami, Florida 33122, (305)591-9193

16. **Ms. Vivian Ceballos**
    Walgreens Miami South/ Pharmacy Supervisor
    8250 NW 27th Street, Suite 311
    Miami, Florida 33122, (305)591-9193

17. **Morgan Richard**
    Walgreens Staff Pharmacist
    1145 NW 88th Street
    Miami, Florida, 33150, (305)693-6892

18. **Ms. Serita White**
    Pharmacy Manager of Walgreens #3679
    161 NE 54th Street
    Miami, Florida 33137, (305)751-8887

19. **Mr. Brian K. Miller**
    Pharmacy Manager
    He is a present employee of the Defendant

20. **Morgan Richard**
    Walgreens Staff Pharmacist
    1145 NW 88th Street
    Miami, Florida 33150, (305)693-6892

21. **Ms. Toni Bowen**
    Pharmacy Manager/Walgreens #2719
    791 NE 167th Street
    Miami, Florida 33162, (305)652-7332

22. **Mr. Raymond Mandrell**
    Pharmacy Manager/Walgreens #3493
    9498 NW 7th Avenue
    Miami, Florida 33150, (305)836-1351

23. **Allison Joseph**
    Pharmacist/Walgreens
    501 S. Havendale Blvd.
    Auburndale, Florida 33823, (863)967-7518

24. **Lonnie Carr**
    Pharmacist of Walgreens
    930 Providence Road
    Bradenton, Florida 35511, (813)684-7560

25. **Jason Denis**
    He is a present employee of the Defendant

26. **Daniel J. Diaz**
    Walgreens/assistant Store Manager
    501 S. Havendale Blvd.
    Auburndale, Florida 33823, (863)967-7518

27. **Martin Northrop**
    Walgreens/Pharmacy Supervisor
    Tampa District
    3910 US Highway 301 North, Suite 255
    Tampa, Florida 33619

28. **Tom Mistretta**
    Walgreens/Pharmacy Manager
    102 Fletcher Avenue
    Tampa, Florida 33612

29. **Laura Jeiven**
    Walgreens/Pharmacy Manager
    3914 West Hillsborough Avenue
    Tampa, Florida 33614

30. **Fran Meehan**
    21527 State Route 54
    Landa Lakes, Florida 34639

31. **Holly Provance**
    Walgreens/Pharmacy Manager
    3806 South Dale Mabry Avenue
    Tampa, Florida 33611

32. **Tracy Harris**
    Walgreens/Pharmacy Manager
    18469 US Highway 41
    Lutz, Florida 33549

33. **Tracy Yoder**
    Walgreens/Pharmacy Manager
    4651 Kennedy Blvd.
    Tampa, Florida 33609

## PLAINTIFFS' EXHIBIT LIST

1. September 10, 1994 letter to Robert Kipp from Joyce Williams.

2. March 30, 1996 letter to Robert Kipp from Joyce Williams.

3. August 8, 1996 letter from Joyce Williams.

4. August 24, 1996 letter to Kirk Wolfram from Joyce Williams.

5. January 30, 1997 letter to Wolfram from Joyce Williams.

6. February 2, 1997 letter to Mr. Kenesey from Joyce Williams.

7. August 15, 1997 letter to Mr. Kenesey.

8. September 16, 1997 letter to Mr. Wolfram from Joyce Williams.

9. October 2, 1997 letter to Bob Jett from Joyce Williams.

10. Janaury 28, 1998 letter to Mr. Wolfram from Joyce Williams.

11. July 29, 1997 letter to Cliff Newman from Joyce Williams.

12. EEOC charge of discrimination of January 29, 1997 from Joyce Williams.

13. February 5, 1997 amended charge of discrimination from Joyce Williams.

14. April 27, 1999 EEOC Form 133 letter from Joyce Williams.

15. October 25, 1999 Right to Sue letter to Joyce Williams.

16. Letter from Mr. Kenesey to Joyce Williams regarding Statute of Limitations defense.

17. December 19, 1999 letter from Delores Okonmah from Vivian Ceballos.

18. Letter from Connie Echebiri to Mr. Watley regarding sick time versus vacation time.

19. Letter from Connie Echebiri to Cheryl Nicolay regarding disciplinary report of January 4, 1999.

20. All CVs and resumes of the named Plaintiffs.

21. All personnel files of the named Plaintiffs are not presently in the possession of the Plaintiffs so as to identify specified and particular documents, but when they are obtained after the Plaintiffs' Motion to Compel has been ruled upon by this Honorable Court, those documents within said personnel files will be identified and a supplemental response will be filed.

22. All depositions that will be taken in this matter. At this time no depositions have presently been noticed by either Plaintiffs or the Defendant, but several are anticipated by both parties and when they have been completed all of said depositions will fall under this exhibit number.

23. The Defendant's written interrogatory responses to Plaintiffs' Initial Interrogatories, and those supplemental and better responses from the Defendant which this Honorable Court will rule upon pursuant to the Plaintiffs' outstanding Motion to Compel Better Interrogatory and Request for Production responses from the Defendant.

24. The Plaintiffs' responses to the Defendant's Interrogatories.

25. Jury Instructions and the Verdict Form.

26. All Exhibits listed by the Defendant in their Exhibit List.

27. **The Plaintiffs presently have considerable discovery requests responses owed to them by the Defendant which are outstanding. The Request for Production propounded upon the Defendant requests the personnel files of various non-black pharmacy managers, pharmacy supervisors, market research, demographics studies, employee manuals/handbooks, recruitment information and data used at the Florida Pharmacy Law Schools including Florida A & M University, performance evaluations and disciplinary files, etc. Because the Defendant possesses all of the aforementioned information, these documents and exhibits are the subject of a pending Motion filed by the Plaintiffs. Pursuant to Southern District Local Rule 16.1 b, the Plaintiffs at the present time cannot identify with any specificity particular reports, performance evaluations, specific market researches/studies, or any document that would fall into the parameter of the items referenced above. Until this Honorable Court orders that some or all of these documents shall be produced by the Defendant and forwarded to the Plaintiffs' attorney, the instant effort is the most bonafide and honorable attempt the Plaintiffs can make to comply with the Court's August 17, 2000 Order. Once this Honorable Court is advised of the matters that the Plaintiffs are attempting to discover through Request for Production discovery, the**

Court will be able to easily ascertain the difficulty of specifying and identifying documents which are not yet in the possession of the Plaintiffs nor the undersigned.

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 25th day of August, 2000, to: Brian Lerner, Esq., Attorneys for Defendant, Steel Hector & Davis LLP, 200 South Biscayne Blvd., 40th Floor, Miami, Florida 33131-2398.

MICHAEL M. TOBIN, P.A.
Attorneys for Plaintiffs
1099 Ponce De Leon Blvd.
Coral Gables, Florida 33134-3319
Tel: 305-445-5475
Fax: 305-445-5479

KELSAY D. PATTERSON
Fla. Bar No. 119784