UNITED STATED DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO: 00-6151-CIV-HUCK

JOYCE WILLIAMS, individually;
MICHAEL FERGUSON, individually;
JOSEPH PATRICK McMULLEN,
individually; DELORES OKONMAH,
individually; BERNICE SHORTER-
MEARES, individually;
CONSTANCE ECHEBIRI, individually;
MIA DAWN TAYLOR, individually;
and CARMITA McMULLEN, individually,

      Plaintiffs,

v.

WALGREEN COMPANY,

      Defendant.
_____/

### PLAINTIFF'S LOCAL RULE 26.1 (1) CERTIFICATE OF COUNSEL REGARDING PLAINTIFFS' MOTION TO COMPEL PLAINTIFFS' INITIAL INTERROGATORIES AND PLAINTIFFS' INITIAL REQUEST FOR PRODUCTION

Counsel for the Plaintiffs hereby certify that he has conferred with Defendants' counsel in a good faith effort to resolve the issue raised in the above entitled motion, but has been unable to resolve these issues.

### CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 25th day of August, 2000, to: Brian Lerner, Esq., Attorneys for



1

Defendant, Steel Hector & Davis LLP, 200 South Biscayne Blvd., 40th Floor, Miami, Florida 33131-2398.

                                     **MICHAEL M. TOBIN, P.A.**
                                     Attorneys for Plaintiffs
                                     1099 Ponce De Leon Blvd.
                                     Coral Gables, Florida 33134-3319
                                     Tel:    305-445-5475
                                     Fax:   305-445-5479
                                     _/s/ Kelsay D. Patterson_
                                     KELSAY D. PATTERSON
                                     Fla. Bar No. 119784