UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6151-Civ-Huck/Brown

JOYCE WILLIAMS, individually;
MICHAEL FERGUSON, individually;
JOSEPH PATRICK MCMULLEN, individually; DELORES OKONMAH, individually; BERNICE SHORTER-MEARES, individually; CONSTANCE ECHEBIRI, individually; MIA DAWN TAYLOR, individually; CARMITA MCMULLEN, individually;

    Plaintiffs,

vs.

WALGREEN COMPANY,

    Defendant.
_____/

## DEFENDANT'S NOTICE OF INTERNAL SUBSTITUTION OF COUNSEL OF RECORD

Defendant Walgreen Co. ("Walgreens") gives notice of the following internal substitution of counsel: Heather L. Gatley, Esq., of Steel Hector & Davis LLP is the new counsel of record for Walgreens. The Clerk is respectfully requested to note this substitution in the court docket and to transmit all orders, correspondence, and/or other documents or communications to Heather L. Gatley of Steel Hector & Davis LLP.

In filing and serving this Notice of Substitution of Counsel of Record, Walgreens is requesting that counsel for Plaintiffs also take notice of the internal substitution of counsel of record and serve all pleadings, motions, memoranda papers, notices, and/or other material relating to this



STEEL HECTOR & DAVIS LLP

case to Heather L. Gatley of Steel Hector & Davis LLP.

>Respectfully submitted,
>
>Steel Hector & Davis LLP
>Attorneys for Defendant
>200 South Biscayne Boulevard, Suite 4000
>Miami, Florida 33131-2398
>Telephone: (305) 577-7041
>Telefax:    (305) 577-7001
>
>By: _____
>   Heather L. Gatley
>   Florida Bar No. 0050482
>   Brian L. Lerner
>   Florida Bar No. 0177202

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by U.S. Mail upon Kelsay D. Patterson, Esq., Law Offices of Michael M. Tobin, P.A., 1099 Ponce De Leon Blvd., Coral Gables, Florida 33134-3319, this 5th day of September, 2000.

By: _____
   Brian L. Lerner

MIA_1998/611651-1

2

STEEL HECTOR & DAVIS LLP