00-6151.o1

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6151 CIV HUCK

JOYCE WILLIAMS, individually;
MICHAEL FERGUSON, individually;
JOSEPH PATRICK McMULLEN,
individually; DELORES OKONMAH,
individually; etc., et al..



    Plaintiff,

vs.

WALGREEN COMPANY,

    Defendant.
_____/

## ORDER DENYING MOTION TO COMPEL DISCOVERY

**This matter** is before this Court on Plaintiffs' Motion to Compel Discovery..., filed August 25, 2000. The Court has considered the motion, the response, the reply, and all pertinent materials in the file.

The Court finds that plaintiffs have ignored two local rules in this matter. There has been no effort to comply with Local Rule 26.1.1. Plaintiffs ignore this rule, even after raised in the response, and dismisses it as, apparently, unimportant. It appears that had this rule been followed, at least part, if not all, of this motion would have been unnecessary. Secondly, plaintiffs' motion violates Local Rule 7.1.C, as it exceeds 20 pages. No leave of Court was sought to exceed the page limitation. Plaintiffs must follow the rules of procedure and the local rules of the Court.

Therefore, the Court being otherwise fully advised in the premises, it is hereby **ORDERED**



**AND ADJUDGED** that said motion be and the same is hereby **DENIED**.

**DONE AND ORDERED** this 26th day of September, 2000 at Miami, Dade County, Florida.

STEPHEN T. BROWN
U.S. MAGISTRATE JUDGE

cc: Honorable Paul C. Huck
Brian Lerner, Esq.
Kelsay D. Patterson, Esq.