00-6151.oa

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6151 CIV HUCK

JOYCE WILLIAMS, individually;
MICHAEL FERGUSON, individually;
JOSEPH PATRICK McMULLEN,
individually; DELORES OKONMAH,
individually; etc., et al.,

    Plaintiff,

vs.

WALGREEN COMPANY,

    Defendant.
_____/

## ORDER RE: MOTION TO COMPEL

**This matter** is before this Court on Defendant's Motion to Compel Documents and Answers to Its Revised...Interrogatories and Revised ...Request for Production, filed September 18, 2000. The Court has considered the motion, the response, the reply, and all pertinent materials in the file.

The Court being otherwise fully advised in the premises, it is hereby **ORDERED AND ADJUDGED** as follows:

1. With regard to plaintiff Delores Okonmah the motion is **GRANTED**. She shall answer the interrogatories and produce the documents requested within five (5) days from the date of this order.

2. The motion is **GRANTED, in part,** as to interrogatory 5 with regard to plaintiffs Echebiri, Ferguson, Carmita McMullen, Joseph McMullen, and Mia Dawn Taylor. The Court agrees that certain damages are not readily ascertainable (emotional, humiliation, pain embarrassment and



anger), but as to the other damages claimed they shall be answered with specificity within five (5) days from the date of this order. The same holds for plaintiffs Bernice Shorter-Meares and Joyce Williams.

3. The motion is **DENIED** with regard to the McMullens as to production request 7, based on the response at page 2. If the information is not forthcoming within thirty (30) days from the date of this order, plaintiffs shall execute an authorization for defendant to obtain the information sought. The motion is **GRANTED** as to plaintiff Shorter-Meares who shall produce her tax returns within five (5) days from the date of this order. Plaintiff Echebiri shall produce the returns for the years not produced within five (5) days from the date of this order.

4. The motion is **DENIED** with regard to request 8 to plaintiff Echebiri based on the response at page 2.

5. The motion is **DENIED** with regard to request 15 to plaintiff Echebiri and request 28 to plaintiff J. McMullen based on the response at page 3.

**DONE AND ORDERED** this 2d day of November, 2000 at Miami, Dade County, Florida.

STEPHEN T. BROWN
U.S. MAGISTRATE JUDGE

cc:   Honorable Paul C. Huck
      Brian Lerner, Esq.
      Kelsay D. Patterson, Esq.