UNITED STATED DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO: 00-6151-CIV-UNGARO/Brown

JOYCE WILLIAMS, individually; MICHAEL FERGUSON, individually; JOSEPH PATRICK McMULLEN, individually; DELORES OKONMAH, individually; BERNICE SHORTER-MEARES, individually; CONSTANCE ECHEBIRI, individually; MIA DAWN TAYLOR, individually; and CARMITA McMULLEN, individually,

Plaintiffs,

v.

WALGREEN COMPANY,

Defendant.

______________________________/

**MOTION FOR LEAVE TO SERVE PLAINTIFFS' INTERROGATORY RESPONSE ON DECEMEBR 14, 2000**

Plaintiffs by and through undersigned counsel, file their Motion for Leave to Serve Plaintiffs' Interrogatory Response on December 14, 2000 for the following reasons:

1. The Plaintiffs have been ordered to furnish the Defendant a response demonstrating both the method and amount of financial/economic damages

NON-COMPLIANCE OF S.D. fla. L.R. 7.1A1

they claim entitlement to as a result of the Defendant's discriminatory employment practices.

2. The economic expert retained on behalf of the Plaintiffs, Dr. Bernard F. Pettingill, Jr., reviewed the records produced by the Defendant and has concluded they are deficient in many respects. For instance, pharmacy supervisors are all paid bonuses as part of their salaries. The salary information provided by the Defendant do not reveal this key salary component. The salary documents provided only show base pay, and are not the W2 documents as requested by the Plaintiffs. Attached as **Exhibit 1** is the Plaintiffs' Request for Production paragraph number 1. Attached as **Exhibit 2** are documents that were sent by the Defendant. These documents are clearly not W2 forms. The Defendant will not proffer a response that these documents are the tax records given to their employees in compliance with federal internal revenue service and federal taxation laws.

3. Attached as **Exhibit 3** is a letter from Dr. Pettingill explaining his inability to compute precise/exact damages figures. While he can soon present a preliminary draft of damages based on the incomplete data, those figures will be very crude, and will need a great deal of supplementation.

For the foregoing reasons, the Plaintiffs respectfully request an extension of time to serve their "preliminary" damages calculation. The Plaintiffs need until Thursday, December 14, 2000 to serve their "Preliminary" Report.

**CERTIFICATE OF SERVICE**

WE HEREBY CERTIFY that a true and correct copy of the foregoing was served via mail this 7th day of December, 2000, to: Heather L. Gatley, Esq., Attorneys for Defendant, Steel Hector & Davis LLP, 200 South Biscayne Blvd., 40th Floor, Miami, Florida 33131-2398.

MICHAEL M. TOBIN, P.A.
Attorneys for Plaintiffs
1099 Ponce De Leon Blvd.
Coral Gables, Florida 33134-3319
Tel: 305-445-5475
Fax: 305-445-5479

By: Kelsay D. Patterson
Kelsay D. Patterson
Fla. Bar No. 119784

c. The name and title of each person to whom a copy of the document was sent;

d. The date of the document;

e. The number of pages;

f. A brief description of the nature and subject matter of the document;

g. The nature of the claimed privilege;

h. The category or categories of this request to which the document is responsive; and

i. The exact location of the original and each copy as of the date of the receipt of the Request.

*ITEMS REQUESTED*

1. For each year the below listed persons have held the position of pharmacy supervisor, provide their W-2 forms showing their salaries earned:

a. Nabil Elkareh;
b. Chris Elliot;
c. Sanjay Bhana;
d. George Acosta;
e. Mike Parker;
f. Georgia Lentzos;
g. Erica Schroder;
h. Tony Gurreri;
i. Martin Northrop;
j. Albert Garcia;
k. Michael Agostino;
l. Gary Vanderbuilt;
m. Hugh Morrow;
n. Ed Destefano;
o. Rob Kipp;
p. Rick T. Miller;

```
A SOC SEC #        NAME                 PCS  DATE DIS  LOC  EST FREQ  RATE    MAR SX FD ST  SCHD  ST-DTE CD SP-DTE TRN-DTE MGRCO PS INS        01/10/99
B 12AVG  52AVG REG-HR OT HRS  REG-OTS  VAC HR  VAC-$  SK-HR  SICK$  GROSS-$     ADJ-GROSS     FIT      FICA    MDCARE    STATE      NET PAY  CHECK #  WK#
C OTHER EARNINGS     CD HRS   AMOUNT  CD HRS  AMOUNT  CD HRS  AMOUNT  CD HRS  AMOUNT  CD HRS  AMOUNT  CD HRS  AMOUNT  CD HRS  AMOUNT  CD HRS  AMOUNT
  OTHER DEDUCTIONS CD         AMOUNT  CD      AMOUNT  CD      AMOUNT  CD      AMOUNT  CD      AMOUNT  CD      AMOUNT  CD      AMOUNT  CD      AMOUNT

A311 845859 C E ELLIOTT             RDM  9203 052 62052 0113 43  2815.00  M  M  02     80.00 050488 01 050488          04034 P  A 22
  42.00  40.00   .00   .00    .00   .00    .00          .00   3207.80    3071.38    530.87  194.40    45.47      .00    2116.53 958260707  1
                 MC 88   3207.80
                 29#        3.58 31#        33.68 32#        5.00 33#      30.00 38      7.38 40#     64.16 45     79.50 50       96.23
                 59         1.00

A311 845859                                                                                 00 000000
  43.50  40.00   .00   .00    .00   .00    .00  16   563.01   3096.50    2962.31    500.33  187.51    43.85      .00    2049.84 958346458  3
                 MC 64   2251.99 23  8     281.50
                 29#        3.58 31#        33.68 32#        5.00 33#      30.00 38      7.38 40#     61.93 45     79.50 50       92.90
                 59         1.00
  42.00  40.00   .00   .00    .00   .00    .00          .00   3109.60    2975.15    503.93  188.31    44.04      .00    2057.70 958439610  5
                 MC 86   3109.60
                 29#        3.58 31#        33.68 32#        5.00 33#      30.00 38      7.38 40#     62.19 45     79.50 50       93.29
                 59         1.00

[illegible]11 845859                                                    00
  42.50  40.00   .00   .00    .00   .00    .00          .00   2815.00    2686.44    726.24  170.05    39.77      .00    1578.05 958528701  7
                 MC 80   2815.00
                 29#        3.58 31#        33.68 32#        5.00 33#      30.00 38      7.38 40#     56.30 45     79.50 50       84.45
                 59         1.00
  41.75  40.00   .00   .00    .00   .00    .00          .00   2815.00    2686.44    726.24  170.05    39.77      .00    1578.05 958622809  9
                 MC 80   2815.00
                 29#        3.58 31#        33.68 32#        5.00 33#      30.00 38      7.38 40#     56.30 45     79.50 50       84.45
                 59         1.00

A311 845859                         052 62052 0145                                                 01188
  41.75  40.00   .00   .00    .00   .00    .00          .00   3453.30    3311.98    901.39  209.63    49.02      .00    1960.46 958735098 11
                 MC 93   3453.30
                 29#        3.58 31#        33.68 32#        5.00 33#      30.00 38      7.38 40#     69.06 45     79.50 50      103.60
                 59         1.00

A311 845859                         052 62052 0113                                                 04034
B 42.25  40.00   .00   .00    .00   .00    .00          .00   2815.00    2686.44    726.24  170.05    39.77      .00    1578.05 958807831 13
                 MC 80   2815.00
                 29#        3.58 31#        33.68 32#        5.00 33#      30.00 38      7.38 40#     56.30 45     79.50 50       84.45
                 59         1.00
  41.50  40.00   .00   .00    .00   .00    .00          .00   2815.00    2686.44    726.24  170.05    39.77      .00    1578.05 958898035 15
                 MC 80   2815.00
                 29#        3.58 31#        33.68 32#        5.00 33#      30.00 38      7.38 40#     56.30 45     79.50 50       84.45
                 59         1.00
  41.00  40.00   .00   .00    .00   .00    .00          .00   3600.44    3456.17    941.77  218.74    51.16      .00    2048.61 958993034 17
                 MC 80   2815.00 37        785.44
                 29#        3.58 31#        33.68 32#        5.00 33#      30.00 38      7.38 40#     72.01 45     79.50 50      108.01
                 59         1.00
  41.00  40.00   .00   .00    .00   .00    .00          .00   2815.00    2686.44    726.24  170.05    39.77      .00    1578.05 959083577 19
                 MC 56   1970.49 09 24     844.51
                 29#        3.58 31#        33.68 32#        5.00 33#      30.00 38      7.38 40#     56.30 45     79.50 50       84.45
                 59         1.00
  41.00  40.00   .00   .00    .00   .00    .00  16   563.01   4017.95    3865.33   1061.00  244.64    57.21      .00    2294.06 959179423 21
                 MC 88   3454.94
                 29#        3.58 31#        33.68 32#        5.00 33#      30.00 38      7.38 40#     80.36 45     79.50 50      120.54
                 59         1.00
  42.75  40.00   .00   .00    .00   .00    .00          .00   3084.00    3022.32    846.25  191.21    44.71      .00    1847.63 959293418 23
                 87      3084.00
                 40#       61.68 50         92.52

A311 845859                         052 62052 0145                                                 01188
B 42.75  40.00   .00   .00    .00   .00    .00          .00   4373.10    4213.38   1168.90  266.65    62.37      .00    2496.39 959269981 23
                 MC  6   4091.60 23  8     281.50
                 29#        3.58 31#        33.68 32#        5.00 33#      [illegible].00 38      7.38 40#     87.46 45     79.50 50      [illegible] 19
```

JW/WG 02..58

EXHIBIT 2

```
A SOC SEC #        NAME              POS  DATE DIS  LOC  EST FREQ  RATE   MAR SX FD ST  SCHD  ST-DTE CD SP-DTE TRN-DTE MGRCO PS INS      01/10/99
B 12AVG  52AVG REG-HR OT HRS  REG-OTS  VAC HR  VAC-$  SK-HR  SICK$  GROSS-$     ADJ-GROSS    FIT       FICA    MDCARE     STATE      NET PAY  CHECK #  WK#
C OTHER EARNINGS     CD HRS  AMOUNT  CD HRS  AMOUNT   CD HRS  AMOUNT  CD HRS  AMOUNT  CD HRS  AMOUNT  CD HRS  AMOUNT  CD HRS  AMOUNT  CD HRS  AMOUNT
D OTHER DEDUCTIONS CD        AMOUNT  CD      AMOUNT   CD      AMOUNT  CD      AMOUNT  CD      AMOUNT  CD      AMOUNT  CD      AMOUNT  CD      AMOUNT

                     59       1.00

A 311 845859                                 C52 62052 0123                                                                03093
B 44.75  40.00   .00   .00    .00   .00     .00          .00   4680.80    4514.92   1262.38  285.72    66.83      .00   2671.69 959366643 25
C                  MC 18   4680.80
D                  29#        3.58 31#      33.68 32#      5.00 33#      30.00 38       7.38 40#     93.62 45      79.50 50      140.42
D                  59         1.00

A 311 845859                                 C52 62052 0113                                                                04034
B 48.00  40.00   .00   .00    .00  32.00  1126.02        .00   3306.00    3167.62    860.97  200.50    46.89      .00   1872.20 959460878 27
C                  MC 58   2179.98
D                  29#        3.58 31#      33.68 32#      5.00 33#      30.00 38       7.38 40#     66.12 45      79.50 50       99.18
D                  59         1.00
B 48.75  40.00   .00   .00    .00   .00     .00          .00   3152.59    3018.40    819.19  190.98    44.66      .00   1726.70 959551663 29
C                  MC 80   2815.00 23  8   281.50 67     56.09
D                  29#        3.58 31#      33.68 32#      5.00 33#      30.00 38       7.38 40#     61.93 45      79.50 50       92.90
D                  59         1.00

A 311 845859                                                   2915.00
B 48.75  40.00   .00   .00    .00   .00     .00          .00   4064.37    3911.94   1075.45  247.51    57.89      .00   2266.87 959647313 31
C                  MC  1   4008.28 67       56.09
D                  29#        3.58 31#      33.68 32#      5.00 33#      30.00 38       7.38 40#     80.17 45      79.50 50      120.25
D                  59         1.00
B 48.50  40.00   .00   .00    .00   .00     .00          .00   3301.62    3164.45    860.08  200.22    46.82      .00   1765.72 959761054 33
C                  MC 56   3245.53 67       56.09
D                  29#        3.58 31#      33.68 32#      5.00 33#      30.00 38      11.08 39      46.57 40#     64.91 45       79.50
D                  50        97.37 59        1.00
B 46.25  40.00   .00   .00    .00   .00     .00  56  2040.53   2971.09    2840.53    769.39  179.73    42.04      .00   1567.68 959835374 35
C                  MC 24    874.47 67       56.09
D                  29#        3.58 31#      33.68 32#      5.00 33#      30.00 38      11.08 39      46.57 40#     58.30 45       79.50
D                  50        87.45 59        1.00
B 43.75  40.00   .00   .00    .00   .00     .00          .00   1678.05    1594.15    404.05  104.04    24.33      .00   1011.39 970060190 37
C                  37      1678.05
D                  40#       83.90 50       50.34
B 43.00  40.00   .00   .00    .00   .00     .00          .00   2971.09    2815.74    762.45  179.65    42.01      .00   1549.94 950046851 37
C                  MC 80   2915.00 67       56.09
D                  29#        3.58 31#      33.68 32#      6.25 33#      30.00 38      11.08 39      46.57 40#     81.84 45       79.50
D                  50        87.45 59        1.00
B 43.00  40.00   .00   .00    .00  16.00   583.01        .00   2971.09    2750.43    744.16  101.11    42.00      .00   1581.47 950143674 39
C                  MC 64   2331.99 67       56.09
D                  29#        3.58 31#      35.08 32#      6.25 33#      30.00 38      11.08 39      46.57 40#    145.75 45       79.50
D                  50        87.45 59        1.00
B 42.25  40.00   .00   .00    .00  16.00   583.01        .00   3174.49    2943.66    798.26     .00    44.94      .00   1812.67 950259433 41
C                  MC 68   2535.39 67       56.09
D                  29#        3.58 31#      35.08 32#      6.25 33#      30.00 38      11.08 39      46.57 40#    155.92 45       79.50
D                  50        93.55 59        1.00
B 40.75  40.00   .00   .00    .00   .00     .00          .00   2971.09    2750.43    744.16     .00    42.00      .00   1682.58 950334683 43
C                  MC 80   2915.00 67       56.09
D                  29#        3.58 31#      35.08 32#      6.25 33#      30.00 38      11.08 39      46.57 40#    145.75 45       79.50
D                  50        87.45 59        1.00
B 40.25  40.00   .00   .00    .00   .00     .00          .00   2971.09    2750.43    744.16     .00    41.99      .00   1682.59 950427852 45
C                  MC 80   2915.00 67       56.09
D                  29#        3.58 31#      35.08 32#      6.25 33#      30.00 38      11.08 39      46.57 40#    145.75 45       79.50
D                  50        87.45 59        1.00
B 40.25  40.00   .00   .00    .00   .00     .00          .00   4140.64    3861.50   1059.82     .00    58.95      .00   2425.95 950527059 47
C                  MC  3   4084.55 67       56.09
D                  29#        3.58 31#      35.08 32#      6.25 33#      30.00 38      11.08 39      46.57 40#    204.23 45       79.50
D                  50       122.54 59        1.00
B 42.25  40.00   .00   .00    .00   .00     .00          .00   2971.09    2750.43    744.16     .00    42.00      .00   1682.58 950621982 49
C                  MC 80   2915.00 67       56.09
D                  29#        3.58 31#      35.08 32#      6.25 33#      30.00 38      11.08 39      46.57 40#    145.75 45       79.50
```

JW/WG 02955.

```
                                          POS  DATE DIS  LOC  EST FREQ  RATE   MAR SX FD ST  SCHD  ST-DTE CD SP-DTE TRN-DTE MGRCO PS INS          01/10/99
DOC SEC #        NAME                                                                                                          NET PAY  CHECK #  WK#
12AVG  52AVG REG-HR OT HRS  REG-OTS  VAC HR  VAC-$  SK-HR  SICK$  GROSS-$   ADJ-GROSS    FIT       FICA    MDCARE      STATE
OTHER EARNINGS   CD HRS  AMOUNT   CD HRS  AMOUNT  CD HRS  AMOUNT  CD HRS  AMOUNT  CD HRS  AMOUNT  CD HRS  AMOUNT  CD HRS  AMOUNT  CD HRS  AMOUNT
OTHER DEDUCTIONS CD      AMOUNT   CD      AMOUNT  CD      AMOUNT  CD      AMOUNT  CD      AMOUNT  CD      AMOUNT  CD      AMOUNT  CD      AMOUNT

                  50        87.45 59          1.00
3 42.25   40.00  .00   .00      .00     .00       .00        .00    50.00      47.50     13.30      .00       .72        .00      33.48 910497922 49
                  72        50.00
                  40#        2.50
33.00     40.00  .00   .00      .00  24.00    874.51        .00  4025.34    3751.97   1025.86      .00     57.28        .00    2355.51 950720154 51
                 MC 71   2803.24 23   8     291.50 67       56.09
                 29#        3.58 31#         35.08 32#       6.25 33#         30.00 38     11.08 39           46.57 40#      198.46 45         79.50
                  50      119.08 59           1.00
33.75     40.00  .00   .00      .00     .00       .00        .00  2971.09    2750.43    744.16      .00     42.00        .00    1682.58 950819915 52
                 MC 80   2915.00 67          56.09
                 29#        3.58 31#         35.08 32#       6.25 33#         30.00 38     11.08 39           46.57 40#      145.75 45         79.50
                  50       87.45 59           1.00

YTD              0.0   0.0      0.00  88.00   3166.55 88  3166.55  94389.22  89694.75  23517.64 4240.80  1340.03       0.00  54133.07
                  MC 154  79748.95 23   32    1136.00 37         2463.49 09  24   844.51 87       3084.00 67       729.17 72         50.00
                  25#       56.66 31#         920.56 32#          146.25 33#      810.00 38        239.96 40#     2721.00 45       2146.50
                  50     2508.31 59            27.00 39          512.27
```

JW/WG 029560

```
                                  POS  DATE DIS  LOC  EST FREQ  RATE    MAR SX FD ST  SCHD  ST-DTE CD SP-DTE TRN-DTE MGRCO PS  INS   B-DATE 01/10/00
A SOC SEC #        NAME                                                                        FIT        FICA    MDCARE    STATE        NET PAY  CHECK #  WK#
B 12AVG  52AVG REG-HR OT HRS  REG-OT$  VAC HR  VAC-$  SK-HR  SICK$  GROSS-$    ADJ-GROSS       AMOUNT  CD HRS  AMOUNT  CD HRS  AMOUNT  CD HRS  AMOUNT
C OTHER EARNINGS   CD HRS  AMOUNT  CD HRS  AMOUNT  CD HRS  AMOUNT  CD HRS  AMOUNT  CD HRS     AMOUNT  CD      AMOUNT  CD      AMOUNT  CD      AMOUNT
D OTHER DEDUCTIONS CD      AMOUNT  CD      AMOUNT  CD      AMOUNT  CD      AMOUNT  CD
A311 845859 C E ELLIOTT        PS  9901 075 75109 0146 90  6560.00  M  M   174.00 050488                               P  A 22  122265
B 81.00  40.25  32.00   .00  1166.00   .00   .00   .00  1166.00  1112.65  129.74  70.43  16.48   .00  821.78 970063077  4
D                29#        1.04 31#     10.03 32#     1.80 33#     17.16 38     3.20 39     13.32 40#     23.32 45     22.72
D                50        34.98

A311 845859                                                                    01 050488
B 58.25  40.00 174.00   .00  6560.00   .00   .00   .00  6560.00  6201.30  1386.16  392.62  91.82   .00  3903.00 950961753  4
D                29#        7.75 31#     76.00 32#     13.75 33#     130.00 38     11.08 39     46.57 40#     131.20 45     172.25
D                50        196.80 59      1.00

A311 845859                                                                    00 000000
B 24.75  40.25  32.00   .00  1166.00   .00   .00   .00  1166.00  1112.65  129.74  70.43  16.48   .00  821.78 970063077  4
D                29#        1.04 31#     10.03 32#     1.80 33#     17.16 38     3.20 39     13.32 40#     23.32 45     22.72
```

JW/WG 0295[illegible]

```
A SOC SEC #        NAME                 PCS  DATE DIS  LOC   EST FREQ  RATE    MAR SX FD ST   SCHD   ST-DTE CD SP-DTE TRN-DTE MGRCO PS   INS     B-DATE   01/10/00
E 12AVG   52AVG REG-HR OT HRS  REG-OT$  VAC HR  VAC-$   SK-HR  SICK$   GROSS-$     ADJ-GROSS      FIT       FICA     MDCARE       STATE       NET PAY  CHECK #  WK#
 OTHER EARNINGS    CD HRS   AMOUNT   CD HRS   AMOUNT   CD HRS   AMOUNT   CD HRS   AMOUNT   CD HRS   AMOUNT   CD HRS   AMOUNT   CD HRS   AMOUNT   CD HRS   AMOUNT
 OTHER DEDUCTIONS  CD        AMOUNT   CD       AMOUNT   CD       AMOUNT   CD       AMOUNT   CD       AMOUNT   CD       AMOUNT   CD       AMOUNT   CD       AMOUNT
                   50        34.98
 61.50   40.25   32.00-   .00  1166.00-   .00      .00       .00   1166.00-   1112.65-   129.74-  70.43-   16.48-      .00    821.78-970063077  4
                   29#        1.04-31#        10.03-32#      1.80-33#      17.16-38       3.20-39         13.32-40#     23.32-45          22.72-
                   50        34.98-
 62.25   40.25  174.00    .00  6560.00    .00      .00       .00   6560.00    6201.30   1386.16  392.61   91.81       .00   3890.10 951165231  8
                   29#        7.75 31#        76.00 32#     13.75 33#     130.00 38        24.00 39         46.57 40#    131.20 45         172.25
                   50       196.80 59          1.00
 64.00   40.25  174.00    .00  6560.00    .00      .00       .00   8472.88    6201.30   1386.16  511.21  119.55       .00   3743.76 951398447 12
                   66      1912.88
                   29#        7.75 31#        76.00 32#     13.75 33#     130.00 38        24.00 39         46.57 40#    131.20 45         172.25
                   50       196.80 59          1.00
 43.50   40.25  174.00    .00  6560.00    .00      .00       .00   6560.00    6218.46   1390.96  393.68   92.08       .00   3901.12 951604314 17
                   29#        7.75 31#        76.00 32#     13.75 33#     112.84 38        24.00 39         46.57 40#    131.20 45         172.25
                   50       196.80 59          1.00
 43.50   40.25  150.00    .00  5655.18  24.00   904.82       .00   6560.00    6201.30   1386.16  392.62   91.82       .00   3890.08 951825813 21
                   29#        7.75 31#        76.00 32#     13.75 33#     130.00 38        24.00 39         46.57 40#    131.20 45         172.25
                   50       196.80 59          1.00

 11 845859                                                                  02
 43.50   40.25     .00    .00      .00    .00      .00       .00   3005.00    2944.90    824.57  186.31   43.58       .00   1800.29 952067267 25
                   87      3005.00
                   40#       60.10 50         50.15
 43.50   40.25  174.00    .00  6560.00    .00      .00       .00   6560.00    6201.30   1012.82  392.61   91.82       .00   4263.43 952032721 25
                   29#        7.75 31#        76.00 32#     13.75 33#     130.00 38        24.00 39         46.57 40#    131.20 45         172.25
                   50       196.80 59          1.00
 43.50   40.25  150.00    .00  5655.17  16.00   603.22       .00   6755.50    6396.80   1067.56  404.74   94.65       .00   4193.73 952292296D30
                   22  8    301.61 67        195.50
                   29#        7.75 31#        76.00 32#     13.75 33#     130.00 38        24.00 39         46.57 40#    131.20 45         172.25
                   50       196.80 59          1.00

 11 845859                                                    6800.00
 43.50   40.25  158.00    .00  6174.72  16.00   625.28       .00   7235.50    6867.20   1199.27  434.49  101.62       .00   4481.30 952481779D34
                   38       240.00 67        155.50
                   29#        7.75 31#        76.00 32#     13.75 33#     130.00 38        24.00 39         46.57 40#    140.80 45         172.25
                   50       211.20 59          1.00

 311 845859                                                                                                      CR22
 43.50   40.25  174.00    .00  6800.00    .00      .00       .00   6995.50    6650.89   1138.71  420.79   98.41       .00   4349.66 952750847D39
                   67       195.50
                   29#        8.25 31#        56.61 32#     13.75 33#     130.00 38        24.00 39         46.57 40#    136.00 45         172.25
                   50       204.00 59          1.00
 43.50   40.25  166.00    .00  6487.36   8.00   312.64       .00   6995.50    6434.10   1078.01     .00   98.22       .00   4614.55 952981955D44
                   67       195.50
                   29#        8.25 31#        69.40 32#     13.75 33#     130.00 38        24.00 39         46.57 40#    340.00 45         172.25
                   50       204.00 59          1.00
 43.50   40.25     .00    .00      .00    .00      .00       .00  10344.00    9996.87   2799.12  509.09  149.99       .00   6228.35 952966158 44
                   84     10344.00
                   40#      347.13 50        310.32
 43.50   40.25  174.00    .00  6800.00    .00      .00       .00   6995.50    6434.10   1078.01     .00   98.23       .00   4614.54 953199704D48
                   67       195.50
                   29#        8.25 31#        69.40 32#     13.75 33#     130.00 38        24.00 39         46.57 40#    340.00 45         172.25
                   50       204.00 59          1.00
 43.50   40.25  166.00    .00  6487.36   8.00   312.64       .00   6995.50    6434.10   1078.01     .00   98.23       .00   4614.54 953454387D52
                   67       195.50
                   29#        8.25 31#        69.40 32#     13.75 33#     130.00 38        24.00 39         46.57 40#    340.00 45         172.25
                   50       204.00 59          1.00
 43.50   40.25     .00    .00      .00    .00      .00       .00     50.00      47.50     13.30     .00     .72       .00     33.48 910597553 52
                   72        50.00
```

JW/WG 029562

```
                                                                                          B-DATE  01/10/00
A SOC SEC #        NAME              POS  DATE DIS  LOC  EST FREQ  RATE   MAR SX FD ST  SCHD  ST-DTE CD SP-DTE TRN-DTE MGRCO PS  INS   NET PAY  CHECK #  WK#
B 12AVG  52AVG REG HR OT HRS  REG-OT$  VAC HR  VAC-$  SK-HR  SICK$  GROSS-$  ADJ-GROSS  FIT  FICA  MDCARE  STATE  AMOUNT
C OTHER EARNINGS   CD HRS  AMOUNT  CD HRS  AMOUNT  CD HRS  AMOUNT  CD HRS  AMOUNT  CD HRS  AMOUNT  CD HRS  AMOUNT  CD HRS  AMOUNT  CD HRS  AMOUNT
D OTHER DEDUCTIONS CD  AMOUNT  CD  AMOUNT  CD  AMOUNT  CD  AMOUNT  CD  AMOUNT  CD  AMOUNT  CD  AMOUNT  CD  AMOUNT
                   40#    2.50
                                                                                       0.00   59343.71
                                                   0.00   97810.88   90544.07  18354.72  4501.20  1379.03           50.00
B* YTD   2040.0   0.0 78025.79   72.00  2758.60   0             301.61 67  1173.00 38   240.00 84   10344.00 72   2648.25
C*         66        1912.88 87       3005.00 22    8      166.80 33#  1560.00 38   278.28 39    572.16 40#
D*         29#         96.04 31#       882.84 32#          12.00
D*         45        2089.72 50       2840.25 59
```

JW/WG 02956?

SOC SEC #, NAME |POS DATE DIS LOC EST FREQ RATE |MAR|SX|FD|ST| SCHD
12AVG 52AVG REG HR|OT HRS| REG OT$| VAC HR VAC-$ |SK HR SICK$| GROSS-$ | ADJ-GROSS| FIT | FICA | MDCARE | STATE
OTHER EARNINGS |CD HRS AMOUNT |CD HRS AMOUNT |CD HRS AMOUNT |CD HRS AMOUNT |CD HRS AMOUNT |CD HRS AMOUNT |CD HRS AMOUNT |CD HRS AMOUNT |
OTHER DEDUCTIONS|CD AMOUNT |CD AMOUNT |CD AMOUNT |CD AMOUNT |CD AMOUNT |CD AMOUNT |CD AMOUNT |CD AMOUNT |

1 845659 C E ELLIOTT PS 9901 075 75109 0146 90 6800.00 M M 02 174.00 050488 01 050488 P CR22 122265
3.50 40.25 143.00 00 5549.44 .00 .00 32 1250.56 6800.00 6489.60 1081.46 410.79 96.07 .00 4453.46 953703890D 4
29# 8.25 31# 69.40 32# 13.75 33# 83.00 38 24.00 39 46.57 40# 136.00 45 172.25
50 204.00 59 1.00

1 845859 00 000000
3.50 40.25 150.00 00 5862.08 00 .00 8 312.64 6800.00 6489.60 1081.46 410.78 96.07 .00 4453.47 953929407D 8
08 16 625.28
29# 8.25 31# 69.40 32# 13.75 33# 83.00 38 24.00 39 46.57 40# 136.00 45 172.25
50 204.00 59 1.00
3.50 40.25 166.00 .00 6487.36 .00 .00 .00 6525.63 6489.60 1081.46 517.78 121.10 .00 4321.44 954190584D13
22 8 312.64 66 1725.63
29# 8.25 31# 69.40 32# 13.75 33# 83.00 38 24.00 39 46.57 40# 136.00 45 172.25
50 204.00 59 1.00
3.50 40.25 166.00 00 6487.36 8.00 312.64 .00 6800.00 6489.60 1081.46 410.79 96.07 .00 4453.46 954419715D17
29# 8.25 31# 69.40 32# 13.75 33# 83.00 38 24.00 39 46.57 40# 136.00 45 172.25
50 204.00 59 1.00
3.50 40.25 158.00 .00 6174.72 16.00 625.28 .00 6800.00 6489.60 1081.46 410.79 96.07 .00 4453.46 954669579D21
29# 8.25 31# 69.40 32# 13.75 33# 83.00 38 24.00 39 46.57 40# 136.00 45 172.25
50 204.00 59 1.00

YTD 782.0 0 0 30560.96 24.00 937.92 40 1563.20 35725.63 32448.00 5407.30 2260.93 505.38 0.00 22135.29
08 16 625.28 22 8 312.64 66 1725.63
29# 41.25 31# 347.00 32# 68.75 33# 415.00 38 120.00 39 232.85 40# 680.00
45 861.25 50 1020.00 59 5.00

JW/AVG 029564

```
:OC SEC #       NAME                 POS  DATE DIS  LOC  EST FREQ  RATE   MAR SX FD ST  SCHD  ST-DTE CD SP-DTE TRN-DTE MGRCO PS  INS   B-DATE  01/10/00
.2AVG  52AVG REG-HR OT HRS  REG-OT$  VAC HR  VAC-$  SK-HR  SICK$  GROSS-$     ADJ-GROSS     FIT      FICA    MDCARE      STATE      NET PAY  CHECK #  WK#
OTHER EARNINGS   CD HRS  AMOUNT  CD HRS  AMOUNT  CD HRS  AMOUNT  CD HRS  AMOUNT  CD HRS  AMOUNT  CD HRS  AMOUNT  CD HRS  AMOUNT  CD HRS  AMOUNT
OTHER DEDUCTIONS CD      AMOUNT  CD      AMOUNT  CD      AMOUNT  CD      AMOUNT  CD      AMOUNT  CD      AMOUNT  CD      AMOUNT  CD      AMOUNT
-7 774149 N A ELKAREH                RJM  9704 163 62163 0146 43  2915.00  S  M  01      80.00 090995 01 090995       03107 P  QH11  092566
:4 00  40.00     .00     .00       .00     .00       .00         .00    3562.45     3476.09    825.51  219.94     51.44       .00     1914.74 950914573  2
                 MC 87   3270.95 23  8      291.50
                 28#        3.34 30#        8.77 32#        3.00 40#       71.25 45      31.96 46        71.25 50      356.25 59          5.00

57 774149                                 163 62163 0155                               00 000000          02572
:3 75  40.00     .00     .00       .00     .00       .00         .00    2915.00     2841.59    628.82  179.79     42.04       .00     1662.48 951015884  4
                 MC 80   2915.00
                 28#        3.34 30#        8.77 32#        3.00 40#       58.30 45      31.96 50       291.50 59         5.00

57 774149                                 163 62163 0137                                                  01779
:3 75  40.00     .00     .00       .00     .00       .00         .00    3118.40     3040.92    690.61  192.40     45.00       .00     1652.43 951113493  6
                 MC 84   3118.40
                 28#        3.34 30#        8.77 32#        3.00 40#       62.37 44     111.68 45        31.96 50      311.84 59          5.00

57 774149                                                                                                 03131
:3 50  40.00     .00     .00       .00     .00       .00         .00    2915.00     2841.59    628.82  179.80     42.05       .00     1550.78 951217149  8
                 MC 80   2915.00
                 28#        3.34 30#        8.77 32#        3.00 40#       58.30 44     111.68 45        31.96 50      291.50 59          5.00
43 50  40.00     .00     .00       .00     .00       .00         .00    2915.00     2841.59    628.82  179.79     42.05       .00     1550.79 951316419 10
                 MC 80   2915.00
                 28#        3.34 30#        8.77 32#        3.00 40#       58.30 44     111.68 45        31.96 50      291.50 59          5.00
:5 00  40.00     .00     .00       .00     .00       .00         .00    2915.00     2841.59    628.82  179.79     42.05       .00     1550.79 951420661 12
                 MC 80   2915.00
                 28#        3.34 30#        8.77 32#        3.00 40#       58.30 44     111.68 45        31.96 50      291.50 59          5.00

-7 774149                                 075 62163 0146                                                  75170
78 25  40.00     .00     .00       .00     .00       .00         .00    1640.00     1597.48    172.05  101.08     23.64       .00     1041.16 970064345 12
                 MC 40   1640.00
                 28#        2.15 30#        5.64 32#        1.93 40#       32.80 44      71.79 45        20.55 50      164.00 59          3.21

57 774149                                 075 75170 0146 90                        173.33                990324  00000
58 00  40.00 174.00      .00  6560.00      .00       .00         .00    6560.00     6395.80   1436.59  404.67     94.64       .00     3655.26 970064708 12
                 28#        7.25 30#       19.00 32#        6.75 40#      131.20 44     111.68 45        31.96 50      656.00 59          5.00

67 774149                            PS    9904                    6560.00                 174.00
59 25  40.25     .00     .00       .00     .00       .00         .00    2915.00-    2841.59-   628.82- 179.79-    42.05-      .00     1550.79-951316419 12
                 MC 80-  2915.00-
                 28#        3.34-30#        8.77-32#        3.00-40#       58.30-44     111.68-45        31.96-50      291.50-59          5.00-
66 00  40.00 174.00      .00  6560.00      .00       .00         .00    3645.00     3539.10    871.60  223.95     52.37       .00     1840.75 951604454 17
                 37      2915.00-
                 28#        7.25 30#       19.00 32#        6.75 40#       72.90 44     111.68 45        69.25 50      364.50 59          5.00
60 25  40.25 158.00      .00  5956.78 16.00  603.22          .00    6560.00     6454.10   1454.60  404.67     94.65       .00     3527.96 951825949 21
                 28#        7.25 30#       19.00 32#        6.75 40#       72.90 44     241.97 45        69.25 50      656.00 59          5.00
53 50  40.25     .00     .00       .00     .00       .00         .00    4609.00     4516.82   1264.71  285.76     66.84       .00     2438.61 952135836 25
                 87      4609.00
                 40#       92.18 50       460.90
53.50  40.25     .00     .00       .00     .00       .00         .00     864.00      846.72    237.08   53.57     12.52       .00      457.15 952090881 25
                 87       864.00
                 40#       17.28 50        86.40
53 50  40.25 174.00      .00  6560.00      .00       .00         .00    6560.00     6395.80   1436.53  404.67     94.64       .00     3487.74 952032855 25
                 28#        7.25 30#       19.00 32#        6.75 40#      131.20 44     241.97 45        69.25 50      656.00 59          5.00
43 50  40.25 174.00      .00  6560.00      .00       .00         .00    6793.38     6629.18   1508.88  419.14     98.02       .00     3397.54 952292434D30
                 67       233.38
                 28#        7.25 30#       19.00 32#        6.75 40#      131.20 44     241.97 45        69.25 50      656.00 59          5.00

67 774149                                                          6800.00
43 50  40.25 174.00      .00  6800.00      .00       .00         .00    7273.38     7099.58   1654.70  448.91    104.99       .00     3637.38 952481916D34
```

JW/WG 029555

```
                                                                                    INS     B-DATE   01/10/00
                              PCS   DATE DIS   LOC   EST FREQ  RATE    MAR SX FD ST  SCHD  ST-DTE CD SP-DTE TRN-DTE MGRCO PS   NET PAY   CHECK #  WK#
SOC SEC #       NAME                VAC HR  VAC-$   SK-HR  SICK$  GROSS-$     ADJ-GROSS    FIT      FICA    MDCARE     STATE   AMOUNT   CD HRS  AMOUNT
12AVG  52AVG REG-HR OT HRS  REG-OT$  CD HRS  AMOUNT  CD HRS  AMOUNT  CD HRS  AMOUNT  CD HRS  AMOUNT  CD HRS  AMOUNT   CD  CD HRS  AMOUNT   CD      AMOUNT
OTHER EARNINGS   CD HRS  AMOUNT   CD   AMOUNT   CD   AMOUNT  CD   AMOUNT   CD   AMOUNT  CD   AMOUNT   CD   AMOUNT
OTHER DEDUCTIONS CD
                 38     240.00 67      233.38                                 140.80 44     241.97 45         69.25 50     704.00 59          5.00
                 28#      7.25 30#      19.00 32#       6.75 40#                6862.38   1581.17  433.89      101.47   .00    3516.25 952750981D39
43.50  40.25 166.00  .00  6487.36   .00    .00   8    312.64     7033.38
                 67     233.38                                   136.00 44     241.97 45         69.25 50     680.00 59          5.00
                 28#      7.75 30#      20.50 32#       6.75 40#                6658.38   1517.93      .00     101.48   .00    4149.37 952982092D44
43.50  40.25 174.00  .00  6800.00   .00    .00          .00      7033.38
                 67     233.38                                   340.00 44     241.97 45         69.25 50     340.00 59          5.00
                 28#      7.75 30#      20.50 32#       6.75 40#                8965.54   2510.35  369.17      133.98   .00    5490.04 952966245 44
43.50  40.25       .00   .00    .00     .00    .00          .00      9240.00
                 84     9240.00
                 40#    274.46 50     462.00                                                                                   
43.50  40.25 166.00  .00  6487.36  8.00  312.64           .00      7033.38       6658.38   1517.93      .00     101.48   .00    4149.37 953199840D48
                 67     233.38                                   340.00 44     241.97 45         69.25 50     340.00 59          5.00
                 28#      7.75 30#      20.50 32#       6.75 40#                6658.38   1517.93      .00     101.47   .00    4149.38 953454523D52
43.50  40.25 166.00  .00  6487.36   .00    .00          .00      7033.38
                 22  8  312.64 67      233.38                    340.00 44     241.97 45         69.25 50     340.00 59          5.00
                 28#      7.75 30#      20.50 32#       6.75 40#                  23.75      6.65      .00        .36   .00      16.74 910597683 52
43.50  40.25       .00   .00    .00     .00    .00          .00        25.00
                 71      25.00
                 40#      1.25

                                                                  94343.17  22091.28 4501.20  1405.13   0.00   53285.92
YTD      1700.0   0.0 65258.86  24.00   515.56  8   312.64  97329.13                                 240.00 84          9240.00
            MC 451   16774.35 23  8   291.50 37       2915.00-87     5473.00 67         1400.28 38
            22   8     312.64 71        25.00                                                  71.25 50          8108.39
            28#         93.35 30#      245.49 32#         84.43 40#    2562.69 45         835.56 46
            59          78.21 44      2565.95
```

```
A SOC SEC #|      NAME              |POS  DATE|DIS  DOC  FUI FREQ| RATE   MAR|SA|...
B 12AVG  52AVG|REG HR|OT HRS| REG OT$| VAC HR  VAC $ |SK HR  SICK$| GROSS-$  | ADJ-GROSS|   FIT    |  FICA  | ...
C OTHER EARNINGS  |CD HRS  AMOUNT |CD HRS  AMOUNT |CD HRS  AMOUNT |CD HRS  AMOUNT |CD HRS  AMOUNT |CD HRS  AMOUNT |CD HRS  AMOUNT |CD HRS  AMOUNT |
D OTHER DEDUCTIONS|CD      AMOUNT |CD      AMOUNT |CD      AMOUNT |CD      AMOUNT |CD      AMOUNT |CD      AMOUNT |CD      AMOUNT |CD      AMOUNT |

A467 774149 N A ELKAREH           PS   9904 075 75170 C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.00  S  M  01     174.00 090995 01 090995               P  QH11  092566
B 43.50  40.25 134 00      .00  5236.80  32.00  1250.56   8    312.64    6800.00    6629.00   1498.07  419.43    98.09      .00   3957.19 953704026D 4
               28#           7.75 30#        20.50 32#        6.75 40#       136.00 44       241.97 45         69.25 50       340.00 59          5.00

A467 774149                                                                                       00 000000
B 43.50  40 25 174.00      .00  6800.00    .00       .00        .00    6800.00    6629.00   1498.07  419.43    98.10      .00   3957.18 953929543D 8
               28#           7.75 30#        20.50 32#        6.75 40#       136.00 44       241.97 45         69.25 50       340.00 59          5.00
B 43.50  40.25 174.00      .00  6800.00    .00       .00        .00    8408.11    6629.00   1498.07  519.13   121.41      .00   3634.17 954190721D13
               66          1608.11
D              28#           7.75 30#        20.50 32#        6.75 40#       136.00 44       241.97 45         69.25 50       340.00 59          5.00
B 43.50  40 25 166.00      .00  6487.36    .00       .00        .00    6800.00    6629.00   1498.07  419.43    98.09      .00   3957.19 954419853D17
               22   8      312.64
               28#           7.75 30#        20.50 32#        6.75 40#       136.00 44       241.97 45         69.25 50       340.00 59          5.00
B 43 50  40.25 174.00      .00  6800.00    .00       .00        .00    6800.00    6629.00   1498.07  419.43    98.09      .00   3957.19 954669713D21
               28#           7.75 30#        20.50 32#        6.75 40#       136.00 44       241.97 45         69.25 50       340.00 59          5.00

B  YTD         822 0      0.0 32124.16  32.00  1250.56   8    312.64   35608.11   33145.00   7490.35 2196.85   513.78     0.00   15662.92
C               66          1608.11 22   8      312 64
D               25#           38.75 30#       102.50 32#        33.75 40#        680.00 44        1209.85 45        346.25 50        1700.00
                59            25.00
```

JW/WG 029557

```
A SOC SEC #       NAME                 POS  DATE DIS  LOC  EST FREQ  RATE    MAR SX FD ST   SCHD   ST-DTE CD SP-DTE TRN-DTE MGRCO PS INS          01/07/96
B DAYS  SDAYS REG-HR OT HRS  REG-CTS   VAC HR  VAC $  SK-HR  SICK$  GROSS-$      ADJ-GROSS     FIT      FICA    MDCARE     STATE      NET PAY  CHECK #  WK#
C OTHER EARNINGS    CD HRS  AMOUNT  CD HRS  AMOUNT  CD HRS  AMOUNT  CD HRS  AMOUNT  CD HRS  AMOUNT  CD HRS  AMOUNT  CD HRS  AMOUNT  CD HRS  AMOUNT
D OTHER DEDUCTIONS CD       AMOUNT  CD      AMOUNT  CD      AMOUNT  CD      AMOUNT  CD      AMOUNT  CD      AMOUNT  CD      AMOUNT  CD      AMOUNT

A261 735559 M W PARKER            RIM  9006 116 62116 0131 43  2515.00  M  M  04      80.00 031084 01 031084          00505 P  A 23
B 40.75  40.00    .00    .00     .00    .00     .00        .00   2766.50    2655.79    383.76  168.09    39.31      .00    2059.63 952204155  1
C               MC 80   2515.00 23  8      251.50
D               29#        4.62 31#       47.76 32#       3.00 40#      55.33 59        5.00

A261 735559                                                                                   00 000000
B 40.75  40.00    .00    .00     .00    .00     .00        .00   2515.00    2408.86    314.62  152.47    35.66      .00    1901.11 952272540  3
C               MC 80   2515.00
D               29#        5.18 31#       47.76 32#       3.00 40#      50.30 59        5.00

A261 735559                                                              05
B 40.75  40.00    .00    .00     .00    .00     .00        .00   2515.00    2408.86    287.69  152.47    35.66      .00    1928.04 952336853  5
C               MC 80   2515.00
D               29#        5.18 31#       47.76 32#       3.00 40#      50.30 59        5.00
B 35.25  40.00    .00    .00     .00    .00     .00        .00    503.00     476.98       .00   30.19     7.06      .00     434.73 952408767  7
C               MC 16    503.00
D               29#        1.45 31#       13.65 32#        .86 40#      10.06 59        5.00

A261 735559                       FS   9503 075 75116 0131 90  5640.00           174.00                        950303  00000
B 41.00  40.25 174.00    .00  5640.00   .00     .00        .00   5640.00    5409.70    676.76  342.40    80.08      .00    4305.46 970034092  8
D               29#       11.00 31#      103.50 32#       3.00 40#     112.80 59        5.00
B 36.50  37.75 174.00    .00  5640.00   .00     .00        .00   5640.00    5406.25    675.71  342.18    80.03      .00    4303.33 952549210 13
D               29#       11.00 31#      103.50 32#       6.45 40#     112.80 59        5.00
B 41.50  40.25 174.00    .00  5640.00   .00     .00        .00   5640.00    5406.25    675.71  342.18    80.02      .00    4303.34 952708517 17
D               29#       11.00 31#      103.50 32#       6.45 40#     112.80 59        5.00
B 43.50  40.25 174.00    .00  5640.00   .00     .00        .00   5640.00    5406.25    675.71  342.18    80.02      .00    4303.34 952838179 21
D               29#       11.00 31#      103.50 32#       6.45 40#     112.80 59        5.00
B 43.50  40.25 150.00    .00  4962.07 16.00   518.62       .00   5640.00    5406.25    675.71  342.18    80.03      .00    4303.33 952995175 26
C               22  8    259.31
D               29#       11.00 31#      103.50 32#       6.45 40#     112.80 59        5.00
B 43.50  40.25 174.00    .00  5640.00   .00     .00        .00   5836.16    5602.41    730.63  354.34    82.87      .00    4233.41 953148574 30
C               67       196.16
D               29#       11.00 31#      103.50 32#       6.45 40#     112.80 59        5.00

A261 735559                                                    5885.00
B 43.50  40.25 174.00    .00  5885.00   .00     .00        .00   6326.16    6082.61    865.09  384.73    89.98      .00    4541.65 953299543 35
C               38       245.00 67       196.16
D               29#       11.00 31#      103.50 32#       6.45 40#     122.60 59        5.00
B 43.50  40.25 125.75    .00  4253.09 48.25  1631.91       .00   6081.16    5842.51    797.86  369.53    86.42      .00    4387.54 953463252 39
C               67       196.16
D               29#       11.00 31#      103.50 32#       6.45 40#     117.70 59        5.00
B 43.50  40.25    .00    .00     .00    .00     .00        .00   1349.00    1281.55    358.83     .00    19.56      .00     903.16 953665955 43
C               87      1349.00
D               40#       67.45
B 43.50  40.25 174.00    .00  5595.00   .00     .00        .00   6081.16    5665.96    748.43   55.87    86.43      .00    4559.07 953606427 43
C               67       196.16
D               29#       11.00 31#      103.50 32#       6.45 40#     294.25 59       20.00
B 43.50  40.25    .00    .00     .00    .00     .00        .00   6703.00    6489.21   1816.98  415.59    97.19      .00    4159.45 953573102 43
C               84      6703.00
D               40#      213.79
B 43.50  40.25 158.00    .00  5343.85   .00     .00 16  541.15   6693.89    5665.96    748.43     .00    95.30      .00    4606.07 953776721 48
C               66       612.73 67       196.16
D               29#       11.00 31#      103.50 32#       6.45 40#     294.25 59       20.00
B 43.50  40.25 174.00    .00  5595.00   .00     .00        .00   6081.16    5665.96    748.43     .00    86.42      .00    4614.95 953927560 52
C               67       196.16
D               29#       11.00 31#      103.50 32#       6.45 40#     294.25 59       20.00
B 43.50  40.25    .00    .00     .00    .00     .00        .00     50.00      47.50     13.30     .00      .73      .00      33.47 910295527 52
C               72        50.00
D               40#        2.50
```

```
A SOC SEC #       NAME                 POS  DATE DIS  LOC  EST FREQ  RATE    MAR SX FD ST  SCHD  ST-DTE CD SP-DTE TRN-DTE MGRCO PS INS         01/11/97
B 12AVG  52AVG REG-HR OT HRS  REG-OTS  VAC HR  VAC-$  SK-HR  SICK$  GROSS-$     ADJ-GROSS      FIT       FICA    MDCARE     STATE     NET PAY  CHECK #  WK#
OTHER EARNINGS     CD HRS  AMOUNT  CD HRS  AMOUNT   CD HRS  AMOUNT  CD HRS  AMOUNT  CD HRS  AMOUNT  CD HRS  AMOUNT  CD HRS  AMOUNT  CD HRS  AMOUNT
OTHER DEDUCTIONS CD        AMOUNT  CD      AMOUNT   CD      AMOUNT  CD      AMOUNT  CD      AMOUNT  CD      AMOUNT  CD      AMOUNT  CD      AMOUNT

261 735555 M W PARKER              FS   9503 075 75116 0131 90  5885.00  M  M  05     174.00 031084 01 031084              P  A 23
43.50  40.25 150.00     .00  5073.27  16.00    541.15    8   270.58     5885.00     5646.35     723.79  357.37     83.58       .00     4461.61 954089717  4
                  29#        11.00 31#      103.50 32#        6.45 40#       117.70 59          20.00

261 735559                                                                                            00 000000
43.50  40.25 158.00     .00  5343.84   8.00    270.58              .00     5885.00     5646.35     723.79  357.37     83.58       .00     4461.61 954258265  8
                  22   8    270.58
                  29#        11.00 31#      103.50 32#        6.45 40#       117.70 59          20.00
43.50  40.25 174.00     .00  5885.00    .00       .00              .00     5885.00     5646.35     723.79  357.37     83.58       .00     4461.61 954409468 13
                  29#        11.00 31#      103.50 32#        6.45 40#       117.70 59          20.00
43.50  40.25 158.00     .00  5343.85  16.00    541.15              .00     5885.00     5646.35     723.79  357.37     83.57       .00     4461.62 954557316 17
                  29#        11.00 31#      103.50 32#        6.45 40#       117.70 59          20.00
43.50  40.25 166.00     .00  5614.42   8.00    270.58              .00     5885.00     5646.35     723.79  357.38     83.58       .00     4461.60 954749187 22
                  29#        11.00 31#      103.50 32#        6.45 40#       117.70 59          20.00
43.50  40.25 174.00     .00  5885.00    .00       .00              .00     5885.00     5646.35     723.79  357.37     83.58       .00     4461.61 954897757 26
                  29#        11.00 31#      103.50 32#        6.45 40#       117.70 59          20.00
43.50  40.25 174.00     .00  5885.00    .00       .00              .00     7226.04     5859.26     783.41  440.51    103.03       .00     4299.40 955068943 30
                  66       1129.13 67       212.91
                  29#        11.00 31#      103.50 32#        6.45 40#       117.70 59          20.00

261 735559                                                      6110.00
43.50  40.25 142.00     .00  4956.32  32.00   1123.68              .00     6547.91     6300.26     906.89  398.47     93.19       .00     4668.80 955223138 35
                  38        225.00 67       212.91
                  29#        11.00 31#      103.50 32#        6.45 40#       126.70 59          20.00
43.50  40.25 166.00     .00  5829.08   8.00    280.92              .00     6322.91     6079.76     845.15  384.53     89.93       .00     4527.24 955419252 39
                  67        212.91
                  29#        11.00 31#      103.50 32#        6.45 40#       122.20 59          20.00
43.50  40.25 158.00     .00  5542.16  16.00    561.84              .00     6322.91     5896.46     793.82     .00     89.92       .00     4779.81 955602321 43
                  67        212.91
                  29#        11.00 31#      103.50 32#        6.45 40#       305.50 59          20.00
43.50  40.25      .00   .00      .00    .00       .00              .00    10469.00    10127.35    2835.66  519.66    151.80       .00     6620.23 955560246 43
                  84      10469.00
                  40#       341.65
43.50  40.25 174.00     .00  6110.00    .00       .00              .00     6322.91     5896.46     793.82     .00     89.93       .00     4779.80 955773849 48
                  67        212.91
                  29#        11.00 31#      103.50 32#        6.45 40#       305.50 59          20.00
43.50  40.25 174.00     .00  6110.00    .00       .00              .00     6322.91     5896.46     793.82     .00     89.93       .00     4779.80 955939496 52
                  67        212.91
                  29#        11.00 31#      103.50 32#        6.45 40#       305.50 59          20.00
43.50  40.25      .00   .00      .00    .00       .00              .00       50.00       47.50      13.30     .00       .73       .00       33.47 910363201 52
                  72         50.00
                  40#         2.50

   YTD      1968.0    0.0 67613.94 104.00  3589.50   8  270.58   84894.59   79981.61  12108.61 3887.40  1209.93    0.00    61258.21
                  22   8    270.58 66      1129.13 67        1277.46 38        225.00 84     10469.00 72          50.00
                  29#       132.00 31#     1242.00 32#         77.40 40#      2333.45 59        240.00
```

JW/WG 029578

```
A SOC SEC #        NAME                  POS  DATE DIS  LOC  EST FREQ  RATE   MAR SX FD ST  SCHD  ST-DTE CD SP-DTE TRN-DTE MGRCO PS INS          01/09/98
B 12AVG  52AVG REG-HR OT HRS  REG-OT$  VAC HR  VAC-$  SK-HR  SICK$  GROSS-$    ADJ-GROSS     FIT       FICA    MDCARE     STATE      NET PAY  CHECK #  WK#
C OTHER EARNINGS    CD HRS   AMOUNT   CD HRS  AMOUNT   CD HRS  AMOUNT  CD HRS  AMOUNT  CD HRS  AMOUNT  CD HRS  AMOUNT  CD HRS  AMOUNT  CD HRS   AMOUNT
D OTHER DEDUCTIONS CD        AMOUNT   CD       AMOUNT   CD      AMOUNT  CD      AMOUNT  CD      AMOUNT  CD      AMOUNT  CD      AMOUNT  CD       AMOUNT

A 61 735559 M W FARMER        PS   9503 075 75116 0131 90  6110.00  M  M  05    174.00 031084 01 031084            P  A 23
B 43.50  40.25 166.00   .00  5829.08   8.00   280.92         .00   6110.00    5866.85    760.55  371.32    86.84       .00    4628.14 956126600  5
              29#       11.00 31#      103.50 32#      6.45 40#     122.20 59        20.00

A 61 735559                                                                                 00 000000
B 43.50  40.25 174.00   .00  6110.00    .00      .00         .00   6110.00    5866.85    760.55  371.32    86.84       .00    4628.14 956310646  9
              29#       11.00 31#      103.50 32#      6.45 40#     122.20 59        20.00
B 43.50  40.25 174.00   .00  6110.00    .00      .00         .00   7338.33    5866.85    760.55  447.48   104.65       .00    4534.17 956475490 13
              66      1228.33
              29#       11.00 31#      103.50 32#      6.45 40#     122.20 59        20.00
B 43.50  40.25 134.00   .00  4705.40  32.00  1123.68         .00   6110.00    5866.85    760.55  371.32    86.85       .00    4628.13 956672507 17
              22   8    280.92
              29#       11.00 31#      103.50 32#      6.45 40#     122.20 59        20.00
B 43.50  40.25 142.00   .00  4986.32  32.00  1123.68         .00   6110.00    5866.85    760.55  371.32    86.84       .00    4628.14 956842384 22
              29#       11.00 31#      103.50 32#      6.45 40#     122.20 59        20.00
B 43.50  40.25 174.00   .00  6110.00    .00      .00         .00   6110.00    5866.85    760.55  371.32    86.84       .00    4628.14 957025094 26
              29#       11.00 31#      103.50 32#      6.45 40#     122.20 59        20.00
B 43.50  40.25 174.00   .00  6110.00    .00      .00         .00   6322.91    6079.76    820.17  384.52    89.93       .00    4552.23 957218179 30
              67        212.91
              29#       11.00 31#      103.50 32#      6.45 40#     122.20 59        20.00

A 61 735559                                              6335.00
B 43.50  40.25 101.75   .00  3704.52  72.25  2630.48         .00   6772.91    6520.76    943.65  412.43    96.45       .00    4835.32 957408850 35
              38        225.00 67      212.91
              29#       11.00 31#      103.50 32#      6.45 40#     131.20 59        20.00
B 43.50  40.25 174.00   .00  6335.00    .00      .00         .00   6547.91    6300.26    881.91  398.47    93.19       .00    4693.78 957583695 39
              67        212.91
              29#       11.00 31#      103.50 32#      6.45 40#     126.70 59        20.00
B 43.50  40.25 174.00   .00  6335.00    .00      .00         .00   6547.91    6110.21    828.69     .00    93.19       .00    4955.42 957785999 44
              67        212.91
              29#       11.00 31#      103.50 32#      6.45 40#     316.75 59        20.00
B 43.50  40.25    .00   .00      .00    .00      .00         .00  18981.00   18234.00   5105.52  555.30   275.23       .00   12297.95 957739462 44
              84      18981.00
              40#       747.00
B 43.50  40.25 174.00   .00  6335.00    .00      .00         .00   6547.91    6110.21    828.69     .00    93.19       .00    4955.42 957980708 48
              67        212.91
              29#       11.00 31#      103.50 32#      6.45 40#     316.75 59        20.00
B 43.50  40.25 174.00   .00  6335.00    .00      .00         .00   6547.91    6110.21    828.69     .00    93.19       .00    4955.42 958159183 52
              67        212.91
              29#       11.00 31#      103.50 32#      6.45 40#     316.75 59        20.00
B 43.50  40.25    .00   .00      .00    .00      .00         .00     50.00      47.50     13.30     .00      .72       .00      33.48 910427972 52
              72         50.00
              40#         2.50

B* YTD       1935.7   0.0 69005.32 144.25  5158.76  0     0.00  96206.79   90714.01 14813.92 4054.80 1373.95     0.00    68953.88
C*                66      1228.33 22    8    280.92 67     1277.46 38        225.00 84     18981.00 72        50.00
D*                29#      132.00 31#      1242.00 32#      77.40 40#       2813.05 59       240.00
```

JW/WG 029579

```
A SOC SEC #      NAME                POS  DATE DIS  LOC  EST FREQ  RATE    MAR SX FD ST   SCHD    ST-DTE CD SP-DTE TRN-DTE MGRCO PS INS          01/10/99
B 12AVG  52AVG REG-HR OT HRS  REG-OTS  VAC HR  VAC-$   SK-HR  SICK$  GROSS-$     ADJ-GROSS      FIT       FICA    MDCARE      STATE      NET PAY  CHECK #  WK#
C OTHER EARNINGS    CD HRS   AMOUNT   CD HRS   AMOUNT   CD HRS   AMOUNT   CD HRS   AMOUNT   CD HRS   AMOUNT   CD HRS   AMOUNT   CD HRS   AMOUNT   CD HRS   AMOUNT
D OTHER DEDUCTIONS CD         AMOUNT   CD        AMOUNT   CD        AMOUNT   CD        AMOUNT   CD        AMOUNT   CD        AMOUNT   CD        AMOUNT   CD        AMOUNT

A [illegible]61 735559 M W PARKER    PS   9503 075 75116 0131 90   6335.00  M  M  05    174.00 031084 01 031084              P  A 23
B 43.50  40.25 158.00    .00  5752.47  16.00   582.53          .00    6335.00     6087.35    802.37  385.27     90.10       .00     4789.61 958389065  5
D                29#        11.00 31#        103.50 32#      6.45 40#        126.70 59        20.00

A [illegible]61 735559                                                                               00 000000
B 43.50  40.25 174.00    .00  6335.00    .00      .00          .00    6335.00     6087.35    802.37  385.27     90.11       .00     4789.60 958571581  9
D                29#        11.00 31#        103.50 32#      6.45 40#        126.70 59        20.00
B 43.50  40.25 174.00    .00  6335.00    .00      .00          .00    8070.92     6087.35    802.37  492.90    115.27       .00     4656.81 958785923 13
                 66       1735.92
                 29#        11.00 31#        103.50 32#      6.45 40#        126.70 59        20.00
B 43.50  40.25 174.00    .00  6335.00    .00      .00          .00    6335.00     6087.35    802.37  385.27     90.11       .00     4789.60 958968879 18
                 29#        11.00 31#        103.50 32#      6.45 40#        126.70 59        20.00
B 43.50  40.25 158.00    .00  5752.48   8.00   291.26          .00    6335.00     6087.35    802.37  385.27     90.10       .00     4789.61 959158496 22
                 22   8    291.26
                 29#        11.00 31#        103.50 32#      6.45 40#        126.70 59        20.00
B 43.50  40.25 166.00    .00  6043.74   8.00   291.26          .00    6335.00     6087.35    802.37  385.27     90.10       .00     4789.61 959357356 26
                 29#        11.00 31#        103.50 32#      6.45 40#        126.70 59        20.00

A [illegible]61 735559                                         6560.00
B 43.50  40.25 174.00    .00  6560.00    .00      .00          .00    6737.12     6484.97    913.71  410.21     95.94       .00     4867.99 959576253 31
                 67        177.12
                 29#        11.00 31#        103.50 32#      6.45 40#        131.20 59        20.00
B 43.50  40.25 142.00    .00  5353.57  32.00  1206.43          .00    6737.12     6484.97    913.71  410.20     95.93       .00     4868.01 959763255 35
                 67        177.12
                 29#        11.00 31#        103.50 32#      6.45 40#        131.20 59        20.00
B 43.50  40.25 174.00    .00  6560.00    .00      .00          .00    6737.12     6484.97    913.71  410.20     95.94       .00     4868.00 950119167 39
                 67        177.12
                 29#        11.00 31#        103.50 32#      6.45 40#        131.20 59        20.00
B 43.50  40.25 174.00    .00  6560.00    .00      .00          .00    6737.12     6284.17    857.48     .00     95.87       .00     5133.70 950310229 44
                 67        177.12
                 29#        11.00 31#        107.50 32#      6.45 40#        328.00 59        20.00
B 43.50  40.25    .00    .00      .00    .00      .00          .00   16313.00    15728.65   4404.02  590.94    236.54       .00    10497.15 950261463 44
                 84      16313.00
                 40#        584.35
D
B 43.50  40.25 142.00    .00  5353.57  32.00  1206.43          .00    6737.12     6284.17    857.48     .00     95.88       .00     5133.69 950517337 48
                 67        177.12
                 29#        11.00 31#        107.50 32#      6.45 40#        328.00 59        20.00
B 43.50  40.25 166.00    .00  6258.39   8.00   301.61          .00    6737.12     6284.17    857.48     .00     95.88       .00     5133.69 950716441 52
                 67        177.12
                 29#        11.00 31#        107.50 32#      6.45 40#        328.00 59        20.00
B 43.50  40.25    .00    .00      .00    .00      .00          .00      50.00       47.50     13.30     .00       .72       .00       33.48 910508034 52
                 72         50.00
                 40#         2.50

B*  YTD        1976.0    0.0 73199.22 104.00  3879.52   0      0.00   96531.64    90607.67 14545.11 4240.80  1378.49      0.00    69140.55
C*               66        1735.92 22    8    291.26 67     1062.72 84      16313.00 72          50.00
D*               29#        132.00 31#       1254.00 32#      77.40 40#       2724.65 59         240.00
```

JW/WG 029580

```
  SOC SEC #      NAME                     POS  DATE DIS  LOC  EST FREQ  RATE    MAR SX FD ST  SCHD   ST-DTE CD SP-DTE TRN-DTE MGRCO PS  INS    B-DATE  01/10/00
  12AVG  52AVG REG-HR OT HRS  REG-OT$  VAC HR  VAC-$  SK-HR  SICK$  GROSS-$    ADJ-GROSS    FIT      FICA    MDCARE     STATE      NET PAY  CHECK #  WK#
 OTHER EARNINGS   CD HRS  AMOUNT  CD HRS  AMOUNT  CD HRS  AMOUNT  CD HRS  AMOUNT  CD HRS  AMOUNT  CD HRS  AMOUNT  CD HRS  AMOUNT  CD HRS  AMOUNT
 OTHER DEDUCTIONS CD      AMOUNT  CD      AMOUNT  CD      AMOUNT  CD      AMOUNT  CD      AMOUNT  CD      AMOUNT  CD      AMOUNT  CD      AMOUNT
 261 735559 M W PARKER            PS   9503 075 75116 0131 90  6560.00  M  M  05    174.00 031084 01 031084            P  A 23  050263
 43.50  40.25 166.00   .00  6258.39   8.00   301.61          .00   6560.00   6303.85   849.04  398.97   93.31    .00   4942.53 950961774  4
                 29#       11.00 31#     107.50 32#        6.45 40#     131.20 59     20.00

 261 735559                                                                                  00 000000
 43.50  40.25 174.00   .00  6560.00    .00     .00            .00   6560.00   6303.85   849.04  398.98   93.31    .00   4942.52 951165253  8
                 29#       11.00 31#     107.50 32#        6.45 40#     131.20 59     20.00
 43.50  40.25 174.00   .00  6560.00    .00     .00            .00   8477.81   6303.85   849.04  517.87  121.11    .00   4795.83 951398469 12
                 66      1917.81
                 29#       11.00 31#     107.50 32#        6.45 40#     131.20 59     20.00
 43.50  40.25 142.00   .00  5353.57  24.00   904.82           .00   6560.00   6303.85   849.04  398.98   93.31    .00   4942.52 951604336 17
                 22   8   301.61
                 29#       11.00 31#     107.50 32#        6.45 40#     131.20 59     20.00
 43.50  40.25 150.00   .00  5655.18  24.00   904.82           .00   6560.00   6303.85   849.04  398.97   93.31    .00   4942.53 951825835 21
                 29#       11.00 31#     107.50 32#        6.45 40#     131.20 59     20.00
 43.50  40.25 174.00   .00  6560.00    .00     .00            .00   6560.00   6303.85   849.04  398.97   93.31    .00   4942.53 952032743 25
                 29#       11.00 31#     107.50 32#        6.45 40#     131.20 59     20.00
 43.50  40.25 174.00   .00  6560.00    .00     .00            .00   6737.12   6480.97   898.63  409.96   95.87    .00   4879.39 952292319D30
                 67       177.12
                 29#       11.00 31#     107.50 32#        6.45 40#     131.20 59     20.00

 261 735559                                                 6800.00
 43.50  40.25 142.00   .00  5549.44  32.00  1250.56           .00   7217.12   6951.37  1030.34  439.71  102.84    .00   5181.36 952481801D34
                 38       240.00 67      177.12
                 29#       11.00 31#     107.50 32#        6.45 40#     140.80 59     20.00
 43.50  40.25 174.00   .00  6800.00    .00     .00            .00   6977.12   6707.17   961.97  424.28   99.23    .00   5024.57 952750869D39
                 67       177.12
                 29#       11.50 31#     116.00 32#        6.45 40#     136.00 59     20.00
 43.50  40.25 174.00   .00  6800.00    .00     .00            .00   6977.12   6503.17   904.85     .00   99.22    .00   5301.98 952981977D44
                 67       177.12
                 29#       11.50 31#     116.00 32#        6.45 40#     340.00 59     20.00
 43.50  40.25    .00   .00      .00    .00     .00            .00  17996.00  17391.40  4869.59  714.51  260.94    .00  11546.36 952966173 44
                 84     17996.00
                 40#      604.60
 43.50  40.25 166.00   .00  6487.36    .00     .00   8   312.64   6977.12   6503.17   904.85     .00   99.23    .00   5301.97 953199726D48
                 67       177.12
                 29#       11.50 31#     116.00 32#        6.45 40#     340.00 59     20.00
 43.50  40.25 158.00   .00  6174.72  16.00   625.28           .00   6977.12   6503.17   904.85     .00   99.23    .00   5301.97 953454409D52
                 67       177.12
                 29#       11.50 31#     116.00 32#        6.45 40#     340.00 59     20.00
 43.50  40.25    .00   .00      .00    .00     .00            .00    100.00     95.00    26.60     .00    1.45    .00     66.95 910597575 52
                 72       100.00
                 40#        5.00

 YTD          1968.0   0.0 75318.66 104.00  3987.09  8   312.64 101236.53  94958.52 15595.92 4501.20 1445.67   0.00   72113.01
                 66      1917.81 22   8   301.61 67      1062.72 38      240.00 84    17996.00 72     100.00
                 29#      134.00 31#    1324.00 32#        77.40 40#    2824.80 59      240.00
```

JW/WG 02[illegible]

```
SOC SEC #|     NAME              |POS  DATE|DIS| LOC |ESI|FREQ| RATE  |MAR|SX|FD|ST| SCHD |ST-DTE|CD SP-DTE|
12AVG  52AVG|REG HR|OT HRS| REG-OT$| VAC HR  VAC $ |SK-HR  SICK$| GROSS-$  | ADJ-GROSS|   FIT   |  FICA | MDCARE |  STATE  |  NET PAY |CHECK # |WK#|
OTHER EARNINGS  |CD HRS  AMOUNT |CD HRS  AMOUNT |CD HRS  AMOUNT |CD HRS  AMOUNT |CD HRS  AMOUNT |CD HRS  AMOUNT |CD HRS  AMOUNT |CD HRS  AMOUNT |  |
OTHER DEDUCTIONS|CD     AMOUNT |CD     AMOUNT |CD     AMOUNT |CD     AMOUNT |CD     AMOUNT |CD     AMOUNT |CD     AMOUNT |CD     AMOUNT |  |

61 735559 M W PARKER          PS   9503 075 75116 0131 90  6800.00  M  M  05    174.00 031084 01 031084            P  A 23  050263
43.50  40.25 174.00   .00  6800.00   .00     .00       .00   6800.00   6530.05   896.79  413.30   96.66     .00   5103.30 953703912D 4
            29#          11.50 31#      116.00 32#      6.45 40#     136.00 59      20.00

61 735559                                                                              00 000000
43.50  40.25 174.00   .00  6800.00   .00     .00       .00   6800.00   6530.05   896.79  413.29   96.66     .00   5103.31 953929429D 8
            29#          11.50 31#      116.00 32#      6.45 40#     136.00 59      20.00
43.50  40.25 174.00   .00  6800.00   00      .00       .00   8768.14   6530.05   896.79  535.32  125.19     .00   4952.75 954190607D13
            66         1968.14
            29#          11.50 31#      116.00 32#      6.45 40#     136.00 59      20.00
43.50  40.25 174.00   .00  6800.00   .00     .00       .00   6800.00   6530.05   896.79  413.30   96.66     .00   5103.30 954419737D17
            29#          11.50 31#      116.00 32#      6.45 40#     136.00 59      20.00
43.50  40.25 125.75   .00  4914.39  40.25  1572.97     .00   6800.00   6530.05   896.79  413.29   96.66     .00   5103.31 954669602D21
            22  8       312.64
            29#          11.50 31#      116.00 32#      6.45 40#     136.00 59      20.00

YTD          821.7    0 0 32114.39  40.25  1572.97  0    0.00  35968.14   32650.25  4483.95 2168.50  511.83   0.00  25365.97
            66          1968.14 22   8     312.64
            29#             57.50 31#       580.00 32#        32.25 40#       680.00 59       100.00
```

JW/WG 029582

BERNARD F. PETTINGILL JR., PH.D.
CONSULTING ECONOMIST

#1 Carlisle Court • PGA National • Palm Beach Gardens, FL 33418
(561) 622-0330 • (800) 662-0330 • Fax (561) 624-2854
E-mail: biffpett@pop.gate.net
Website: www.bpettingill.com

December 7, 2000

Kelsay D. Patterson, Esq.
Attorney at Law
Michael M. Tobin, P.A.
1099 Ponce De Leon Blvd.
Coral Gables, FL 33134-3319

**Williams, et al v. Walgreens Company:**

**Dear Mr. Patterson:**

At your request, I am attempting to calculate the back pay and front pay losses to the claimants in the above captioned case. However, the records which have been provided by defendants to date are, at best, jumbled, inconsistent, incomplete, and will take many hours to dissect in order to determine the alleged losses by the eight pharmacists mentioned in the Complaint.

Therefore, **I request an extension of time to complete my preliminary analysis**. I expect that by Wednesday of the following week, i.e. December 13, 2000, I will be able to provide the court with a preliminary copy of my findings regarding front pay damages only. Officially, I would like to request individual cancelled checks for the eight claimants plus documentation regarding the 20 supervisors statewide, employed for the Walgreens Company.

Please notify me at once regarding this request; I have scheduling problems today and tomorrow with respect to subpoenas for depositions. There are two scheduled for today and one deposition for tomorrow. Please contact my office and leave a message with my secretary.

Dictated, not read by: Bernard F. Pettingill, Jr., Ph.D.
Economic Consultant

BFP/rrs

EXHIBIT 3