00-6151.o2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6151 CIV HUCK



JOYCE WILLIAMS, individually;
MICHAEL FERGUSON, individually;
JOSEPH PATRICK McMULLEN,
individually; DELORES OKONMAH,
individually; etc., et al..

    Plaintiff,

vs.

WALGREEN COMPANY,

    Defendant.
_____/

## ORDER GRANTING MOTION FOR EXTENSION OF TIME

**This matter** is before this Court on Plaintiffs' Motion for Leave to Serve Interrogatory Response, filed December 11, 2000. The Court having considered the motion, defendant's response and being otherwise fully advised in the premises, it is therefore **ORDERED AND ADJUDGED** that said motion be and the same is hereby **GRANTED**, nunc pro tunc through and including December 14, 2000.

**DONE AND ORDERED** this 19th day of December, 2000, at Miami, Florida.

STEPHEN T. BROWN
U.S. MAGISTRATE JUDGE

cc:    Honorable Paul C. Huck
       Brian Lerner, Esq.
       Kelsay D. Patterson, Esq.