UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6151-CIV-HUCK
Magistrate Judge Brown

JOYCE WILLIAMS, et al.,

    Plaintiffs,

vs.

WALGREEN COMPANY,

    Defendant.
_____/

FILED by _____ D.C.
DEC 21 2000
CLARENCE MADDOX
CLRK. U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## ORDER OF REFERENCE

PURSUANT to 28 U.S.C. § 636, the following is referred to United States Magistrate Judge Stephen T. Brown:

**Defendant's Motion to Strike and/or Dismiss Plaintiff's Claims for Failure to Comply with the Court's November 2, 2000 Order.**

It is the responsibility of the parties in this case to note on all materials necessary to the resolution of the referred matter the name of Magistrate Judge Brown on the case number caption (CASE NO.: ___-___-CIV-HUCK-BROWN), and to direct a courtesy copy of all necessary materials to his chambers.

December 20, 2000

PAUL C. HUCK
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Magistrate Judge Brown
Kelsay D. Patterson, Esq.
Heather L. Gatley, Esq.