UNITED STATED DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO: 00-6151-CIV- HUCK/Brown

JOYCE WILLIAMS, individually;
MICHAEL FERGUSON, individually;
JOSEPH PATRICK McMULLEN,
individually; DELORES OKONMAH,
individually; BERNICE SHORTER-
MEARES, individually;
CONSTANCE ECHEBIRI, individually;
MIA DAWN TAYLOR, individually;
and CARMITA McMULLEN, individually,

        Plaintiffs,

v.

WALGREEN COMPANY,

        Defendant.
_____/

## NOTICE OF COMPLIANCE

Plaintiffs, by and through undersigned counsel, file the above entitled pleading and states as follows:

Plaintiffs moved this Honorable Court for an extension to answer an interrogatory propounded by the Defendant regarding damages. The Plaintiffs have complied with the Court's Order of December 19, 2000 granting their motion.

1

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 26th day of December, 2000, to: Heather L. Gatley, Esq., Steel Hector & Davis LLP, Attorneys for Defendant, 200 South Biscayne Blvd., 40th Floor, Miami, Florida 33131-2398.

                                                          MICHAEL M. TOBIN, P.A.
                                                          Attorneys for Plaintiffs
                                                          1099 Ponce De Leon Blvd.
                                                          Coral Gables, Florida 33134-3319
                                                          Tel:   305-445-5475
                                                          Fax:  305-445-5479

                                                          BY: _____
                                                              Kelsay D. Patterson
                                                              Fla. Bar No. 119784