UNITED STATED DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO: 00-6151-CIV-HUCK/Brown

JOYCE WILLIAMS, individually;
MICHAEL FERGUSON, individually;
JOSEPH PATRICK McMULLEN,
individually; DELORES OKONMAH,
individually; BERNICE SHORTER-
MEARES, individually;
CONSTANCE ECHEBIRI, individually;
MIA DAWN TAYLOR, individually;
and CARMITA McMULLEN, individually,



      Plaintiffs,

v.

WALGREEN COMPANY,

      Defendant.
_____/

### PLAINTIFFS' MOTION FOR IN-CAMERA INSPECTION

Plaintiffs, by and through undersigned counsel file the above entitled pleading and as grounds states as follows:

1. Contained within the Plaintiffs Initial Interrogatories to Defendant was paragraph number 12 which reads as follows:

> *Identify all documents in the custody, possession of the Defendant, or that have ever been requested by the Defendant between the time period of January 1, 1995 through January 1, 2000 that constitute a market research, and/or demographics research, survey, or study of the Defendant's Florida pharmacy work force.*

The Defendant responded with the following answer:

> *Subject to, but without waiving, Walgreens' prior objections to this interrogatory, and in accordance with this Court's Order dated September 27, 2000, Walgreens*

**NON-COMPLIANCE OF S.D. fla. L.R. 7.1.A.Y**

*states that the following documents may "constitutes a market research, and/or demographics research survey, or study" of Walgreens pharmacy work force in the relevant districts where Plaintiffs worked: District work force analysis for Ft. Lauderdale South District for 1999-2000; District work force analysis for Miami North District for 1995-2000; District work force analysis for Miami South District for 1995-2000; District work force analysis for Orlando South for 1995-2000; District work force analysis for Tampa East for 1995-2000; District work force analysis for Tampa North for 1995-2000; District work force analysis for Tampa West for 1995-2000. Walgreens will produce for inspection and copying the hard copies of the district work force analysis for 1998-2000. Information for the district work force analysis for 1995-1997 were originally entered into a computer data base, have been reprinted, and will be produced for inspection and copying. Any other documents responsive to this interrogatory will not be produced based on the attorney/client and self evaluation privileges. In accordance with F.R.C.P. 26 (b) 5 and Southern District of Florida Local Rule 26.1 (g) 6 (b) Walgreens has attached a privilege log.*

**SYSTEMIC DISCRIMINATION: A Pattern of Illegal Motivation**

Motive can be proved through statistics. <u>International Brotherhood of Teamsters v. United States,</u> 431 U.S. 324, 97 S. Ct. 1843 (Sup. Ct. 1977). The Plaintiff in *Teamsters* demonstrated that in some geographical areas where blacks constituted over 30% of the population, the employer had virtually no minority workers. In the more desirable job of "line driver" 0.4% were Black and 0.3% were Hispanic. Relying on the Title VII proviso which prohibits "preferential treatment" based "solely" on a racial imbalance (42 U.S.C. Section 2000 E-2 j), Defendant argued that such comparative data could not establish Title VII liability. The Court held, however, that judicial reliance on comparative data did not require an employer to grant preferential treatment. The data was not the basis for liability, but merely provided evidence of **illegal motivation.** Moreover, the Plaintiffs presented specific examples of disparate treatment of minority workers, so liability was not premised "solely" on the basis of a racial imbalance.

The Plaintiffs in their interrogatory responses have elaborated on many areas of their employment showing specific examples of disparate treatment of them individually and collectively as black pharmacists. Some of those examples include a failure to train black pharmacists, discriminatory discipline of the black pharmacists, a failure to hire a single black pharmacist as a pharmacy supervisor despite 17% of the Defendant's pharmacy work force being comprised of blacks, and a host of subjective promotion disparities. If the Defendant has market research and/or surveys and/or studies of its customer and/or work force population in the Florida market area this information is discoverable. Attached as Plaintiffs' **Exhibit 1** is the Defendant's Privilege Log.

## CONCLUSION

The Plaintiff respectfully ask that this Court to perform an *in-camera* inspection of these documents contained in the privilege log to ascertain whether numerical and statistical information has been gathered by the Defendant that reflects the composition of its customer base and/or its work force base in the Florida market area. If so, the Plaintiffs intend to use said information in accordance with the above cited U.S. Supreme Court case as further evidence of illegal motivation.

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 26th day of December, 2000, to: Heather L. Gatley, Esq., Steel Hector & Davis LLP, Attorneys for Defendant, 200 South Biscayne Blvd., 40th Floor, Miami, Florida 33131-2398.

**MICHAEL M. TOBIN, P.A.**

Attorneys for Plaintiffs
1099 Ponce De Leon Blvd.
Coral Gables, Florida 33134-3319
Tel:  305-445-5475
Fax:  305-445-5479

BY: *Kelsay D. Patterson*
    Kelsay D. Patterson
    Fla. Bar No. 119784

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6151-Civ-Huck/Brown

JOYCE WILLIAMS, individually;
MICHAEL FERGUSON, individually;
JOSEPH PATRICK MCMULLEN,
individually; DELORES OKONMAH,
individually; BERNICE SHORTER-
MEARES, individually; CONSTANCE
ECHEBIRI, individually; MIA DAWN
TAYLOR, individually; CARMITA
MCMULLEN, individually;

    Plaintiffs,

vs.

WALGREEN COMPANY,

    Defendant.
_____/

### DEFENDANT WALGREEN COMPANY'S PRIVILEGE LOG

Pursuant to Fed. R. Civ. P. 26(b)(5) and S.D. Fla. L.R. 26.1(G)(6)(b), Walgreen Co. ("Walgreens") is withholding from production the following documents due to the privileges asserted below. The basis for Walgreens' claim of privilege is articulated more fully in the chart below. The following codes are used A/C = attorney/client privilege pursuant to Fla. Stat. § 90.502 SEP = self-evaluation privilege asserted pursuant to Fed. R. Civ. P. 26(b)(3).

**EXHIBIT 1**

STEEL HECTOR & DAVIS LLP

| Number | Privilege | Type of Document | General Subject Matter of Document | Date of Document |
|---|---|---|---|---|
| 1 | A/C and SEP | Report | Analysis of workforce underutilization for the Miami North District for 1994 | 1994 |
| 2 | A/C and SEP | Report | Analysis of workforce underutilization for the Miami South District for 1994 | 1994 |
| 3 | A/C and SEP | Report | Analysis of workforce underutilization for the Orlando South District for 1994 | 1994 |
| 4 | A/C and SEP | Report | Analysis of workforce underutilization for the Tampa East District for 1994 | 1994 |
| 5 | A/C and SEP | Report | Analysis of workforce underutilization for the Tampa North District for 1994 | 1994 |
| 6 | A/C and SEP | Report | Analysis of workforce underutilization for the Tampa West District for 1994 | 1994 |
| 7 | A/C and SEP | Report | Analysis of workforce underutilization for the Miami North District for 1995 | 1995 |
| 8 | A/C and SEP | Report | Analysis of workforce underutilization for the Miami South District for 1995 | 1995 |

STEEL HECTOR & DAVIS LLP

| Number | Privilege | Type of Document | General Subject Matter of Document | Date of Document |
|---|---|---|---|---|
| 9 | A/C and SEP | Report | Analysis of workforce underutilization for the Orlando South District for 1995 | 1995 |
| 10 | A/C and SEP | Report | Analysis of workforce underutilization for the Tampa East District for 1995 | 1995 |
| 11 | A/C and SEP | Report | Analysis of workforce underutilization for the Tampa North District for 1995 | 1995 |
| 12 | A/C and SEP | Report | Analysis of workforce underutilization for the Tampa West District for 1995 | 1995 |
| 13 | A/C and SEP | Report | Analysis of workforce underutilization for the Miami North District for 1996 | 1996 |
| 14 | A/C and SEP | Report | Analysis of workforce underutilization for the Miami South District for 1996 | 1996 |
| 15 | A/C and SEP | Report | Analysis of workforce underutilization for the Orlando South District for 1996 | 1996 |
| 16 | A/C and SEP | Report | Analysis of workforce underutilization for the Tampa East District for 1996 | 1996 |

3

| Number | Privilege | Type of Document | General Subject Matter of Document | Date of Document |
|---|---|---|---|---|
| 17 | A/C and SEP | Report | Analysis of workforce underutilization for the Tampa North District for 1996 | 1996 |
| 18 | A/C and SEP | Report | Analysis of workforce underutilization for the Tampa West District for 1996 | 1996 |
| 19 | A/C and SEP | Report | Analysis of workforce underutilization for the Miami North District for 1997 | 1997 |
| 20 | A/C and SEP | Report | Analysis of workforce underutilization for the Miami South District for 1997 | 1997 |
| 21 | A/C and SEP | Report | Analysis of workforce underutilization for the Orlando South District for 1997 | 1997 |
| 22 | A/C and SEP | Report | Analysis of workforce underutilization for the Tampa East District for 1997 | 1997 |
| 23 | A/C and SEP | Report | Analysis of workforce underutilization for the Tampa North District for 1997 | 1997 |
| 24 | A/C and SEP | Report | Analysis of workforce underutilization for the Tampa West District for 1997 | 1997 |

4

| Number | Privilege | Type of Document | General Subject Matter of Document | Date of Document |
|--------|-----------|------------------|------------------------------------|------------------|
| 25 | A/C and SEP | Report | Analysis of workforce underutilization for the Miami North District for 1998 | 1998 |
| 26 | A/C and SEP | Report | Analysis of workforce underutilization for the Miami South District for 1998 | 1998 |
| 27 | A/C and SEP | Report | Analysis of workforce underutilization for the Orlando South District for 1998 | 1998 |
| 28 | A/C and SEP | Report | Analysis of workforce underutilization for the Tampa East District for 1998 | 1998 |
| 29 | A/C and SEP | Report | Analysis of workforce underutilization for the Tampa North District for 1998 | 1998 |
| 30 | A/C and SEP | Report | Analysis of workforce underutilization for the Tampa West District for 1998 | 1998 |
| 31 | A/C and SEP | Report | Analysis of workforce underutilization for the Ft. Lauderdale South District for 1999 | 1999 |
| 32 | A/C and SEP | Report | Analysis of workforce underutilization for the Miami North District for 1999 | 1999 |

STEEL HECTOR & DAVIS LLP

| Number | Privilege | Type of Document | General Subject Matter of Document | Date of Document |
|---|---|---|---|---|
| 33 | A/C and SEP | Report | Analysis of workforce underutilization for the Miami South District for 1999 | 1999 |
| 34 | A/C and SEP | Report | Analysis of workforce underutilization for the Orlando South District for 1999 | 1999 |
| 35 | A/C and SEP | Report | Analysis of workforce underutilization for the Tampa East District for 1999 | 1999 |
| 36 | A/C and SEP | Report | Analysis of workforce underutilization for the Tampa North District for 1999 | 1999 |
| 37 | A/C and SEP | Report | Analysis of workforce underutilization for the Tampa West District for 1999 | 1999 |
| 38 | A/C and SEP | Report | Analysis of workforce underutilization for the Ft. Lauderdale South District for 2000 | 2000 |
| 39 | A/C and SEP | Report | Analysis of workforce underutilization for the Miami North District for 2000 | 2000 |
| 40 | A/C and SEP | Report | Analysis of workforce underutilization for the Miami South District for 2000 | 2000 |

STEEL HECTOR & DAVIS LLP

| Number | Privilege | Type of Document | General Subject Matter of Document | Date of Document |
|---|---|---|---|---|
| 41 | A/C and SEP | Report | Analysis of workforce underutilization for the Orlando South District for 2000 | 2000 |
| 42 | A/C and SEP | Report | Analysis of workforce underutilization for the Tampa East District for 2000 | 2000 |
| 43 | A/C and SEP | Report | Analysis of workforce underutilization for the Tampa North District for 2000 | 2000 |
| 44 | A/C and SEP | Report | Analysis of workforce underutilization for the Tampa West District for 2000 | 2000 |

Respectfully submitted,

STEEL HECTOR & DAVIS LLP
Attorneys for Defendant Walgreen Co.
200 South Biscayne Boulevard
Miami, Florida 33131-2398
(305) 577-7000 Telephone
(305) 577-7001 Telecopier

By: _____
Edwin G. Torres
Florida Bar No. 911569
Heather L. Gatley
Florida Bar No. 0050482
Brian L. Lerner
Florida Bar No. 0177202

7

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 17th day of October, 2000, to:

Kelsay D. Patterson, Esq.
Law Offices of Michael M. Tobin, P.A.
1099 Ponce De Leon Blvd.
Coral Gables, Florida 33134-3319

By: _____
Brian L. Lerner

MIA_1998/623440-1