UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6151-CIV-HUCK
Magistrate Judge Brown

JOYCE WILLIAMS, et al.,

    Plaintiffs,

vs.

WALGREEN COMPANY,

    Defendant.
_____/

## ORDER OVERRULING PLAINTIFF'S OBJECTION TO MAGISTRATE'S ORDER OF NOVEMBER 2, 2000

This cause is before the Court on Plaintiffs' Notice of Objection to Magistrate's Order of November 2, 2000. Plaintiffs have not demonstrated that the Magistrate Judge's Order of November 2, 2000 was clearly erroneous or contrary to law. Indeed, the disclosure ordered by the Magistrate Judge is not only within the Court's discretion, but is also wholly appropriate. Therefore, Plaintiffs' Objection to the Magistrate's Order of November 2, 2000 is hereby overruled.

PAUL C. HUCK
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Magistrate Judge Brown
Kelsay D. Patterson
Heather L. Gatley