UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6151-CIV-HUCK-BROWN

JOYCE WILLIAMS, et al.,

    Plaintiffs,

vs.

WALGREEN COMPANY,

    Defendant.
_____/



FILED by C R  D.C.
JAN 0 2 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S. D. OF FLA.

    This matter is before the Court *sua sponte*. The seven (7) plaintiffs in this matter have joined individual discrimination claims against defendant, their common employer. Plaintiffs are all professional pharmacists whose claimed damages will vary depending on their past and present employment and benefits packages. Therefore, the Court questions whether it is practical to try these claims together, or whether the cases should be severed. It is, therefore,

    ORDERED AND ADJUDGED that the parties shall brief the joinder/severance issue pursuant to the following briefing schedule. Plaintiffs' initial brief and defendant's response shall not exceed five (5) pages. Plaintiff's reply shall not exceed three (3) pages. The briefs are due on or before the following dates:

1. Plaintiffs' initial brief:    January 15, 2001.
2. Defendant's response:    January 22, 2001.
3. Plaintiff's reply:    January 29, 2001.

DONE AND ORDERED this 29th day of December, 2001.

                              PAUL C. HUCK
                              UNITED STATES DISTRICT JUDGE

Copies furnished to:
Kelsay Patterson
Heather Gatley