00-6151.o3

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6151 CIV HUCK

JOYCE WILLIAMS, individually;
MICHAEL FERGUSON, individually;
JOSEPH PATRICK McMULLEN,
individually; DELORES OKONMAH,
individually; etc., et al..

    Plaintiff,

vs.

WALGREEN COMPANY,

    Defendant.
_____/



## ORDER DENYING MOTION FOR IN-CAMERA INSPECTION

**This matter** is before this Court on Plaintiffs' Motion for In-Camera Inspection, filed December 29, 2000. The Court having considered the motion and being otherwise fully advised in the premises, it is therefore **ORDERED AND ADJUDGED** that said motion be and the same is hereby **DENIED**.

There is no showing to support the need for an in-camera inspection, and, even if one were conducted and the materials "[reflect] the composition of its customer base and/or its work base in the Florida market area ..." (page 3 of the motion), there is nothing in the motion to overcome the



claims of privilege.

**DONE AND ORDERED** this 10th day of January, 2001, at Miami, Florida.

STEPHEN T. BROWN
U.S. MAGISTRATE JUDGE

cc: Honorable Paul C. Huck
Brian Lerner, Esq.
Kelsay D. Patterson, Esq.