UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6151-Civ-Huck/Brown

JOYCE WILLIAMS, individually;
MICHAEL FERGUSON, individually;
JOSEPH PATRICK MCMULLEN,
individually; DELORES OKONMAH,
individually; BERNICE SHORTER-
MEARES, individually; CONSTANCE
ECHEBIRI, individually; MIA DAWN
TAYLOR, individually; CARMITA
MCMULLEN, individually;

      Plaintiffs,

vs.

WALGREEN COMPANY,

      Defendant.
_____/



## NOTICE OF TAKING DEPOSITION

TO:   Kelsay D. Patterson, Esq.
      Law Offices of Michael M. Tobin, P.A.
      1099 Ponce De Leon Blvd.
      Coral Gables, Florida 33134-3319

    PLEASE TAKE NOTICE that pursuant to all applicable laws and Rules of Civil Procedure, the undersigned attorneys will take the deposition of:

| NAME | DATE AND TIME | PLACE |
|---|---|---|
| Mia Dawn Taylor | Monday, January 29, 2001, @ 10:00 a.m. | STEEL HECTOR & DAVIS LLP<br>200 South Biscayne Boulevard<br>Miami, Florida 33131-2398 |



STEEL HECTOR & DAVIS LLP

| Bernice Shorter-Meares | Tuesday, January 30, 2001, @ 12:00 p.m. | STEEL HECTOR & DAVIS LLP 200 South Biscayne Boulevard Miami, Florida 33131-2398 |
|---|---|---|
| Joseph Patrick McMullen | Wednesday, January 31, 2001, @ 10:00 a.m. | STEEL HECTOR & DAVIS LLP 200 South Biscayne Boulevard Miami, Florida 33131-2398 |
| Carmita McMullen | Thursday, February 1, 2001, @ 10:00 a.m. | STEEL HECTOR & DAVIS LLP 200 South Biscayne Boulevard Miami, Florida 33131-2398 |
| Delores Okonmah | Thursday, February 8, 2001, @ 10:00 a.m. | STEEL HECTOR & DAVIS LLP 200 South Biscayne Boulevard Miami, Florida 33131-2398 |
| Constance Echebiri | Wednesday, February 14, 2001, @ 10:00 a.m. | STEEL HECTOR & DAVIS LLP 200 South Biscayne Boulevard Miami, Florida 33131-2398 |
| Joyce Williams | Thursday, February 15, 2001, @ 10:00 a.m. | STEEL HECTOR & DAVIS LLP 200 South Biscayne Boulevard Miami, Florida 33131-2398 |
| Michael Ferguson | Friday, February 16, 2001, @ 10:00 a.m. | STEEL HECTOR & DAVIS LLP 200 South Biscayne Boulevard Miami, Florida 33131-2398 |

upon oral examination before Rosenfeld & Fieger, Notary Public, or any other notary public or officer authorized by law to take depositions.

PLEASE BE GOVERNED ACCORDINGLY.

The oral examination will continue from day to day until completed. The deposition is being taken for any and all purposes permissible by law.

*To show good faith compliance with the Americans With Disabilities Act, individuals who have a disability which may need accommodation should contact the undersigned seven (7) days prior to the deposition.*

Respectfully submitted,

STEEL HECTOR & DAVIS LLP
Attorneys for Defendant Walgreen Co.
200 South Biscayne Boulevard
Miami, Florida 33131-2398
(305) 577-7000 Telephone
(305) 577-7001 Telecopier

By: *[signature]*
Edwin G. Torres
Florida Bar No. 911569
Heather L. Gatley
Florida Bar No. 0050482
Brian L. Lerner
Florida Bar No. 0177202

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was faxed and mailed this 12th day of January, 2001, to:

Kelsay D. Patterson, Esq.
Law Offices of Michael M. Tobin, P.A.
1099 Ponce De Leon Blvd.
Coral Gables, Florida 33134-3319

Kay Rosenfeld/Joanie Fieger (Court Reporters)
Rosenfeld & Fieger
Suite 705, 19 West Flagler Street
Miami, Florida 33130

By: *[signature]*
Brian L. Lerner

MIA_1998/641330-1

STEEL HECTOR & DAVIS LLP