UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6151-Civ-Huck/Brown

JOYCE WILLIAMS, individually;
MICHAEL FERGUSON, individually;
JOSEPH PATRICK MCMULLEN,
individually; DELORES OKONMAH,
individually; BERNICE SHORTER-
MEARES, individually; CONSTANCE
ECHEBIRI, individually; MIA DAWN
TAYLOR, individually; CARMITA
MCMULLEN, individually;

    Plaintiffs,

vs.

WALGREEN COMPANY,

    Defendant.
_____/



### DEFENDANT'S RESPONSE TO PLAINTIFFS' MOTION TO COMPEL REQUEST FOR PRODUCTION

Pursuant to Fed. R. Civ. P. 37 and S.D. Fla. L.R. 7.1 and 26.1, Defendant Walgreen Co. ("Walgreens") files this response to Plaintiffs' motion seeking to compel the production of W-2 forms requesting that the Court deny Plaintiffs' motion as moot.

### ARGUMENT

Following conversations initiated by Walgreens, the parties discussed this motion. During this conversation, Walgreens informed Plaintiffs that the earnings summaries they received contained the exact same information provided on a W-2 form. Plaintiffs, however, articulated, for the first time that they preferred to have actual copies of the W-2 forms, rather than documents prepared by Walgreens.

Although Walgreens believes that the earnings summaries were a less burdensome, equally sufficient document, Walgreens has agreed to physically locate the W-2 forms that Plaintiffs requested. In another conversation with Plaintiffs, Walgreens informed Plaintiffs that such forms, however, would be available from 1994 or 1995 forward and that it would take approximately a week to receive these documents from out-of-state.

Based on this information, Plaintiffs' counsel stated that he would not object. Based on the apparent agreement of the parties, this motion is now moot.

## CONCLUSION

For these reasons, Walgreens respectfully requests this Court deny Plaintiffs' motion as moot.

Respectfully submitted,

STEEL HECTOR & DAVIS LLP
Attorneys for Defendant Walgreen Co.
200 South Biscayne Boulevard
Miami, Florida 33131-2398
(305) 577-7000 Telephone
(305) 577-7001 Telecopier

By: _____
Edwin G. Torres
Florida Bar No. 911569
Heather L. Gatley
Florida Bar No. 0050482
Brian L. Lerner
Florida Bar No. 0177202

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 16th day of January, 2001, to:

Kelsay D. Patterson, Esq.
Law Offices of Michael M. Tobin, P.A.
1099 Ponce De Leon Blvd.
Coral Gables, Florida 33134-3319

By: _____
Brian L. Lerner

MIA_1998/639177-1