00-6151.not

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6151 CIV HUCK

JOYCE WILLIAMS, individually;
MICHAEL FERGUSON, individually;
JOSEPH PATRICK McMULLEN,
individually; DELORES OKONMAH,
individually; etc., et al..

    Plaintiff,

vs.

WALGREEN COMPANY,

    Defendant.
_____/



### NOTICE OF HEARING

**This matter** is before this Court on Defendant's Motion to Strike and/or Dismiss Plaintiffs' Claims for Failure to Comply ..., filed November 20, 2000. The Court has considered the motion, the response, the reply, and all pertinent materials in the file.

The Court being otherwise fully advised in the premises, it is hereby **ORDERED AND ADJUDGED** that the above motion has been set for hearing on **Monday, January 22, 2001, at 11:00 A.M., at the United States District Court, 300 N.E. 1st Ave., Miami, Florida, Courtroom VIII.** Request for continuance of this hearing shall not be considered unless addressed to the Court in the form of a written motion at least three working days before the hearing.

    (a)    Thirty (30) minutes have been scheduled for this hearing. The defendant



shall be prepared to show exactly what is still outstanding and what materials, if any, were produced late as it regards the prior order of the Court. Plaintiffs shall be prepared to respond to same and to explain why, regardless of any prejudice that may or may not have occurred, they have not properly complied with the prior order of the Court.

(b)   In addition to the above, the parties shall be prepared to address whether or not they would be willing to consent to the magistrate judge resolving this/these motions and/or the trial in this case, if needed, by consent. See 28 U.S.C. §636 (c)(1). Counsel shall consult with their respective clients and each other on this matter prior to the hearing. Here are some reasons why the parties may wish to consent:

(1) The parties will have a trial date certain and will not be on a calendar with criminal cases or other civil cases.

(2) If the parties can agree, the trial will be set whenever the parties would like it set.[1]

(3) The undersigned has substantial civil trial experience as an attorney, representing both plaintiffs and defendants.

(4) The parties will save time and money because there will be no Reports & Recommendations, and the time and expense of filing objections will be eliminated.

(5) The parties will still have a right to appeal directly to the Eleventh Circuit.

(c)   All exhibits to be used at this hearing shall be pre-marked and made available to the opposing party at least 48 hours prior to the hearing.

(d)   All caselaw to be argued at this hearing shall be submitted to opposing

---

[1] Subject to conflicts in the Court's calendar.

counsel (citations or copies of cases) at least 24 hours prior to the hearing, unless already contained in written memoranda previously filed in this case.

(e)   No supplemental or additional memoranda or other forms of alleged "written aid" to the Court shall be permitted, without prior approval of the Court, other than demonstrative aids for use at the hearing.

(f)   The parties shall immediately notify this Court of any settlement (of the case or the matters which are the subject of this hearing).

**DONE AND ORDERED** this 16th day of January, 2001, at Miami, Florida.

STEPHEN T. BROWN
U.S. MAGISTRATE JUDGE

cc:   Honorable Paul C. Huck
      Brian Lerner, Esq.
      Kelsay D. Patterson, Esq.