

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 00-6151-CIV- HUCK/Brown

JOYCE WILLIAMS, et al,

           Plaintiffs,

v.

WALGREEN COMPANY,

           Defendant.
_____/

## NOTICE OF UNAVAILABILITY

Plaintiffs, hereby files this Notice of Unavailability and states that the undersigned is scheduled to be out-of-town from February 28, 2001 through March 2, 2001, and respectfully request that no hearings, depositions, etc., be scheduled during this time.

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 18th day of January, 2001, to: Heather L. Gatley, Esq., Steel Hector & Davis LLP, Attorneys for Defendant, 200 South Biscayne Blvd., 40th Floor, Miami, Florida 33131-2398.

           **MICHAEL M. TOBIN, P.A.**
           Attorneys for Plaintiffs
           1099 Ponce De Leon Blvd.
           Coral Gables, Florida 33134-3319
           Tel:   305-445-5475
           Fax:  305-445-5479
           BY: Kelsay Patterson
           Kelsay D. Patterson
           Fla. Bar No. 119784


