MINUTES/CALENDAR
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

U. S. MAGISTRATE JUDGE **STEPHEN T. BROWN**

COURTROOM VIII   TIME: 11:00 a.m. - 12:10 p.m.   Interpreter:

Case No. 00-6151-Civ-PCH   Date 1/22/01

Clerk STEPHANIE A. LEE   Tape No./Court Reporter 01D-7-1330

Style: Joyce Williams, et al v. Walgreen Co.

Plaintiff(s) Attorney(s): Kelsay Patterson, Michael Tobin (Plaintiff Deloris Gorman present)

Defendant(s) Attorney(s): Edwin Torres, Brian Lerner

Proceeding: Pending Motions Hrg held. Deft's Motion to Compel was granted. Deft's we teous motion to strike denied. Plfs to submit consent form w/n 30 days - if ptys agree.