UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6151-Civ-Huck/Brown

JOYCE WILLIAMS, individually;
MICHAEL FERGUSON, individually;
JOSEPH PATRICK MCMULLEN,
individually; DELORES OKONMAH,
individually; BERNICE SHORTER-
MEARES, individually; CONSTANCE
ECHEBIRI, individually; MIA DAWN
TAYLOR, individually; CARMITA
MCMULLEN, individually,

        Plaintiffs,

vs.

WALGREEN COMPANY,

        Defendant.

_____/

### ORDER ON DEFENDANT'S MOTION TO STRIKE AND/OR DISMISS PLAINTIFFS' CLAIMS FOR FAILURE TO COMPLY WITH THE COURT'S NOVEMBER 2, 2000, ORDER

THIS MATTER came before the Court on Defendant's motion to strike and/or dismiss Plaintiffs' claims. The Court, having reviewed the file and motion and being otherwise fully advised in the premises, does hereby **ORDER AND ADJUDGE** as follows:

1.      Defendant's motion to dismiss Plaintiff Delores Okonmah's claims is **DENIED**. This Court orders, however, that Plaintiff Delores Okonmah shall serve a response to Defendant's Revised First Request for Production of Documents within five (5) days of this order, responding to each request individually by producing the responsive documents or stating that no responsive document exists.



CASE NO. 00-6151-Civ-Huck/Brown

2.    Defendant's motion to strike the back pay claims of Plaintiffs Constance Echebiri, Carmita McMullen, Joseph McMullen, and Bernice Shorter-Meares is **DENIED**. This Court orders, however, that Defendant shall prepare the following: (1) an authorization releasing tax returns for Plaintiff Constance Echebiri for the years 1994, 1996, 1997, and 1998; (2) an authorization releasing tax returns for Plaintiff Carmita McMullen for the years 1996, 1997, 1998, and 1999; (3) an authorization releasing tax returns for Plaintiff Joseph McMullen for the years 1994, 1995, 1996, 1997, 1998, and 1999; and (4) an authorization releasing tax returns for Plaintiff Delores Okonmah for the years 1994 and 1995. Plaintiffs shall execute and return these authorizations to Defendant within ten (10) days of receipt of these authorizations so that Defendant may obtain this tax information.

3.    Defendant's motion to impose sanctions under Fed. R. Civ. P. 37 is **DENIED WITHOUT PREJUDICE**. Should Plaintiffs engage in the conduct complained of in the future, Defendant may renew its motion for sanctions and request fees and costs associated with this motion and its motion to compel dated September 18, 2000.

**DONE AND ORDERED** this 24ᵗʰ day of January, 2001, at Miami, Miami-Dade County, Florida.

STEPHEN T. BROWN
U.S. MAGISTRATE JUDGE

Conformed copies furnished to:
counsel of record

2