UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  00-6151-Civ-Huck/Brown

JOYCE WILLIAMS, individually;
MICHAEL FERGUSON, individually;
JOSEPH PATRICK MCMULLEN,
individually; DELORES OKONMAH,
individually; BERNICE SHORTER-
MEARES, individually; CONSTANCE
ECHEBIRI, individually; MIA DAWN
TAYLOR, individually; CARMITA
MCMULLEN, individually;

       Plaintiffs,

vs.

WALGREEN COMPANY,

       Defendant.

_____/

**NIGHT BOX
FILED**

**` 3 0 2001**

CLARENCE MADDOX
CLERK, USDC / SDFL / MIA

## DEFENDANT'S OPPOSED MOTION FOR ENLARGEMENT
## OF TIME TO SERVE DISCOVERY RESPONSES

    Pursuant to Fed. R. Civ. P. 6(b), Defendant Walgreen Co. ("Walgreens"), moves this

Court for a sixteen (16) business day enlargement of time through Wednesday, February 21,

2001, within which to service its Answers to Plaintiffs' Second Set of Interrogatories and its

Responses to Plaintiffs' Second Request for Production of Documents, Third Request for

Production of Documents, and First Request for Admissions.  The grounds supporting this

motion, which Plaintiffs' counsel opposes, are as follows:

    1.      On December 13, 2000, Plaintiffs served their Second Set of Interrogatories and

Second Request for Production of Documents.  Walgreens' responses were due on January 12,

2001.  On December 15, 2000, Plaintiffs served their First Request for Admissions.  Walgreens'

response was due on January 14, 2001. On December 21, 2000, Plaintiffs served their Third Request for Production of Documents. Walgreens' response was due on January 20, 2001. Following several conversations with counsel for Plaintiffs, Plaintiffs ultimately agreed to allow Walgreens to serve its responses to these four sets of discovery by January 30, 2001.

2.      Since originally receiving these discovery requests in December, the parties' counsel have been responding to other matters in this case. Plaintiffs served a Request for In Camera Inspection and a Motion to Compel on December 26, 2000. The Court, sua sponte, ordered that the parties brief the issue whether this case should be severed with Plaintiffs brief due on January 15, 2001, Walgreens' response brief due on January 22, 2001, and Plaintiffs' reply brief due on January 29, 2001. The Court also ordered that the parties appear on January 22, 2001, for a hearing on Walgreens' Motion to Strike and/or Dismiss Plaintiffs.

3.      This case involves eight plaintiffs with unique disparate treatment claims – six of whom are located in Miami-Dade and Broward counties, one who is located in Tampa, and one who is located in Orlando. (This is one reason why these claims should be severed as stated in Walgreens' Response to Plaintiffs' Brief on Severance.) To obtain the necessary documents and obtain the necessary information to respond to the propounded discovery, Walgreens must contact seven different districts and numerous stores within these districts. These eight individual lawsuits currently operate on a time table generally accorded to a case contemplating just one plaintiff. Walgreens needs additional time to confirm and then locate responsive documents and information.

4.      Walgreens respectfully requests an additional sixteen (16) business days, up to and including Wednesday, February 21, 2001, in which to serve its responses to these four sets of

2

discovery. This additional time period would, in essence, amount to only a one month enlargement on all discovery. This enlargement would not interfere with the discovery cut off of May 22, 2001, any other Court deadlines, or even the taking of depositions that the parties are contemplating.

5.    Walgreens has consulted with counsel for Plaintiffs. Plaintiffs oppose this request.

6.    The requested extension of time is minimal and will not prejudice either party. Good cause exists for the requested enlargement of time and the request is not made for purposes of delay or any other dilatory reasons.

WHEREFORE, Walgreens respectfully request that the Court grant the requested enlargement of time to file its discovery responses through Wednesday, February 21, 2001. A proposed order is attached for the Court's convenience.

Respectfully submitted,

STEEL HECTOR & DAVIS LLP
Attorneys for Defendant Walgreen Co.
200 South Biscayne Boulevard
Miami, Florida 33131-2398
(305) 577-7000 Telephone
(305) 577-7001 Telecopier

By: _____
      Edwin G. Torres
      Florida Bar No. 911569
      Heather L. Gatley
      Florida Bar No. 0050482
      Brian L. Lerner
      Florida Bar No. 0177202

3

**CERTIFICATION OF COMPLIANCE WITH LOCAL RULE 26.1(I)**

The undersigned hereby certifies that he has made a good faith effort to resolve the matters referred to in the preceding motion. Counsel for Walgreens has conferred by telephone with opposing counsel in an attempt to resolve this discovery dispute informally. All efforts to resolve the matters contained in this motion have failed.

By: _____
                    Brian L. Lerner


**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 30th day of January, 2001, to:

> Kelsay D. Patterson, Esq.
> Law Offices of Michael M. Tobin, P.A.
> 1099 Ponce De Leon Blvd.
> Coral Gables, Florida 33134-3319

By: _____
                    Brian L. Lerner

4

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6151-Civ-Huck/Brown

JOYCE WILLIAMS, individually;
MICHAEL FERGUSON, individually;
JOSEPH PATRICK MCMULLEN,
individually; DELORES OKONMAH,
individually; BERNICE SHORTER-
MEARES, individually; CONSTANCE
ECHEBIRI, individually; MIA DAWN
TAYLOR, individually; CARMITA
MCMULLEN, individually;

       Plaintiffs,

vs.

WALGREEN COMPANY,

       Defendant.

_____/

### ORDER ON DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME TO SERVE DISCOVERY RESPONSES

      THIS MATTER came before the Court on Defendant's opposed motion for enlargement of time. The Court, having reviewed the file and motion and being otherwise fully advised in the premises, does hereby:

      **ORDER AND ADJUDGE** that Defendant's Motion for Enlargement is **GRANTED**. Defendant shall have an additional sixteen (16) business days through Wednesday, February 21, 2001, within which to serve its responses to Plaintiffs' four sets of discovery.

      **DONE AND ORDERED** in Chambers at Miami, Florida, this _____ day of _____, 2001.

                            _____
                            UNITED STATES DISTRICT JUDGE

Conformed copies furnished to:
counsel of record