UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6151-Civ-Huck/Brown

JOYCE WILLIAMS, individually;
MICHAEL FERGUSON, individually;
JOSEPH PATRICK MCMULLEN,
individually; DELORES OKONMAH,
individually; BERNICE SHORTER-
MEARES, individually; CONSTANCE
ECHEBIRI, individually; MIA DAWN
TAYLOR, individually; CARMITA
MCMULLEN, individually;

    Plaintiffs,

vs.

WALGREEN COMPANY,

    Defendant.
_____/

FILED by _____ D.C.
FEB 0 1 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S. D. OF FLA.

### ORDER ON DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME TO SERVE DISCOVERY RESPONSES

THIS MATTER came before the Court on Defendant's opposed motion for enlargement of time. The Court, having reviewed the file and motion and being otherwise fully advised in the premises, does hereby:

**ORDER AND ADJUDGE** that Defendant's Motion for Enlargement is **GRANTED**. Defendant shall have an additional sixteen (16) business days through Wednesday, February 21, 2001, within which to serve its responses to Plaintiffs' four sets of discovery.

**DONE AND ORDERED** in Chambers at Miami, Florida, this _31st_ day of _January_, 2001.

_____
UNITED STATES DISTRICT JUDGE

Conformed copies furnished to:
counsel of record