UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6151-CIV-HUCK
Magistrate Judge Brown

JOYCE WILLIAMS, et al.,

    Plaintiffs,

vs.

WALGREEN COMPANY,

    Defendant.
_____/



## ORDER GRANTING PLAINTIFF'S MOTION TO AMEND REPLY BRIEF

This matter is before the Court on Plaintiff's Motion to Amend Reply Brief [DE # 87-1]. The Motion is hereby GRANTED.

Jan. 31, 2001

PAUL C. HUCK
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Kelsay D. Patterson, Esq.
Heather L. Gatley, Esq.