UNITED STATED DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

NIGHT BOX
FILED
FEB 0 8 2001

CLARENCE MADDOX
CLERK, USDC / SDFL / MIA

CASE NO: 00-6151-CIV-HUCK/Brown

JOYCE WILLIAMS, individually;
MICHAEL FERGUSON, individually;
JOSEPH PATRICK McMULLEN,
individually; DELORES OKONMAH,
individually; BERNICE SHORTER-
MEARES, individually;
CONSTANCE ECHEBIRI, individually;
MIA DAWN TAYLOR, individually;
and CARMITA McMULLEN, individually,

        Plaintiffs,

v.

WALGREEN COMPANY,

        Defendant.
_____/

### PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME TO COMPLY WITH MAGISTRATE'S ORDER OF JANUARY 24, 2001

Plaintiffs, by and through undersigned counsel, file the above entitled pleading and as grounds state:

1. On January 22, 2001 at an oral hearing before the Honorable Magistrate Judge Steven Brown, four (4) Plaintiffs were ordered to provide tax authorizations within ten (10) days of receiving authorizations drafted by the Defendant.

NON-COMPLIANCE OF S.D. Fla. L.R. 7.1A4

2. Three (3) of the four (4) Plaintiffs fully complied. The fourth (4th) Plaintiff, Constance Echebiri, has recently been seriously injured in an auto accident and is suffering a host of other personal problems. She can submit an executed authorization by Thursday, February 15, 2001. Although her authorization was due on February 4th, the Defendant is not prejudiced nor has the Plaintiff exhibited any bad faith.

3. Incidentally, the Defendant requests income tax statement for years when she was only employed by the Defendant. To that end, the Defendant issued her W-2 forms for these years, and therefore the Defendant is well aware of her earnings. After all, her potential economic damage claims are limited to earnings and not her financial holdings apart from her employment.

4. It also bears mentioning that the Defendant was supposed to serve discovery response to the Plaintiff's discovery on or before January 23rd, then by January 30th. The Defendant represented in open Court their intention of serving it in a timely fashion. After the hearing the Defendant failed to serve a single response, which caused the Plaintiffs to file a motion, then the Defendant filed their own motion for an enlargement. This Court granted the Defendant's Motion for Enlargement, and the Plaintiffs only seek the same courtesy, patience, and consideration.

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the foregoing was served via U.S. Mail this 8th day of February, 2001, to: Brian Lerner, Esq., Attorneys for Defendant, Steel Hector & Davis LLP, 200 South Biscayne Blvd., 40th Floor, Miami, Florida 33131-2398.

        MICHAEL M. TOBIN, P.A.
        Attorneys for Plaintiffs
        1099 Ponce De Leon Blvd.
        Coral Gables, Florida 33134-3319
        Tel: 305-445-5475
        Fax: 305-445-5479

        *Kelsay D. Patterson*
        KELSAY D. PATTERSON
        Fla. Bar No. 119784