UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6151-Civ-Huck/Brown



JOYCE WILLIAMS, individually;
MICHAEL FERGUSON, individually;
JOSEPH PATRICK MCMULLEN,
individually; DELORES OKONMAH,
individually; BERNICE SHORTER-
MEARES, individually; CONSTANCE
ECHEBIRI, individually; MIA DAWN
TAYLOR, individually; CARMITA
MCMULLEN, individually;

    Plaintiffs,

vs.

WALGREEN COMPANY,

    Defendant.
_____/

### DEFENDANT'S RESPONSE IN OPPOSITION TO PLAINTIFFS' MOTION FOR ENLARGEMENT OF TIME TO COMPLY WITH MAGISTRATE'S ORDER OF JANUARY 24, 2001

Pursuant to Fed. R. Civ. P. 6(b) and S.D. Fla. L.R. 7.1, Defendant Walgreen Co. ("Walgreens") files this response in opposition to Plaintiffs' *non pro tunc* motion for enlargement of time to serve tax information Walgreens requested on May 8, 2000.

1.    The number of times that Plaintiffs' counsel has filed a motion with this Court without contacting opposing counsel in a good-faith effort to resolve the issue, let alone certifying that he made any such effort, is almost too long to cite at this point. *See* Motion to Compel, dated Aug. 25, 2000; *see also* Plaintiffs' Motion for Leave to Serve Interrogatory Response on December 14, 2000, dated Dec. 7, 2000; Motion for In Camera Inspection, dated Dec. 26, 2000; Motion to Compel: First Request for Admissions; Second Request for

Production; Third Request for Production; and Second Set of Interrogatories, dated Jan. 30, 2001. Accordingly, this Court should deny plaintiffs' request. *See* Order Denying Motion to Compel Discovery, dated Sept. 26, 2000; *see also* S.D. Fla. L.R. 7.1; S.D. Fla. L.R. 26.1.I; *Republic of Haiti v. Crown Charters, Inc.*, 667 F. Supp. 839, 850 (S.D. Fla. 1987) ("The court does not take lightly the failure of any attorney to endeavor to resolve discovery problems in accordance with the letter and spirit of Local General Rule 10(I)(7). Hereafter in this litigation, the court will consider imposing sanctions for noncompliance with this rule or where the court finds that counsel did not make a good faith effort to resolve discovery disputes."); *see also Taylor v. Florida Atl. Univ.*, 132 F.R.D. 304, 305 (S.D. Fla. 1990) (denying motion to compel without consideration for failure to certify that counsel conferred with opposing counsel in a good faith effort to resolve the dispute and has been unable to do so).

  2. As to the substance of this motion, Walgreens would assert, which Plaintiffs somehow do not, that Echebiri, despite a car accident, served answers to interrogatories on January 26, 2001. *See* Plaintiff Constant Echebiri's Notice of Service of Answers to Defendant's Second Set of Interrogatories, attached as Exhibit A. Walgreens provided the authorizations to plaintiffs' counsel on January 24, 2001. Plaintiffs' counsel should have returned the authorizations on February 3, 2001. Thus, just a few days before the deadline, Echebiri served her interrogatory answers. Thus, there is no good faith basis for this motion.

  3. Moreover, Echebiri supposedly had a car accident in December 2000. Thus, plaintiffs' counsel was well aware of this situation during the January 22, 2001, hearing on this issue. Indeed, counsel asked that the Court allow him ten days, instead of five days, to obtain

these releases.[1]

Wherefore, Walgreens respectfully requests that this Court deny Plaintiffs' untimely motion and that the Court dismiss Echebiri for failing to comply with a court order for a second time in this case. *See* Walgreens' Motion to Dismiss Plaintiff Constance Echebiri, dated Feb. 8, 2001.

                                          Respectfully submitted,

                                          STEEL HECTOR & DAVIS LLP
                                          Attorneys for Defendant Walgreen Co.
                                          200 South Biscayne Boulevard
                                          Miami, Florida 33131-2398
                                          (305) 577-7000 Telephone
                                          (305) 577-7001 Telecopier

                                          By: _____
                                              Edwin G. Torres
                                              Florida Bar No. 911569
                                              Heather L. Gatley
                                              Florida Bar No. 0050482
                                              Brian L. Lerner
                                              Florida Bar No. 0177202

---

[1] Walgreens would note that Echebiri returned to work on January 2, 2001, and has been working forty hours a week since her return.

3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 12th day of February, 2001, to:

Kelsay D. Patterson, Esq.
Law Offices of Michael M. Tobin, P.A.
1099 Ponce De Leon Blvd.
Coral Gables, Florida 33134-3319

By: _____
Brian L. Lerner

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO: 00-6151-CIV-HUCK/Brown

JOYCE WILLIAMS, individually;
MICHAEL FERGUSON, individually;
JOSEPH PATRICK McMULLEN,
individually; DELORES OKONMAH,
individually; BERNICE SHORTER-
MEARES, individually;
CONSTANCE ECHEBIRI, individually;
MIA DAWN TAYLOR, individually;
and CARMITA McMULLEN, individually.

    Plaintiffs,

v.

WALGREEN COMPANY,

    Defendant.
_____/

### PLAINTIFF, CONSTANT ECHEBIRI'S NOTICE OF SERVICE OF ANSWERS TO DEFENDANT'S SECOND SET OF INTERROGATORIES

Plaintiff, Constant Echebiri, by and through undersigned counsel, and in accordance with Fed. R. Civ. P. 33 and S.D. Fla. L.R. 26.1 G., hereby gives Notice of Service of Answers to Second Set of Interrogatories.



1

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 26th day of January, 2001, to: Heather L. Gatley, Esq., Steel Hector & Davis LLP, Attorneys for Defendant, 200 South Biscayne Blvd., 40th Floor, Miami, Florida 33131-2398.

> MICHAEL M. TOBIN, P.A.
> Attorneys for Plaintiffs
> 1099 Ponce De Leon Blvd.
> Coral Gables, Florida 33134-3319
> Tel:  305-445-5475
> Fax:  305-445-5479
>
> *Kelsay D. Patterson*
> KELSAY D. PATTERSON
> Fla. Bar No. 119784

2