00-6151.o5

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6151 CIV HUCK

JOYCE WILLIAMS, individually;
MICHAEL FERGUSON, individually;
JOSEPH PATRICK McMULLEN,
individually; DELORES OKONMAH,
individually; etc., et al..

    Plaintiff,

vs.

WALGREEN COMPANY,

    Defendant.
_____/



## ORDER DENYING MOTION TO COMPEL REQUEST FOR PRODUCTION

**This matter** is before this Court on Plaintiff's Motion to Compel Request for Production, filed December 28, 2000. The Court has considered the motion, the response, and all pertinent materials in the file. The Court being otherwise fully advised in the premises, it is hereby **ORDERED AND ADJUDGED** that said motion be and the same is hereby **DENIED**, based on the response which is not replied to.

**DONE AND ORDERED** this 14th day of February, 2001, at Miami, Florida.

                      STEPHEN T. BROWN
                      U.S. MAGISTRATE JUDGE

cc:    Honorable Paul C. Huck
        Brian Lerner, Esq.
        Kelsay D. Patterson, Esq.