00-6151.o4

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6151 CIV HUCK

JOYCE WILLIAMS, individually;
MICHAEL FERGUSON, individually;
JOSEPH PATRICK McMULLEN,
individually; DELORES OKONMAH,
individually; etc., et al..

     Plaintiff,

vs.

WALGREEN COMPANY,

     Defendant.

_____/



## ORDER GRANTING MOTION FOR ENLARGEMENT OF TIME

**This matter** is before this Court on Plaintiff's Motion for Enlargement of Time to Comply

..., filed February 8, 2001.  The Court having considered the motion and being otherwise fully

advised in the premises, it is therefore **ORDERED AND ADJUDGED** that said motion be and the

same is hereby **GRANTED**.[1]

**DONE AND ORDERED** this *13* day of February, 2001,  at Miami, Florida.

                          STEPHEN T. BROWN
                          U.S. MAGISTRATE JUDGE

cc:     Honorable Paul C. Huck

_____

[1]Plaintiff's counsel is again advised to review and comply with the local rules. The
motion violates Local Rule 7.1.A.3(a). Further failures shall result in motions being denied.



Brian Lerner, Esq.
Kelsay D. Patterson, Esq.