00-6151.05

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6151 CIV HUCK

JOYCE WILLIAMS, individually;
MICHAEL FERGUSON, individually;
JOSEPH PATRICK McMULLEN,
individually; DELORES OKONMAH,
individually; etc., et al..

    Plaintiff,

vs.

WALGREEN COMPANY,

    Defendant.
_____/

## ORDER DENYING MOTION TO DISMISS

**This matter** is before this Court on Defendant's Motion to Dismiss Plaintiff Constance Echebiri for Failure to Comply with the Court's January 24, 2000, Order, filed February 8, 2001. The Court having considered the motion and the file and being otherwise fully advised in the premises, it is therefore **ORDERED AND ADJUDGED** that said motion be and the same is hereby **DENIED**, in light of the filing of Plaintiff's Motion for Enlargement of Time to Comply ..., filed February 8, 2001 and this Court's Order granting same.

    **DONE AND ORDERED** this 13th day of February, 2001, at Miami, Florida.

STEPHEN T. BROWN
U.S. MAGISTRATE JUDGE

cc:    Honorable Paul C. Huck
        Brian Lerner, Esq.
        Kelsay D. Patterson, Esq.