UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6151-Civ-Huck/Brown

JOYCE WILLIAMS, individually;
MICHAEL FERGUSON, individually;
JOSEPH PATRICK MCMULLEN,
individually; DELORES OKONMAH,
individually; BERNICE SHORTER-
MEARES, individually; CONSTANCE
ECHEBIRI, individually; MIA DAWN
TAYLOR, individually; CARMITA
MCMULLEN, individually;

        Plaintiffs,

vs.

WALGREEN COMPANY,

        Defendant.
_____/

### DEFENDANT'S RESPONSE TO PLAINTIFFS' MOTION TO COMPEL: FIRST REQUEST FOR ADMISSIONS; SECOND REQUEST FOR PRODUCTION; THIRD REQUEST FOR PRODUCTION; AND SECOND SET OF INTERROGATORIES

Pursuant to Fed. R. Civ. P. 37 and S.D. Fla. L.R. 7.1 and 26.1, Defendant Walgreen Co. ("Walgreens") files this response in opposition to Plaintiffs' motion to compel and requests that the Court deny the instant motion as moot.

    1.    On January 31, 2001, the Court granted Walgreens' motion for enlargement of time to serve its responses to all of the discovery that plaintiffs seek to compel in the instant motion. *See* Order on Defendant's motion for Enlargement of Time to Serve Discovery Responses, dated Jan. 31, 2001. Walgreens' responses, which were to be served on January 30, 2001, are now to be served no later than February 21, 2001.

STEEL HECTOR & DAVIS LLP

2. In light of the Court's Order and plaintiffs' apparent decision not to withdraw this motion following the Court's Order, Walgreens respectfully requests that the Court deny plaintiffs' motion to compel as moot.

Respectfully submitted,

STEEL HECTOR & DAVIS LLP
Attorneys for Defendant Walgreen Co.
200 South Biscayne Boulevard
Miami, Florida 33131-2398
(305) 577-7000 Telephone
(305) 577-7001 Telecopier

By: _____
Edwin G. Torres
Florida Bar No. 911569
Heather L. Gatley
Florida Bar No. 0050482
Brian L. Lerner
Florida Bar No. 0177202

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 15th day of February, 2001, to:

Kelsay D. Patterson, Esq.
Law Offices of Michael M. Tobin, P.A.
1099 Ponce De Leon Blvd.
Coral Gables, Florida 33134-3319

By: _____
Brian L. Lerner

MIA_1998/645344-1

2