UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6151-CIV-HUCK
Magistrate Judge Brown

JOYCE WILLIAMS, et al.,

    Plaintiffs,

vs.

WALGREEN COMPANY,

    Defendant.
_____/



## ORDER SETTING ORAL ARGUMENT

THIS CAUSE having come before this Court on Plaintiffs' Brief re: Court's Order of January 2, 2001 and Defendant's Response, and the Court having reviewed the file and being fully advised, it is

ORDERED that oral argument in this cause is set for **Friday, March 9, 2001 at 5:15 p.m.** before the Honorable Paul C. Huck, **U. S. Courthouse, 301 North Miami Avenue, 4th Floor, Miami, Florida**. Counsel should be prepared to discuss the chart attached as Exhibit A to Defendant's Response.

DONE AND ORDERED in chambers, Miami, Florida this 26 day of February, 2001.

PAUL C. HUCK
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Kelsay D. Patterson, Esq.
Heather L. Gatley, Esq.

