UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6151-Civ-Huck/Brown

JOYCE WILLIAMS, et al.;

    Plaintiffs,

vs.

WALGREEN COMPANY,

    Defendant.

_____/

**DEFENDANT'S NOTICE OF FILING ANNOTATIONS TO EXHIBIT "A"
TO ITS RESPONSE TO PLAINTIFFS' BRIEF ON SEVERANCE**

Defendant, Walgreen Co. ("Walgreens"), files a copy of its annotations to Exhibit "A" to its Response to Plaintiffs' Brief on Severance.

Respectfully submitted,

STEEL HECTOR & DAVIS LLP
Attorneys for Defendant Walgreen Co.
200 South Biscayne Boulevard
Miami, Florida 33131-2398
(305) 577-7000 Telephone
(305) 577-7001 Telecopier

By: _____
Edwin G. Torres
Florida Bar No. 911569
Heather L. Gatley
Florida Bar No. 0050482
Brian L. Lerner
Florida Bar No. 0177202

STEEL HECTOR & DAVIS LLP

CASE NO. 00-6151-Civ-Huck/Brown

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was faxed and mailed this 9th day of March, 2001, to:

Kelsay D. Patterson, Esq.
Law Offices of Michael M. Tobin, P.A.
1099 Ponce De Leon Blvd.
Coral Gables, Florida 33134-3319

By: _____
Brian L. Lerner

MIA2001/3583-1

2

| | | |
|---|---|---|
| **Failure to Promote to Pharmacy Manager** | | |
| Constance Echebiri | • p. 37, ¶ 178<br>• p. 2, ¶ 4 | • Since March 26, 1996, ECHEBIRI has never been informed or considered for Pharmacy Manager positions with WALGREENS<br>• Continually and repeatedly promoting less qualified, non-Black pharmacists to Pharmacy Manager (WILLIAMS, OKONMAH, SHORTER-MEARES, ECHEBIRI, and TAYLOR) |
| Delores Okonmah | • pp. 25-26, ¶ 121<br>• p. 2, ¶ 4 | • The non-Black pharmacist that had less experience as a pharmacist as well as less pharmacy management experience was appointed Pharmacy Manager while OKONMAH was neither considered nor interviewed for the Pharmacy Manager position because of OKONMAH's race.<br>• Continually and repeatedly promoting less qualified, non-Black pharmacists to Pharmacy Manager (WILLIAMS, OKONMAH, SHORTER-MEARES, ECHEBIRI, and TAYLOR) |
| Bernice Shorter-Meares | • p. 32, ¶ 150<br>• p. 2, ¶ 4 | • SHORTER-MEARES expressed her interest in management opportunities, particularly the Pharmacy Manager position, with WALGREENS because she had over fourteen (14) years of management experience prior to joining WALGREENS.<br>• Continually and repeatedly promoting less qualified, non-Black pharmacists to Pharmacy Manager (WILLIAMS, OKONMAH, SHORTER-MEARES, ECHEBIRI, and TAYLOR) |
| Mia Dawn Taylor | • p. 44, ¶ 215<br>• p. 2, ¶ 4 | • Prior to filing the complaint, TAYLOR was never informed or considered for Pharmacy Manager or Store Manager opportunities with WALGREENS because of her race.<br>• Continually and repeatedly promoting less qualified, non-Black pharmacists to Pharmacy Manager (WILLIAMS, OKONMAH, SHORTER-MEARES, ECHEBIRI, and TAYLOR) |
| Joyce Williams | • p. 6, ¶ 21<br>• p. 2, ¶ 4 | • To date, WILLIAMS has <u>never</u> been afforded an opportunity to work as a Pharmacy Manager, Store Manager or Pharmacy Supervisor.<br>• Continually and repeatedly promoting less qualified, non-Black pharmacists to Pharmacy Manager (WILLIAMS, OKONMAH, SHORTER-MEARES, ECHEBIRI, and TAYLOR) |

| **Failure to Promote to Pharmacy Supervisor** |||
|---|---|---|
| Michael Ferguson | • p. 16, ¶ 65<br>• p. 2, ¶ 4 | • FERGUSON was not informed, interviewed or considered for the Pharmacy Supervisor positions because of his race even though he was more experienced and was more qualified than Mr. Acosta, Mr. Garcia, Mr. Chen, and Mr. Ceballos<br>• Continually and repeatedly promoting less qualified, non-Black pharmacists to . . . Pharmacy Supervisor (FERGUSON, J. McMULLEN, and C. McMULLEN) |
| Carmita McMullen | • p. 48, ¶ 242<br>• p. 2, ¶ 4 | • C. McMULLEN was never informed about Pharmacy Manager or Store Manager opportunities in the more desirable stores because of WALGREENS' continuing and on-going pattern and practice for subjectively informing non-Black pharmacists about management opportunities available.<br>• Continually and repeatedly promoting less qualified, non-Black pharmacists to . . . Pharmacy Supervisor (FERGUSON, J. McMULLEN, and C. McMULLEN) |
| Joseph McMullen | • p. 20, ¶ 90<br>• p. 2, ¶ 4 | • J. McMULLEN immediately expressed his interest in the management opportunities available within WALGREENS including Store Manager and Pharmacy Supervisor positions to Orvil Maloney, his Store Manager ("Mr. Maloney"), Gary Vanderbilt, his Pharmacy Supervisor ("Mr. Vanderbilt"), and Roy Ripak, his District Manager ("Mr. Ripak")<br>• Continually and repeatedly promoting less qualified, non-Black pharmacists to . . . Pharmacy Supervisor (FERGUSON, J. McMULLEN, and C. McMULLEN) |
| Joyce Williams **(not on chart)** | • p. 6, ¶ 21 | • To date, WILLIAMS has never been afforded an opportunity to work as a Pharmacy Manager, Store Manager or Pharmacy Supervisor. |

| Failure to Promote to Store Manager | | |
|---|---|---|
| Carmita McMullen | • p. 48, ¶ 242 | • C. McMULLEN was never informed about Pharmacy Manager or Store Manager opportunities in the more desirable stores because of WALGREENS' continuing and on-going pattern and practice for subjectively informing non-Black pharmacists about management opportunities available. |
| Joseph McMullen | • p. 20, ¶ 90<br>• p. 2, ¶ 4 | • J. McMULLEN immediately expressed his interest in the management opportunities available within WALGREENS including Store Manager and Pharmacy Supervisor positions to Orvil Maloney, his Store Manager ("Mr. Maloney"), Gary Vanderbilt, his Pharmacy Supervisor ("Mr. Vanderbilt"), and Roy Ripak, his District Manager ("Mr. Ripak")<br>• Continually and repeatedly promoting less qualified, non-Black pharmacists to . . . Store Manager (WILLIAMS and J. McMULLEN) |
| Joyce Williams | • p. 6, ¶ 21<br>• p. 2, ¶ 4 | • To date, WILLIAMS has never been afforded an opportunity to work as a Pharmacy Manager, Store Manager or Pharmacy Supervisor.<br>• Continually and repeatedly promoting less qualified, non-Black pharmacists to . . . Store Manager (WILLIAMS and J. McMULLEN) |
| Mia Dawn Taylor **(not on chart)** | • p. 44, ¶ 215 | • Prior to filing the complaint, TAYLOR was never informed or considered for Pharmacy Manager or Store Manager opportunities with WALGREENS because of her race. |

| Title VII Retaliation | | |
|---|---|---|
| Joyce Williams | • p. 9, ¶ 27<br>• EEOC Charge (Exhibit E)<br>• Court Order (8/16/00) (dismissing all but Williams' retaliation claims) | • Since filing WILLIAMS' first EEOC charge, WALGREENS has also retaliated against WILLIAMS by forcing her to use her accrued paid sick days when leaving a store early while non-Black pharmacists, such as Warren Strick, were not forced to use their sick days when they left the store early. |

| Constructive Discharge | | |
|---|---|---|
| Carmita McMullen | • p. 48, ¶ 244 | • As a result of the discriminatory conduct, C. McMULLEN resigned in January 1999. |
| Joseph McMullen | • pp. 21-22, ¶ 94 | • As a result of the discriminatory conduct and treatment, J. McMULLEN resigned in August of 1998. |

| Age Discrimination | | |
|---|---|---|
| Joyce Williams | • p. 9, ¶ 29 | • Although totally qualified to work as either a Pharmacy Manager and Store Manager, WILLIAMS, over the age of 40, was ignored and passed over for promotions because of her age in addition to her race. Other less qualified non-Black WALGREENS pharmacists and employees, not members of the protected age group, were promoted. |

| Managers Tolerated Customers Using Racial Slurs Toward Plaintiff | | |
|---|---|---|
| Delores Okonmah | • pp. 25-26, ¶ 121 | • OKONMAH was called *"nigger"* by a customer in front of the Store Manager and Pharmacy Manager, and the only response from the Store and Pharmacy Managers was to assist the bigoted customer. |
| Constance Echebiri **(not on chart)** | pp. 37-38, ¶ 180 | • ECHEBIRI also experienced racial insults from management while working with WALGREENS. For example, an Assistant Store Manager, David Weiss, in the presence of the Store Manager, Mr. Carpenter, gave ECHEBIRI the password to access the computer system of *"Anthrax"*, a phrase that not only means *"charcoal"*, but also is the name of a bacterial infectious disease that infects animals and humans. After ECHEBIRI became distraught at having received *"Anthrax"* as her password, she was then given the password of "Ebola", which is most commonly known as a deadly *viral* disease that affects *monkeys* and *apes* in *Africa*. |

| Not Informed of Openings |||
|---|---|---|
| Michael Ferguson | • p.16, ¶ 65 | • FERGUSON was not informed, interviewed or considered for the Pharmacy Supervisor positions because of his race even though he was more experienced and was more qualified than Mr. Acosta, Mr. Garcia, Mr. Chen, and Mr. Ceballos. |
| Joyce Williams | • pp. 6-7, ¶ 21 | • Further, WILLIAMS is never informed about management opportunities as they become available even though non-Black pharmacists are informed. |

| Denied Vacation or Sick Days |||
|---|---|---|
| Constance Echebiri | • p. 38, ¶ 184<br>• pp. 38-39, ¶ 185 | • In 1998, ECHEBIRI was also denied a vacation by Mr. Calnan and Cheryl Nicolay, ECHEBIRI's Pharmacy Manager ("Ms. Nicolay"), even though the vacation had previously been approved by her former District Manager, Mr. Martin Northrop ("Mr. Northrop").<br>• Her physician, Dr. P. Ijewere, authorized ECHEBIRI to take four days off. ECHEBIRI formally submitted the official documentation from Dr. Ijewere. WALGREENS, in its typical disparate treatment of ECHEBIRI, charged ECHEBIRI with the use of vacation time instead of company-provided sick time. |

| Subject to Unfair or Harsher Discipline |||
|---|---|---|
| Joseph McMullen | • p. 21, ¶ 92 | • Afterwards, Mr. Ripak began to harass J. McMULLEN about minute, inconsequential, and insignificant events. |
| Delores Okonmah | • | • |
| Joyce Williams | • p. 8, ¶ 24 | • WILLIAMS has also been subjected to the following <u>after</u> filing a discrimination charge with the EEOC: . . . unjustified reprimands for failing to follow "store-implemented" policies and practices. |

| Did Not Receive a Permanent Store | | |
|---|---|---|
| Constance Echebiri | • p. 36, ¶ 177 | • Although ECHEBIRI requested a permanent store, ECHEBIRI was forced to work as a Floater Pharmacist for almost three (3) years while many non-Black pharmacists with less years of experience and less years with WALGREENS were assigned permanent stores. |
| Joseph McMullen | • | • |
| Delores Okonmah | • p. 25, ¶ 120 | • Initially, OKONMAH was forced to work as a Floater Pharmacist for approximately six (6) months even though many non-Black pharmacists with less experience as a pharmacist and who had joined WALGREENS around the same time OKONMAH was hired were assigned permanent store locations. After being forced to deal with the uncertainty of the scheduling as a Floater Pharmacist, OKONMAH was finally assigned a permanent store. |
| Bernice Shorter-Meares | • pp. 32-33, ¶ 151 | • After giving SHORTER-MEARES the impression that she had been assigned to a permanent store, SHORTER-MEARES was forced to continue transferring from store to store every couple of months even though non-Black pharmacists with less time with the company had been assigned to permanent store locations. |
| Mia Dawn Taylor | • pp. 43-44, ¶ 213 | • After becoming licensed as a Pharmacist, TAYLOR was forced to work as a Floater Pharmacist even though she asked to be placed in a permanent store location. While TAYLOR was forced to work as a Floater Pharmacist, several non-Black Pharmacists who were hired around the same time she was hired were assigned to permanent store locations. |
| Joyce Williams | • pp. 7-8, ¶ 23 | • After WILLIAMS observed several instances where non-Black pharmacists with less years of experience and equal or less time with WALGREENS were assigned permanent store locations while her requests went ignored, WILLIAMS went to the District Manager, Kirk Wolfram ("Mr. Wolfram"), and expressed the desire to be assigned to a permanent store location in the Tampa area. |

| Managers Created False Disciplinary Records |||
|---|---|---|
| Constance Echebiri | • p. 38, ¶ 182 | • WALGREENS also began creating disciplinary records on ECHEBIRI in an effort to besmirch her character professionally, a routine pattern and practice of WALGREENS. WALGREENS has falsely accused ECHEBIRI of dispensing errors that did not occur and of sleeping in the pharmacy on her shift, which also was untrue. |
| Michael Ferguson | • p. 14, ¶ 60 | • Upon information and belief, FERGUSON believes that Bruce Adams, his Pharmacy Manager ("Mr. Adams") was told by Mr. Oberlin to begin creating false disciplinary records on FERGUSON. For example, Mr. Adams attempted to write a disciplinary report on FERGUSON for allegedly showing up to work late. |
| Joyce Williams | • p. 8, ¶ 24 | • Unbelievably, Mr. Kipp and Mr. Taylor went to the Pharmacy Manager and asked the Pharmacy Manager to begin creating disciplinary records on WILLIAMS regarding minute, inconsequential, and insignificant events. |

| Did Not Receive Performance Evaluation |||
|---|---|---|
| Bernice Shorter-Meares | • p. 33, ¶ 152 | • Incredibly, during her tenure with WALGREENS, SHORTER-MEARES never received an evaluation from the District Manager or Pharmacy Supervisor. |

| Subject To Improper Or Unjustified Termination |||
|---|---|---|
| Delores Okonmah | • p. 27, ¶ 124 | • After a few hours had passed, Ms. Ceballos came to the store, handed OKONMAH her pay *in cash*, and told OKONMAH that she was fired on the grounds of insubordination. . . . After inquiry, Ms. Ceballos told OKONMAH that she was insubordinate because she threatened to close the store and for allegedly hanging up the phone on her. |

| Hostile Environment | | |
|---|---|---|
| Michael Ferguson | • p. 14, ¶ 60 | • FERGUSON was asked to be a Pharmacy Manager in 1985 in an undesirable store with significant financial problems, but FERGUSON deferred accepting the Pharmacy Manager position at that time because he felt he had not yet received adequate training from WALGREENS to effectively perform the job. As a result of FERGUSON not wanting to accept this problem store at that time, Emerson Oberlin, the Pharmacy Supervisor ("Mr. Oberlin") began to treat FERGUSON differently. |
| Joseph McMullen | • p. 21, ¶ 92 | • J. McMULLEN complained about the disparate treatment to Mr. Ripak, and because of his complaints, Mr. Ripak developed a hostile attitude towards J. McMULLEN. J. McMULLEN complained about the disparate treatment to Mr. Ripak, and because of his complaints, Mr. Ripak developed a hostile attitude towards J. McMULLEN. . . . Without any reasonable notice, Mr. Ripak told J. McMULLEN to cancel his vacation plans immediately before the scheduled vacation. . . . Upon returning from his vacation, J. McMULLEN was denied the opportunity to continue in the "pseudo" management training program and forced to return to working in the pharmacy full-time. |
| Joyce Williams | • pp. 7-8, ¶ 23 | • WILLIAMS expressed her desire to Mr. Wolfram to be assigned to a permanent store location in the Tampa area only after her plea to Mr. Kipp went ignored. Mr. Kipp was thereafter hostile towards WILLIAMS because of her race and the fact that she talked to Mr. Wolfram. |

| False Accusations Regarding Prescriptions | | |
|---|---|---|
| Joyce Williams | • p. 8, ¶ 24 | • WILLIAMS has also been subjected to the following after filing a discrimination charge with the EEOC: . . . false accusations of dispensing her own prescriptions without authorization. |

| | Miscellaneous | | |
|---|---|---|---|
| | **Current/ Last District** | **Discriminators** (does not include the host of persons simply identified by position with no name) | **Comparators** (does not include the host of persons simply identified by position with no name) |
| Constance Echebiri | Orlando South | David Weiss, Mr. Carpenter, Mike Calnan, Cheryl Nicolay, Martin Northrop, Michael Whatley | Michelle Brandy |
| Michael Ferguson | Miami North | Emerson Oberlin, Bruce Adams, Gay Vanderbilt, Anthony Frizzell, | Jorge Acosta, Albert Garcia, Phil Chen, and Vivian Ceballos |
| Carmita McMullen | Ft. Lauderdale South | | Vivian Ceballos |
| Joseph McMullen | Miami North | Orvil Maloney, Gary Vanderbilt, Roy Ripak | John Cohn |
| Delores Okonmah | Miami North | Vivian Ceballos | Vivian Ceballos |
| Bernice Shorter-Meares | Miami North | Vivian Ceballos | Xavier Ziegler |
| Mia Dawn Taylor | Miami North | | John Cohn |
| Joyce Williams | Tampa North | Kirk Wolfram, Bob Kipp, Glenn Taylor, Cliff Newman, Martin Northrup | Philip Howthore, Debbie Bonanno, Kim Russell, Doug Healy, Holly Provance, Donna O'Neal, Paul Whitt and Michelle Brantly |

MIA_1998/650797-1