UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  00-6151-Civ-Huck/Brown

**NIGHT BOX
FILED**

MAR 1 6 2001

CLARENCE MADDOX
CLE K. USDC / SDFL / MIA

JOYCE WILLIAMS, individually;
MICHAEL FERGUSON, individually;
JOSEPH PATRICK MCMULLEN,
individually; DELORES OKONMAH,
individually; BERNICE SHORTER-
MEARES, individually; CONSTANCE
ECHEBIRI, individually; MIA DAWN
TAYLOR, individually; CARMITA
MCMULLEN, individually;

       Plaintiffs,

vs.

WALGREEN COMPANY,

       Defendant.

_____/

## DEFENDANT'S WITNESS LIST

    Pursuant to the Court's Order dated August 24, 2000, Defendant, Walgreen Company

("Walgreens"), sets forth below the names and last known addresses of witnesses who may be

called to testify at the trial of the above-styled action:

1.     Martin Abreu
      c/o Walgreens
      18300 NW 37th Avenue
      Carol City, Florida 33056-5101

2.     Sara Abreu
      c/o Walgreens

3.     Jorge Acosta
      c/o Walgreens
      8250 NW 27th Street, Suite #311
      Miami, Florida 33122



STEEL HECTOR & DAVIS LLP

4.      Bruce Adams
        c/o Walgreens
        3529 NE Silver Springs Boulevard
        Ocala, Florida 34470

5.      Jean Angle
        c/o Walgreens

6.      John Annis
        4510 W. Fig Street
        Tampa, Florida 33609

7.      Noel Auerbach
        c/o Walgreens
        12295 Biscayne Boulevard
        N. Miami, Florida 33181-2713

8.      Alexander August
        c/o Walgreens

9.      Bahrman Azarm
        c/o Walgreens

10.     Jean Bailey
        c/o Walgreens

11.     Valencia Barton
        c/o Walgreens
        1501 NE 163rd Street
        North Miami Beach, Florida

12.     Nancy Bass
        c/o Walgreens

13.     Betty Beankenship
        c/o Walgreens
        13130 N. Dale Mabry
        Tampa, Florida 33618

14.     Clara Beford
        c/o Walgreens

2

15.   Sanjay Bhana
      c/o Walgreens
      3910 US Highway 301 N., Suite #255
      Tampa, Florida 33619

16.   Debbie Bonanno
      c/o Walgreens
      15602 N. Dale Mabry Hwy.
      Tampa, Florida 33618-1606

17.   Toni Bowen
      c/o Walgreens
      791 NE 167th Street
      Miami, Florida 33126

18.   Joe Bracco
      c/o Walgreens
      19925 NW 2nd Avenue
      Miami, Florida 33169-2936

19.   John Brantley
      c/o Walgreens

20.   Michelle Brantley
      c/o Walgreens
      2637 S. Florida Avenue
      Lakeland, Florida 33803

21.   Cassandra Brown
      c/o Walgreens

22.   Barbara "B.J." Buccini
      8421 Laurelon Place
      Tampa, Florida 33637

23.   Sonja S. Bullock
      c/o Walgreens

24.   Dr. D. Calderone

3

25. Mike Calnan
c/o Walgreens
6848 Albemarle Road
Charlotte, North Carolina 28212

26. Joe Carpenter
c/o Walgreens
311 E. Memorial Boulevard
Lakeland, Florida 33801-1766

27. Vivian Ceballos
c/o Walgreens
8250 NW 27th Street, Suite 311
Miami, Florida 33122

28. Kim Chapman
c/o Walgreens
Store 4571
978-794-8130

29. Phil Chen
c/o Walgreens
5101 NW 21st Avenue, Suite # 530
Ft. Lauderdale, Florida 33309

30. Fon Choy
c/o Walgreens
5709 Gunn Hwy.
Tampa, Florida 33625-4104

31. John Clark
c/o Walgreens
1540 N. McMullen Booth Road
Clearwater, Florida 33759-2594

32. Glenda Clarke
c/o Walgreens
8250 NW 27th Street, Suite #311
Miami, Florida 33122

33. Valerie Clayton
c/o Walgreens

4

34.   Elana Collins
      c/o Walgreens

35.   John Conn
      c/o Walgreens
      5731 Bird Road
      Miami, Florida 33155

36.   Joseph Conway
      c/o Walgreens
      9020 Biscayne Boulevard
      Miami Shores, Florida 33138

37.   Peggy Cox
      c/o Walgreens

38.   Angela Cure
      c/o Walgreens
      3184 S. Congress Avenue
      Palm Springs, Florida

39.   Jennifer Daniels
      c/o Walgreens

40.   Lisa Davis
      c/o Walgreens

41.   Jason Denis
      c/o Walgreens

42.   Daniel Diaz
      c/o Walgreens Store #4005
      Winter Haven, Florida

43.   Constance Echebiri
      P.O. Box 1183
      Winter Haven, Florida 33882

44.   Christopher Elliot
      c/o Walgreens
      5114 W. Colonial Dr.
      Orlando, Florida 32808

STEEL HECTOR & DAVIS LLP

45.   Dr. John Eloian
      5700 S. Mariner Drive, Suite #806,
      Tampa, Florida 33609

46.   Estrella
      c/o Walgreens
      4049 Pine Tree Drive
      Miami Beach, Florida 33140-3601

47.   Dr. J. Favata
      3865 Northdale
      Tampa, Florida 33624

48.   Michael Ferguson
      6031 Pierce Street
      Hollywood, Florida 33024

49.   Dr. Roger Fox
      12901 Bruce B Downs Boulevard
      Tampa, Florida 33709

50.   Dr. Pier D. Frank
      7001 Northdale Mabry, Suite #2
      Tampa, Florida 33614

51.   Nisa Fried
      c/o Walgreens

52.   Anthony Frizzell
      8633 W. Charleston Boulevard
      Las Vegas, Nevada 89117

53.   Joseph Gallo
      c/o Walgreens

54.   Albert Garcia
      c/o Walgreens
      8250 NW 27th Street, Suite #311
      Miami, Florida

6

55.    Shurland George
       c/o Walgreens
       18665 Biscayne Boulevard
       Avenutra, Florida 33180-2918

56.    Cheryl Giacomuzzi
       705 1st Street South
       Winter Haven, Florida 33880

57.    Irving Green
       c/o Walgreens
       8490 W. Hillsborough Avenue
       Tampa, Florida 33615

58.    Joseph Greenfield
       c/o Walgreens

59.    Michelle Guerrier
       c/o Walgreens

60.    Patrick Hawthorne
       c/o Walgreens

61.    Doug Healy
       c/o Walgreens
       1303 S. Semoran Boulevard
       Orlando, Florida 32807

62.    Dion Herrera
       c/o Walgreens
       2645 N. Hiatus Road
       Cooper City, Florida 33330-1408

63.    Sandy Hersh
       7520 W. Waters Avenue, Suite #7
       Tampa, Florida 33615

64.    Richard Hinsler
       c/o Walgreens

65.    Theresa Holnes
       c/o Walgreens

STEEL HECTOR & DAVIS LLP

66.    Joe Humphrey
       c/o Walgreens

67.    Jim "J.A." Huntington
       c/o Walgreens
       3910 U.S. Highway 301 N., Suite # 255
       Tampa, Florida 33619

68.    Vinh Huynh
       c/o Walgreens

69.    Luvenia Jackson
       c/o Walgreens

70.    Cindy Johnson
       c/o Walgreens
       1860 E. Fowler Avenue
       Tampa, Florida 33612-5511

71.    Dr. Bruce Kahan
       3910 Northdale Boulevard
       Tampa, Florida 33618

72.    Lillian Keasling
       c/o Walgreens

73.    Jack Kenesey
       c/o Walgreens
       200 Wilmot Road
       Deerfield, Illinois

74.    Robert Kipp
       c/o Walgreens
       3910 U.S. Highway 301 N., Suite # 255
       Tampa Florida 33619

75.    Tawanza Kningt
       2494 Chesterwood Drive
       Lakeland, Florida 33815

76.    David Kwong
       c/o Walgreens

8

77.  Paul Leyzir
     c/o Walgreens

78.  Bob Lipps
     c/o Walgreens

79.  Chantell Love
     c/o Walgreens

80.  Hal Lunsik
     c/o Walgreens
     6105 W. Sunrise Boulevard
     Sunrise, Florida 33313-6142

81.  Orville "Clive" Maloney
     c/o Walgreens
     690 NW 183rd Street
     Miami, Florida 33169

82.  Raymond Mandrell
     c/o Walgreens
     9498 NW 7th Avenue
     Miami, Florida 33150

83.  Anthony Marchesani
     c/o Walgreens

84.  Marty Martinez
     c/o Walgreens

85.  Carmita McMullen
     13233 SW 50th Street
     Miramar, Florida 33027

86.  Joseph McMullen
     13233 SW 50th Street
     Miramar, Florida 33027

87.  Karl Meehan
     c/o Walgreens
     200 Wilmot Road
     Deerfield, Illinois

9

88.  Brandee Moore
     c/o Walgreens
     15900 NW 27th Avenue
     Opa Locka, Florida 33054-6802

89.  Russell Myers
     c/o Walgreens
     2111 E. Busch Boulevard
     Tampa, Florida 33612

90.  Hilbano Nava
     c/o Walgreens
     1007 S. 78th Street
     Tampa, Florida 33619

91.  Milene Navarro
     c/o Walgreens

92.  Cliff Newman
     c/o Walgreens
     3910 U.S. Highway 301 N., Suite # 255
     Tampa, Florida 33619

93.  Sandy Nixon
     c/o Walgreens

94.  Martin Northrop
     c/o Walgreens
     3910 U.S. Highway 301 N., Suite # 255
     Tampa, Florida 33619

95.  John Oates
     c/o Walgreens

96.  Emerson Oberlin
     1534 Van Buren Street
     Hollywood, Florida 33020-5266

97.  Jim Odom
     c/o Walgreens
     5114 W. Colonial Drive
     Orlando, Florida 32808

STEEL HECTOR & DAVIS LLP

98.   Delores Okonmah
      1260 NW 189th Terrace
      Miami, Florida 33169

99.   Bonnie Okonewski
      c/o Walgreens

100.  Donna O'Neal
      c/o Walgreens

101.  Chris Overbeck
      c/o Walgreens

102.  Alex Palermo
      c/o Walgreens
      5101 NW 21st Ave, Suite #530
      Ft. Lauderdale, Florida 33309

103.  Terry Parrish
      160 Lake Hollingsworth Drive
      Lakeland, Florida 33801

104.  Dr. M. Patel
      3500 E. Fletcher, Suite #122
      Tampa, Florida 33613

105.  Dianthia Patrick
      c/o Walgreens

106.  Norman Pearson
      c/o Walgreens
      12295 Biscayne Boulevard
      N. Miami, Florida 33181-2713

107.  Ron Pellham
      c/o Walgreens
      15900 NW 27th Avenue
      Opa Locka, Florida 33054-6802

108.  Ron "Mick" Pickos
      c/o Walgreens

11

109.    Natasha Pierre-Louis
        c/o Walgreens

110.    William A. Powell
        c/o Walgreens
        5701 NW 183rd Street
        Miami Florida 33015

111.    Holly Provance
        c/o Walgreens

112.    Jawara Rainford
        1406 N. Church Avenue
        Tampa, Florida 33609

113.    Samantha Rainford
        c/o Walgreens
        18300 N.W. 37th Avenue
        Carol City, Florida 33056-5101

114.    Larry Ray
        c/o Walgreens

115.    Randy (Richard) Reddick
        c/o Walgreens
        4647 W. Kennedy Boulevard
        Tampa, Florida 33609

116.    Patricia Reese
        c/o Walgreens
        12295 Biscayne Boulevard
        N. Miami, Florida 33181-2713

117.    Kelly B. Reynolds
        6800 N. Dale Mabry Hwy., Suite #232
        Tampa, Florida 33614

118.    Janie Richards
        c/o Walgreens

STEEL HECTOR & DAVIS LLP

119.   Roy Ripak
       c/o Walgreens
       8250 NW 27th Street, Suite #311
       Miami, Florida 33122

120.   Bridget Ross
       c/o Walgreens

121.   Jennifer Rowland
       c/o Walgreens

122.   Kimberly Russell
       c/o Walgreens

123.   Ray Sawaged
       c/o Walgreens

124.   James Schmid
       c/o Walgreens
       200 Wilmot Road
       Deerfield, Illinois 60015

125.   Maria Schwartz
       c/o Walgreens

126.   George Shelander
       c/o Walgreens
       3910 U.S. Highway 301 N., Suite # 255
       Tampa, Florida 33619

127.   David Sher
       c/o Walgreens

128.   Bernice Shorter-Meares
       6284 NW 201st Lane
       Miami, Florida 33015

129.   Don Snow
       c/o Walgreens

13

130.    Teresa Starkey
        c/o Walgreens
        4319 N. Armenia Avenue
        Tampa, Florida 33607-6427

131.    Jon "Jim" Steele
        c/o Walgreens
        19450 Cortez Boulevard
        Brooksville, Florida 34601

132.    Terraell Stone
        c/o Walgreens

133.    Warren Strick
        c/o Walgreens

134.    Lynette Sykes
        c/o Walgreens
        6818 N. Armenia Avenue
        Tampa, Florida 33604-5718

135.    Steve Tayon
        c/o Walgreens
        1300 E. Hallandale Beach Boulevard
        Hallandale, Florida 33009-4615

136.    Glenn Taylor
        c/o Walgreens
        9675 NW 41st Street
        Miami, Florida 33178

137.    Mia Dawn Taylor
        1113 NW 76th Street
        Miami, Florida 33150

138.    Scott Terry
        c/o Walgreens
        5114 W. Colonial Drive
        Orlando, Florida 32808

139.    Bhavani Thalamara
        c/o Walgreens

14

140.  M. Toothman
      c/o Walgreens

141.  Giao Tran
      c/o Walgreens
      15602 N. Dale Mabry Hwy.
      Tampa, Florida 33618-1606

142.  Wynette Tucker
      c/o Walgreens

143.  Steve Twen
      c/o Walgreens

144.  Steven Valley
      c/o Walgreens

145.  Gary Vanderbilt
      c/o Walgreens
      5101 NW 21st Avenue, Suite #530
      Ft. Lauderdale, Florida 33309

146.  Jose Varghese
      c/o Walgreens

147.  Emmanuel "Manny" Vestas
      c/o Walgreens
      875 S. Pinellas Avenue
      Tarpon Springs, Florida 34689-3764

148.  Norma Vianzoni
      c/o Walgreens

149.  Ann Marie Voss
      c/o Walgreens

150.  Kathryn Wahl
      c/o Walgreens

151.  David Weiss
      c/o Walgreens

STEEL HECTOR & DAVIS LLP

152.  Paul Wells
      c/o Walgreens

153.  Mark Whattley
      c/o Walgreens
      200 Wilmot Road
      Deerfield, Illinois

154.  J. Paul Whitt
      c/o Walgreens

155.  Joyce Williams
      5016 Melrow Court
      Tampa, Florida 33624

156.  Terrance Williams
      c/o Walgreens

157.  Kirk Wolfram
      c/o Walgreens
      3910 U.S. Highway 301 N., Suite # 255
      Tampa Florida 33619

158.  Wayne Yanichick
      c/o Walgreens

159.  Xavier Zigler
      c/o Walgreens
      5701 NW 183rd Street
      Hialeah, Florida 33015

160.  Harry Zifferblatt
      c/o Walgreens
      9020 Biscayne Boulevard
      Miami Shores, Florida 33138-3222

161.  Dave Zimmerman
      c/o Walgreens
      509 W. Hallandale Beach Blvd.
      Hallandale, Florida 33009-5343

16

162.    Custodian of Personnel Records for Walgreen Company
Chris Dimitriou
c/o Walgreens
200 Wilmot Road
Deerfield, IL 60015

163.    Any other necessary records custodians.

164.    All witnesses listed by the Plaintiffs.

165.    All rebuttal and impeachment witnesses, including any expert witnesses.

Walgreens reserves the right to supplement this list when and if additional information or witnesses come to its attention until the joint pretrial stipulation is filed.

Respectfully submitted,

STEEL HECTOR & DAVIS LLP
Attorneys for Defendant Walgreen Co.
200 South Biscayne Boulevard
Miami, Florida 33131-2398
(305) 577-7000 Telephone
(305) 577-7001 Telecopier

By: _____
Edwin G. Torres
Florida Bar No. 911569
Heather L. Gatley
Florida Bar No. 0050482
Brian L. Lerner
Florida Bar No. 0177202

17

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 16th

day of March, 2001, to:

> Kelsay D. Patterson, Esq.
> Law Offices of Michael M. Tobin, P.A.
> 1099 Ponce De Leon Boulevard
> Coral Gables, Florida 33134-3319

By: _____

Brian L. Lerner

MIA2001/4604-1

18