UNITED STATED DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO: 00-6151-CIV-HUCK/Brown

JOYCE WILLIAMS, individually;
MICHAEL FERGUSON, individually;
JOSEPH PATRICK McMULLEN,
individually; DELORES OKONMAH,
individually; BERNICE SHORTER-
MEARES, individually;
CONSTANCE ECHEBIRI, individually;
MIA DAWN TAYLOR, individually;
and CARMITA McMULLEN, individually,

   Plaintiffs,

v.

WALGREEN COMPANY,

   Defendant.
_____/

**PLAINTIFFS' REPLY TO DEFENDANT'S RESPONSE REGARDING SEVERANCE POST ORAL ARGUMENT AND MOTION TO STRIKE**

Plaintiffs by and through undersigned counsel, file the above entitled pleading and states as follows:

I.   After a review of the Defendant's Response, it is plain to see that the Defendant enjoys the *ad hominem* approach to litigation. Rather than attack the legal arguments, the Defendant constantly chooses to lobby its mean spirited venom at the actions of the Plaintiffs' lawyers. The first paragraph of the

1

Defendant's Response is exactly the kind of litigation these seminars on professionalism are trying to stop. With this Defendant, every pleading is like reading hate mail. This approach will continue because this Honorable Court has not found it objectionable, nor done anything to suggest, "there is a better way". These hostile type of brash pleadings do not serve the interests of the parties. Rather, they cause animosity between the lawyers and the result is motion practice instead of professionals trying to solve problems. The undersigned is concerned that the Defendant's artful characterizations are beginning to influence the Court's perception of the parties, the claims, and the credibility of the lawyers. Shall the Plaintiffs now begin to phrase their pleadings with a myriad of insults designed to prejudice the Court against the Defendant's lawyers so as to make any Response pointless from a credibility stand point?

II. The record on March 9, 2000 at the hearing will demonstrate that both parties were instructed to brief the matter in light of the "alleged" claims being made by the Plaintiffs as they related to the charts created by the Defendant. The Plaintiffs submitted their Brief, but the Defendant failed to submit anything. This point is underscored by the Court requesting that both Briefs be filed by Thursday, March 15, 2001, because the Court wanted to consider the matter over the weekend and then issue a ruling shortly thereafter. To this end, the Defendant did not comply with the Court's instruction and may have frustrated the Court's ability to consider the matter in the time allotted.

2

Nevertheless, the Plaintiffs have not requested sanctions against the Defendant, but the Defendant's Response should be stricken.

III.   The Defendant does not seem to want any kind of resolution in this matter. The Plaintiffs suggested possible ways of handling these matters in light of a severance order. The Defendant offers no constructive suggestions. If the Court should sever this case it then defies reason to think that some of their cases would not be transferred. Since they live in those other cities (Orlando and Tampa), and all of the witnesses live in these areas, common sense suggests certain answers for certain equations. Lastly, the Defendant indicated a willingness to toll or stay the actions of Plaintiffs if their case was severed. The Court inquired about this potential dilemna from the Defendant's lawyers directly. Suddenly, the Defendant will not agree to any stay or tolling upon reading their Response, which is contrary from the oral acquiescences made by the Defendant in open Court.

The Plaintiffs pray that the Court Strike the Defendant's Response and/or take some action designed to keep the pleadings in this civil matter, civil.

### CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the foregoing was served via mail this 2nd day of April, 2001, to: Brian Lerner, Esq., Attorneys for Defendant, Steel Hector & Davis LLP, 200 South Biscayne Blvd., 40th Floor, Miami, Florida 33131-2398.

MICHAEL M. TOBIN, P.A.
Attorneys for Plaintiffs
1099 Ponce De Leon Blvd.
Coral Gables, Florida 33134-3319
Tel: 305-445-5475
Fax: 305-445-5479

By: *Kelsay D. Patterson*
Kelsay D. Patterson
Fla. Bar No. 119784