UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6151-Civ-Huck/Brown

JOYCE WILLIAMS, individually;
MICHAEL FERGUSON, individually;
JOSEPH PATRICK MCMULLEN,
individually; DELORES OKONMAH,
individually; BERNICE SHORTER-
MEARES, individually; CONSTANCE
ECHEBIRI, individually; MIA DAWN
TAYLOR, individually; CARMITA
MCMULLEN, individually;

    Plaintiffs,

vs.

WALGREEN COMPANY,

    Defendant.
_____/

FILED by _CA_ D.C.
APR - 9 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.

### ORDER ON PARTIES' JOINT MOTION REQUESTING MODIFICATION OF THIS COURT'S SCHEDULING ORDER

THIS MATTER came before the Court on the parties' joint motion. The Court, having reviewed the file and motion and being otherwise fully advised in the premises, does hereby:

**ORDER AND ADJUDGE** that the motion is **GRANTED**. The remaining scheduling deadlines shall be reset in accordance with the dates set forth in the motion.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 6 day of April, 2001.

                                                UNITED STATES DISTRICT JUDGE

Conformed copies furnished to:
counsel of record

