

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

MICHAEL FERGUSON,             CASE NO.: 00-6151-CIV-HUCK/Brown

    Plaintiff,

v.

WALGREEN COMPANY, an illinois
Corporation,

    Defendant.

_____/

## PLAINTIFF'S SECOND AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL

Plaintiff, MICHAEL FERGUSON, by and through his undersigned

attorney, sues the Defendant, WALGREEN COMPANY, (hereinafter referred to

as "Walgreens"), and says as follows:

1.    This Court has jurisdiction over this law suit pursuant to 28 U.S.C.

Section 1331 and Section 1343, because this action arises under the 1866 Civil

Right Act, 42 U.S.C. Section 1991 as expanded and amended through the Civil

Rights Act of 1981.

2.    The unlawful employment practices alleged herein were committed

within the state of Florida, and within the Southern District of Florida.



1

## SECTION 1981

3.    The Plaintiff belongs to a class protected under Section 1981, as he is an African American by race, and ethnicity.

4.    The Defendant is an employer within the meaning of Section 1981.

5.    The Defendant intentionally discriminated against the Plaintiff because of his race in violation of Section 1981 by subjecting him to an employment contract that was based on race in the making and performance of the contractual relationship with respect to promotions, conditions, employment benefits, privileges, and job assignments.

6.    The Defendant's company policy during the time the Plaintiff has worked for the company has been a philosophy of promotion and hiring from within its own employee ranks. Despite the Defendant's policy the Defendant has intentionally and purposefully promoted lesser qualified applicants outside of the protected class of which the Plaintiff belongs to the position of pharmacy supervisor notwithstanding their lesser seniority with the company; lesser experience managing; and lesser competence.

7.    Walgreens intentionally and discriminatorily failed to train, offer, promote, and advance the Plaintiff based upon his race.

8.    Walgreens has an impact-based unlawful employment practice of selecting candidates and applicants for its pharmaceutical management positions like pharmacy supervisor and pharmacy manager by subjectively, arbitrarily,

2

and secretly offering these promotions/positions. Positions like pharmacy manager and pharmacy supervisor are not and have not been posted and made widely known to all of the competing applicants to apply for based upon their competency and experience for those positions and/or assignments, but rather the management responsible for promoting and selecting the candidates offer these promotions and assignments to applicants without any objectively fair procedure to the significant disadvantage of the plaintiff and similarly situated black pharmacists like him.

9.    The Defendant's failure to post and/or make widely known positions like pharmacy supervisor and pharmacy manager have a significant discriminatory impact upon the plaintiff and other black pharmacists employed by the Defendant in Florida, and the practice is <u>not</u> a matter of business necessity as there are less discriminatory alternatives.

10.    Due to the disparate treatment, policies, procedures, and impact-based unlawful employment practices perpetrated by the Defendant in the state of Florida and in particular the Southern District of Florida as it pertains to the Plaintiff, he has suffered damages in the form of emotional distress, pain and suffering, humiliation, embarrassment, as well as loss of pay and benefits.

11.    As a result, the Plaintiff has been forced to retain the undersigned attorney to represent him and has or will incur attorney's fees and costs in said representation.

Wherefore, Plaintiff Michael Ferguson demands that judgment be entered against the Defendant for compensatory damages, economic loss including back pay and front pay, punitive damages, costs, and attorneys fees and both pre and post judgment interest as appropriate. Plaintiff demands a trial by jury as to all counts and causes of action set forth herein.

Respectfully submitted,

Kelsay D. Patterson
Kelsay D. Patterson

MICHAEL M. TOBIN, P.A.
1099 Ponce de Leon Blvd.
Coral Gables, Florida 33134
Tel: (305)445-5475
Fax: (305)445-5479

By: Kelsay D. Patterson
    Kelsay D. Patterson
    Florida Bar No.: 119784