UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6151-Civ-Huck/Brown

MICHAEL FERGUSON,

    Plaintiff,

vs.

WALGREEN COMPANY,

    Defendant.
_____/

### DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFF'S SECOND AMENDED COMPLAINT

Pursuant to Fed. R. Civ. P. 6(b), Defendant, Walgreen Co. ("Walgreens"), moves this Court for an enlargement of time through July 20, 2001, within which to respond to Plaintiff's Second Amended Complaint. The grounds supporting this Motion are as follows:

1. On April 6, 2001, this Court entered an Order Severing Plaintiffs ("Order") upon a *sua sponte* inquiry regarding the misjoinder of eight Plaintiffs formerly named in the above-styled cause.

2. In its Order, this Court severed the eight named Plaintiffs and ordered the Clerk of the Court to change the style of this matter to reflect Michael Ferguson ("Ferguson") as the only remaining Plaintiff in this case. Additionally, the Court ordered that Ferguson serve a Third Amended Complaint within 30 days of entry of said Order and that Walgreens respond within 15 days thereafter.

3. Ferguson's Second [sic] Amended Complaint was served on May 7, 2001. In accordance with the Court's Order, Walgreens' response is due to be filed May 22, 2001.

4. The parties have engaged in good faith settlement discussions and have agreed to participate in a scheduled mediation during the month of June. A date in June for the mediation has yet to be set.

5. Walgreens respectfully requests up to and including July 20, 2001, in which to respond to the Second Amended Complaint. This additional time will allow the parties to engage in meaningful mediation and continue in their good faith efforts to amicably resolve this matter without incurring additional expense.

6. Walgreens has left message with counsel for Plaintiff's counsel, Kelsay D. Patterson, Esq., and has not heard back as to whether Plaintiff has any objection to this Motion.

7. The requested extension of time is minimal and will not prejudice either party. Good cause exists for the requested enlargement of time and the request is not made for purposes of delay or any other dilatory reasons. No prior extension has been requested regarding this deadline.

## MEMORANDUM OF LAW

Rule 6(b) of the Federal Rules of Civil Procedure provides, in pertinent part, that:

> When by these rules or by a notice given thereunder or by order or court an act is required or allowed to be done at or within a specified time, the Court for cause shown may at any time in its discretion . . . order the period enlarged if request therefor is made before the expiration of the period originally prescribed . . . .

By its express terms, the rule affords wide discretion to this Court to enlarge time periods by a Court order. See Woods v. Allied Concord Fin. Corp., 373 F.2d 733 (5th Cir. 1967). Enlargements of time should be available when a party demonstrates a reasonable basis for such a request. See Beaufort Concrete Co. v. Atlantic States Constr. Co., 352 F.2d 460 (5th Cir. 1965), cert. den., 384 U.S. 1004 (1966).

2

Walgreens has no interest in delaying the proceedings in this matter. Rather, Walgreens seeks the requested enlargement to allow the parties to engage in meaningful mediation and continue in their good faith efforts to amicably resolve this matter without incurring additional expense.

WHEREFORE, Walgreens respectfully request that the Court grant the requested enlargement of time to respond to Plaintiff's Second Amended Complaint through July 20, 2001. A proposed order is attached for the Court's convenience and accordance with the Local Rules.

Respectfully submitted,

STEEL HECTOR & DAVIS LLP
Attorneys for Defendant
200 South Biscayne Blvd., 40th Floor
Miami, Florida 33131-2398
Telephone: (305) 577-7041
Facsimile: (305) 577-7001

By /s/ Heather L. Gatley
Heather L. Gatley
Florida Bar No. 0050482
Anamarie M. Maltzman
Florida Bar No. 0168068

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by facsimile and mail upon Kelsay D. Patterson, Esq., Law Offices of Michael M. Tobin, P.A., 1099 Ponce De Leon Blvd., Coral Gables, Florida 33134-3319, this 17th day of May, 2001.

By: _____
Heather L. Gatley

MIA2001/21141-1