UNITED STATED DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO: 00-6151-CIV-HUCK/Brown

MICHAEL FERGUSON,

      Plaintiff,

v.

WALGREEN COMPANY,

      Defendant.
_____/

### PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION FOR ENLARGEMENT

Plaintiff, by and through undersigned counsel, hereby files the above entitled pleading and as grounds state as follows:

1. While the parties are trying to schedule mediation to resolve these matters, an Answer ought still be filed nevertheless. Good faith and positive dispositions toward settlement do not guarantee resolution. The mediation tentatively scheduled for June 20th gives the Defendant ample time to file and serve an Answer. However, if the Court is inclined to grant an enlargement, an Answer within ten (10) days of an impasse seems fair and just.

**WHEREFORE**, the Plaintiff respectfully request this Honorable Court deny the Defendant's Motion for Enlargement.



1

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 21 day of May, 2001, to: Heather L. Gatley, Esq., Steel Hector & Davis LLP, Attorneys for Defendant, Steel Hector & Davis LLP, 200 South Biscayne Blvd., 40th Floor, Miami, Florida 33131-2398.

                                    MICHAEL M. TOBIN, P.A.
                                    Attorneys for Plaintiffs
                                    1099 Ponce de Leon Blvd.
                                    Coral Gables, FL 33134
                                    Phone: (305) 445-5475
                                    Fax: (305) 445-5479

                                    BY: _____
                                    Kelsay D. Patterson, Esquire
                                    Florida Bar # 119784