UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6151-Civ-Huck/Brown

MICHAEL FERGUSON,

    Plaintiff,

vs.

WALGREEN COMPANY,

    Defendant.
_____/



## ORDER ON DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFF'S SECOND AMENDED COMPLAINT

THIS MATTER came before the Court on Defendant's Motion for Enlargement of Time to Respond to Plaintiff's Second Amended Complaint. The Court, having reviewed the file and Motion and being otherwise fully advised in the premises, does hereby:

**ORDER AND ADJUDGE** that Defendant's Motion for Enlargement is **GRANTED**. Walgreens shall respond to Plaintiff's Complaint no later than July 20, 2001.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 21st day of May, 2001.

                                                      UNITED STATES DISTRICT JUDGE

Conformed copies furnished to:
Heather L. Gatley, Esq.
Kelsay D. Patterson, Esq.

