UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6151-CIV-HUCK
Magistrate Judge Brown

JOYCE WILLIAMS, et al.,

    Plaintiffs,

vs.

WALGREEN COMPANY,

    Defendant.
_____/



## ORDER RE-SETTING CIVIL TRIAL DATE

The trial of this matter is re-scheduled to the two-week period commencing **Monday, October 8, 2001,** before the Honorable Paul C. Huck, United States District Judge, U.S. Courthouse, 99 N.E. Fourth Street, 10th Floor, Courtroom 6, Miami, Florida. Calendar call shall be held on **Wednesday, October 3, 2001 at 8:30 a.m.** at the same location. All pretrial deadlines remain as previously scheduled.

    ORDERED this 27 day of June, 2001.

                                       PAUL C. HUCK
                                       UNITED STATES DISTRICT JUDGE

Copies furnished to:

Kelsay D. Patterson, Esq.
1099 Ponce de Leon Blvd.
Coral Gables, FL 33134

Edwin G. Torres, Esq.
200 So. Biscayne Blvd., 40th Flr.
Miami, FL 33131

