UNITED STATED DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO: 00-6151-CIV-HUCK/Brown

JOYCE WILLIAMS, individually;
MICHAEL FERGUSON, individually;
JOSEPH PATRICK McMULLEN,
individually; DELORES OKONMAH,
individually; BERNICE SHORTER-
MEARES, individually;
CONSTANCE ECHEBIRI, individually;
MIA DAWN TAYLOR, individually;
and CARMITA McMULLEN, individually,

Plaintiffs,

v.

WALGREEN COMPANY,

Defendant.
_____/

### NOTICE OF UNAVAILABILITY

Plaintiffs, hereby files this Notice of Unavailability and states that the undersigned is scheduled to be out-of-town on the following: June 29, 2001, July 6, 2001, July 13, 2001, and August 3, 2001, and respectfully request that no hearings, depositions, etc., be scheduled during this time.

### CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 28 day of June, 2001, to: Heather Gatley, Esq., Attorneys for

NON-COMPLIANCE OF S.D. Fl. L.R. 5/42      1



Defendant, Steel Hector & Davis LLP, 200 South Biscayne Blvd., 40th Floor, Miami, Florida 33131-2398.

MICHAEL M. TOBIN, P.A.
Attorneys for Plaintiffs
1099 Ponce De Leon Blvd.
Coral Gables, Florida 33134-3319
Tel:   305-445-5475
Fax:  305-445-5479

By: *Kelsay D. Patterson* (signature)
    Kelsay D. Patterson
    Fla. Bar No. 119784