UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6151-Civ-Huck/Brown

JOYCE WILLIAMS, et al.,

        Plaintiffs,

vs.

WALGREEN COMPANY,

        Defendant.
_____/

## JOINT MOTION FOR CLARIFICATION OF
## ORDER RE-SETTING CIVIL TRIAL DATE

For the reasons specifically set forth herein, the plaintiff, Joyce Williams, and the defendant, Walgreen Company ("Walgreens"), respectfully seek clarification with respect to this Court's Order Re-Setting Civil Trial Date entered June 27, 2001. Based on the caption and case number used in this Order, the parties are unclear whether the Order reset the trial date of Michael Ferguson, who is the plaintiff currently assigned that case number, reset the date trial of Ms. Williams, who is the plaintiff named in the caption, or reset the trial date of any or all of the eight plaintiffs who previously brought a lawsuit under this caption and case number.

1. On April 7, 2000, Ms. Williams, along with seven other individuals, filed a First Amended Complaint alleging race discrimination relating in part to promotions at Walgreens. The case was entitled "JOYCE WILLIAMS, et al." and used the case number "00-6151-Civ-Huck/Brown."

2. On December 29, 2001, this Court sua sponte ordered the parties to submit briefs on whether this Court should sever the case. Following the completion of the briefing schedule, this Court heard oral argument on the issue of severance on March 9, 2001.

NON-COMPLIANCE OF S.D. fla. L.R. 7.1.A.4

STEEL HECTOR & DAVIS LLP

CASE NO. 00-6151-Civ-Huck/Brown

3.  On April 6, 2001, this Court issued an Order severing the case, dismissing the claims of all the plaintiffs, save those of Michael Ferguson, without prejudice, directing the Clerk of the Court to change the style of the case to reflect Michael Ferguson as the only plaintiff remaining in the case, ordering Mr. Ferguson to file a new complaint by May 7, 2001, and ordering the remaining plaintiffs to initiate a new and separate action by filing and serving individual complaints by September 3, 2001.

4.  On May 7, 2001, Mr. Ferguson filed a new complaint using case number "00-6151-Civ-Brown/Huck." In light of the fact that all of the eight plaintiffs and Walgreens agreed to mediation, Walgreens requested an enlargement of time to respond to Mr. Ferguson's complaint by July 20, 2001, which this Court granted.

5.  The parties are scheduled to mediate all of the claims of the eight individuals seriatim on July 10, 2001, and July 11, 2001, with a case status conference set for the following day, July 12, 2001.

CASE NO. 00-6151-Civ-Huck/Brown

6. The parties are uncertain how to proceed in light of this Court's Order dated June 27, 2001, setting a calendar call for Wednesday, October 3, 2001, and rescheduling a trial for the two-week period commencing Monday, October 8, 2001. The Order is styled "JOYCE WILLIAMS, et al.," which the parties believe no longer exists in light of severance, and uses the case number "00-6151-Civ-Huck/Brown," which is the case number currently assigned solely to Mr. Ferguson.

7. The parties are unable to determine whether this Order sets a trial date for Mr. Ferguson, sets a trial date for Ms. Williams, sets a trial date for another of the previously joined plaintiffs who brought a lawsuit with this case number, or sets a trial date for all of the plaintiffs who brought a lawsuit with this case number. Moreover, none of the plaintiffs except for Mr. Ferguson have an active complaint. With respect to Mr. Ferguson, Walgreens has not yet filed a response to his complaint, has not scheduled his deposition, and has yet to complete discovery. Thus, the parties are uncertain whether the Order was issued administratively based on the current status of these eight lawsuit.

3

CASE NO. 00-6151-Civ-Huck/Brown

WHEREFORE, the parties respectfully seek clarification as to this Court's June 27, 2001,

Order so that they may proceed accordingly.

Respectfully Submitted,

| | |
|---|---|
| LAW OFFICES OF<br>MICHAEL M. TOBIN, P.A.<br>Attorneys for Plaintiffs<br>1099 Ponce De Leon Boulevard<br>Coral Gables, Florida 33134-3319<br>(305) 445-5475 Telephone<br>(305) 445-5479 Telecopier<br><br>By: _____<br>Kelsay D. Patterson<br>Florida Bar No. 119784 | STEEL HECTOR & DAVIS LLP<br>Attorneys for Defendant Walgreen Co.<br>200 South Biscayne Boulevard, Suite 4000<br>Miami, Florida 33131-2398<br>(305) 577-7000 Telephone<br>(305) 577-7001 Telecopier<br><br>BY: _____<br>Edwin G. Torres<br>Florida Bar No. 911569<br>etorres@steelhector.com<br>Heather L. Gatley<br>Florida Bar No. 0050482<br>hgatley@steelhector.com<br>Brian L. Lerner<br>Florida Bar No. 0177202<br>blerner@steelhector.com |

MIA2001/31462-1

4