UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6151-CIV-HUCK-BROWN

MICHAEL FURGESON, et al.,

    Plaintiffs,

vs.

WALGREEN COMPANY,

    Defendant.
_____/



FILED by _CR_ D.C.

JUL 1 0 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.

### ORDER ON JOINT MOTION FOR CLARIFICATION

This cause is before the Court upon the parties's Joint Motion for Clarification of Order Re-setting Civil Trial Date. The Court's order, entered June 27, 2001, was inadvertently styled in the name of Joyce Williams, the original lead plaintiff in this action before severance. The order should have been styled in the name of plaintiff Michael Furgeson, and only sets the trial date in the Ferguson case. It does not set the trial date for plaintiff Joyce Williams, or any of the other severed plaintiffs. It is hereby

ORDERED AND ADJUDGED that the Joint Motion for Clarification of Order Re-setting Civil Trial Date [DE # 114-1] is hereby GRANTED and clarified as set forth above.

PAUL C. HUCK
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Kelsay D. Patterson, Esq.
1099 Ponce de Leon Blvd.
Coral Gables, FL 33134

Heather L. Gatley, Esq.
200 So. Biscayne Blvd., 40th Flr.
Miami, FL 33131

