UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6151-Civ-HUCK/Brown

FILED BY
ITAKE

01 JUL 12 AM 10:35

CLARENCE MADDOX
CLERK U.S. DIST. CT
S.D. OF FLA - MIA

JOYCE WILLIAMS, et al.,

    Plaintiffs,

vs.

WALGREEN CO.,

    Defendant.
_____/

## JOINT STIPULATION FOR VOLUNTARY DISMISSAL
## WITH PREJUDICE OF ALL CLAIMS BY PLAINTIFF

Pursuant to Fed. R. Civ. P. 41 (a)(1), Plaintiffs Joyce Williams, Michael Ferguson, Joseph Patrick McMullen, Delores Okonmah, Bernice Shorter-Meares, Constance Echebiri, Mia Dawn Taylor, and Carmita McMullen, and Defendant Walgreen Company, through undersigned counsel, stipulate to the voluntary dismissal with prejudice of all claims by all Plaintiffs and move for the entry of an Order of dismissal with prejudice as to each of them. The parties further stipulate that each party will bear its own costs and attorney's fees.

Dated: July 11, 2001.

LAW OFFICES OF
MICHAEL M. TOBIN, P.A.
Attorneys for Plaintiffs
1099 Ponce De Leon Boulevard
Coral Gables, Florida 33134-3319
(305) 445-5475 Telephone
(305) 445-5479 Telecopier

By: _____
Kelsay D. Patterson
Florida Bar No. 119784

Dated: July 11, 2001.

STEEL HECTOR & DAVIS LLP
Counsel for Defendant Walgreen Company
200 S. Biscayne Blvd., Suite 4000
Miami, Florida 33131-2398
Telephone:  (305) 577-7000
Fax:  (305) 577-7001

By: _____
Edwin G. Torres
Florida Bar No. 911569
Heather L. Gatley
Florida Bar No. 0050482

1