UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6151-Civ-HUCK/Brown



MICHAEL FERGUSON,

    Plaintiff,

vs.

WALGREEN CO.,

    Defendant.

_____/

**CLOSED CIVIL CASE**

### ORDER APPROVING JOINT STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE OF ALL CLAIMS BY PLAINTIFF MICHAEL FERGUSON

THIS MATTER having come before the Court upon the stipulation for voluntary dismissal with prejudice of this case as between Plaintiff Michael Ferguson and Defendant Walgreen Co., and the Court having reviewed the stipulation, and being duly advised in the premises, it is

**ORDERED AND ADJUDGED** that this case, as between this Plaintiff and Defendant, is hereby **DISMISSED,** with prejudice, and each party hereto shall bear its own attorney's fees and costs.

**DONE AND ORDERED** in Chambers in Miami, Miami-Dade County, Florida, this _17_ day of _July_, 2001.

                                                UNITED STATES DISTRICT JUDGE

Copies furnished:
Counsel of record

